IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

| | |
|---|---|
| LI FEN YAO, as ADMINISTRATOR OF THE ESTATE OF SAM MINGSAN CHEN, deceased, 13717 Travilah Road Rockville, MD 20850<br><br>Plaintiff,<br><br>-v-<br><br>ROBERT CHEN, 4710 142 Pl. SE Bellevue, WA 98006;<br><br>OTTER AUDITS LLC, 519 West 22nd Street Suite 100 Sioux Falls, SD 57105; and<br><br>RC SECURITY LLC, 519 West 22nd Street Suite 100 Sioux Falls, SD 57105<br><br>Defendants. | Civil Action No. 8:23-cv-00889-TDC<br><br>**NOTICE OF PLAINTIFF'S INVOCATION OF WAIVER PROCEDURE PURSUANT TO FED. R. CIV. P. 4(d)** |

**PLEASE TAKE NOTICE,** pursuant to Rule 103(2)(c) of the of the Local Rules of the United States District Court for the District of Maryland, that Plaintiff Li Fen Yao, as Administrator of the Estate of Sam Mingsan Chen, has elected to invoke the waiver procedure for service of summons pursuant to Fed. R. Civ. P. 4(d), and is sending notices and requests to waive service of summons in accordance therewith to each of the defendants named above, Robert Chen, Otter Audits LLC, and RC Security LLC.

11173315.2

Dated: April 12, 2023

Respectfully submitted,

BARKLEY & KENNEDY, CHARTERED

By: Daniel M. Kennedy, III

51 Monroe Street, Suite 1407
Rockville, Maryland 20850
301-251-6600
dkennedy@barkenlaw.com

*Attorneys for Plaintiff*

OF COUNSEL:

Stephen M. Plotnick
Nathan D. Harp
CARTER LEDYARD & MILBURN LLP
28 Liberty Street
New York, NY 10005
212-238-8772
plotnick@clm.com
harp@clm.com

11173315.2