**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| _____ * | |
| **Plaintiff,** | |
| * | |
| **v.** | **Case No.** _____ |
| * | |
| _____ | |
| **Defendant.** * | |

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Enter my appearance as counsel in this case for the _____

    I certify that I am admitted to practice in this Court.

                                                      /s/ Rachel Clattenburg

_____        _____
Date                                        Signature

                                                            _____
                                                             Printed name and bar number

                                                             _____
                                                             Address

                                                             _____
                                                             Email address

                                                             _____
                                                             Telephone number

                                                             _____
                                                             Fax number