UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| LI FEN YAO,<br>as Administrator of the Estate of Sam Mingsan Chen<br><br>       Plaintiff,<br><br>   v.<br><br>ROBERT CHEN, OTTER AUDITS LLC, and RC SECURITY LLC,<br><br>       Defendants. | Case No. 8:23-cv-00889-TDC |

## DEFENDANTS' MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION

Defendants Robert Chen, Otter Audits LLC, and RC Security LLC respectfully move this court, pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, for an order dismissing this lawsuit for lack of personal jurisdiction over any of the three defendants.

As explained in the accompanying Memorandum, the Maryland-based Plaintiff in this case has sued Robert Chen, a resident of Washington state, and two South Dakota corporations, Otter Audits LLC and RC Security LLC. None of the Defendants has any connection to Maryland. Plaintiff's claims concern the internal affairs of a dissolved Wyoming corporation, OtterSec LLC, that has not been named as a defendant. The Complaint does not allege that any of the alleged conduct by Defendants or the non-party Wyoming LLC occurred in or targeted Maryland. The only contacts with Maryland alleged in the Compliant belong to the Plaintiff and her family members. For these reasons, explained in more detail in the accompanying Memorandum, the Court cannot exercise either general or specific personal jurisdiction over these Defendants in connection with this lawsuit. The Court should therefore grant this motion and dismiss this case.

Dated: October 6, 2023                         Respectfully submitted,

   /s/ Rachel Clattenburg
Rachel Clattenburg
Joshua A. Levy, *pro hac vice*
Kevin P. Crenny, *pro hac vice*
Justin DiCharia, *pro hac vice*
**LEVY FIRESTONE MUSE LLP**
900 17th St. NW, Suite 1200
Washington, DC 20006
Tel: (202) 845-3215
Fax: (202) 595-8253
jal@levyfirestone.com
rmc@levyfirestone.com
kcrenny@levyfirestone.com
jdicharia@levyfirestone.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on October 6, 2023, I filed the foregoing Motion and accompanying Memorandum, Exhibits, and Proposed Order via CM/ECF which serves a copy on all counsel of record.

                                          /s/ Rachel Clattenburg
                                            Rachel Clattenburg