# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LI FEN YAO,<br>as Administrator of the Estate of Sam Mingsan Chen<br><br>    Plaintiff,<br><br>  v.<br><br>ROBERT CHEN, OTTER AUDITS LLC, and RC SECURITY LLC,<br><br>    Defendants. | Case No. 8:23-cv-00889-TDC |

## **DECLARATION OF ROBERT CHEN**

I, Robert Chen, declare as follows:

  1.  My name is Robert Chen and I am of legal age and competent to give this Declaration.

  2.  I reside in the state of Washington.

  3.  I have never been to Maryland.

  4.  I do not own any real property in Maryland.

  5.  I have not personally solicited business in Maryland or signed a contract in Maryland.

  6.  I have not conducted business in Maryland.

  7.  During the short time period covered in the Complaint, I communicated electronically with non-party David Chen and Sam Chen. Most of my communications were with non-party David Chen.

  8.  I was nineteen years old during the time period covered in the Complaint.

1

9. I primarily communicated with non-party David Chen over the internet using the Discord chat and instant messaging platform. Less frequently, I communicated with non-party David Chen via the internet using the Telegram chat and instant messaging platform.

10. Discord is an instant messaging platform on the internet, https://discord.com/. On Discord, we would communicate in "channels," which are groups for messaging each other. Sometimes we "direct messaged" each other on Discord. That means that I sent an instant message electronically to non-party David only, not to the group chat.

11. Less frequently, I used Telegram to communicate with non-party David Chen, and sometimes Sam Chen. Telegram is similar to Discord in that it is an online instant messaging platform, https://telegram.org/.

12. We exchanged a few emails, but mostly we used Discord or Telegram messaging.

13. I do not recall ever calling non-party David Chen or Sam Chen on the telephone. We occasionally had calls through the Discord platform, but we did not speak by phone.

14. I do not recall ever sending a text message to non-party David Chen or Sam Chen. I would have used the direct message function on the Discord or Telegram platforms instead.

15. During the period in question—February 2022 through the September of 2022—my communications with non-party David Chen and Sam Chen focused on our work for OtterSec LLC, which was located in Wyoming. Our work was primarily conducted online on our computers.

16. The communications I had with non-party David Chen prior to the formation of OtterSec LLC in February 2022 were entirely on-line.

17. Once OtterSec LLC was formed, in February 2022, my communications with non-party David Chen or Sam Chen were in my capacity as a member and officer of OtterSec LLC.

I declare under penalty of perjury that the foregoing is true and correct.

DATED:    October 4, 2023

By: _____
          Robert Chen