# Exhibit B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LI FEN YAO, as Administrator of the Estate of Sam Mingsan Chen<br><br>   Plaintiff,<br><br>  v.<br><br>ROBERT CHEN, OTTER AUDITS LLC, and RC SECURITY LLC,<br><br>   Defendants. | Case No. 8:23-cv-00889-TDC |

## **DECLARATION OF OTTER AUDITS LLC CORPORATE REPRESENTATIVE**

I, Robert Chen, declare as follows:

1. My name is Robert Chen and I am of legal age and competent to give this Declaration.

2. I make this Declaration as the authorized corporate representative of Otter Audits LLC.

3. I am the sole member of Otter Audits.

4. I am familiar with the facts and circumstances stated herein.

5. Otter Audits is incorporated in South Dakota under the laws of South Dakota.

6. Otter Audits does not have any offices in Maryland.

7. Otter Audits does not have property in Maryland.

8. Otter Audits does not have any employees or a registered agent in Maryland.

9. Otter Audits has never advertised in Maryland or deliberately solicited business from Maryland.

10. Otter Audits has not engaged in any business in Maryland and is not registered to do business in Maryland.

1

I declare under penalty of perjury that the foregoing is true and correct.

DATED:   October 4, 2023

By: /s/ Robert Chen
Robert Chen