# Exhibit C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LI FEN YAO,<br>as Administrator of the Estate of Sam Mingsan Chen<br><br>        Plaintiff,<br><br>    v.<br><br>ROBERT CHEN, OTTER AUDITS LLC, and RC SECURITY LLC,<br><br>        Defendants. | Case No. 8:23-cv-00889-TDC |

## **DECLARATION OF RC SECURITY LLC CORPORATE REPRESENTATIVE**

I, Robert Chen, declare as follows:

1. My name is Robert Chen and I am of legal age and competent to give this Declaration.

2. I make this Declaration as the authorized corporate representative of RC Security LLC.

3. I am the sole member of RC Security.

4. I am familiar with the facts and circumstances stated herein.

5. RC Security is incorporated in South Dakota under the laws of South Dakota.

6. RC Security does not have any offices in Maryland.

7. RC Security does not own property in Maryland.

8. RC Security does not have any employees or registered agents in Maryland.

9. RC Security has never advertised in Maryland or deliberately solicited business from Maryland.

10. RC Security has not engaged in any business in Maryland and is not registered to do business in Maryland.

I declare under penalty of perjury that the foregoing is true and correct.

DATED:    October 4, 2023

By: ___*Robert Chen*___
    Robert Chen