UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| LI FEN YAO, as Administrator of the Estate of Sam Mingsan Chen,<br><br>      Plaintiff,<br><br>      -v-<br><br>ROBERT CHEN; OTTER AUDITS LLC; and RC SECURITY LLC,<br><br>      Defendants. | Civil Action No. TDC-23-0889 |

**DECLARATION OF STEPHEN M. PLOTNICK
IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS
COMPLAINT FOR LACK OF PERSONAL JURISDICTION**

  STEPHEN M. PLOTNICK, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

  1.  I am a partner with the law firm of Carter Ledyard & Milburn LLP, co-counsel for the plaintiff in the above-referenced matter, Li Fen Yao ("Plaintiff"). I respectfully submit this declaration for the purpose of placing before the Court certain documents that are referenced in Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss Complaint for Lack of Personal Jurisdiction.

  2.  Attached as Exhibit A is a true and correct copy of the Complaint filed in this action on March 31, 2023.

  3.  Attached as Exhibit B is a true and correct copy of the Articles of Organization of Defendant Otter Audits LLC, filed with the Secretary of State of the State of South Dakota and with an effective date of September 13, 2022.

  4.  Attached as Exhibit C is a true and correct copy of the Articles of Organization of Defendant RC Security LLC, filed with the Secretary of State of the State of South Dakota and with an effective date of September 13, 2022.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 6, 2023

Stephen M. Plotnick