# **EXHIBIT C**

11240624.1

# ARTICLES OF ORGANIZATION
## DOMESTIC LIMITED LIABILITY COMPANY
SDCL 47-34A-203, 212

Secretary of State
500 E. Capitol Ave
Pierre, SD 57501-5070
(605) 773-4845

Filing Fee: $150

Total Fee: $150

Please Type or Print Clearly in Ink
Please submit one Original
Make payable to the SECRETARY OF STATE

## Article I

The name of the Company:    **RC Security LLC**

## Article II

The address of the initial designated office in or out of the State of South Dakota where the company conducts its business:

Actual Street Address
**519 WEST 22ND ST.**
**SUITE 100**
**SIOUX FALLS, SD  57105**

Mailing Address
**519 WEST 22ND ST.**
**SUITE 100**
**SIOUX FALLS, SD  57105**

## Article III
SDCL 59-11-6

The South Dakota Registered Agent's Name:

South Dakota law permits the registered agent to be either (a) a noncommercial registered agent or (b) a commercial registered agent.

(b) The South Dakota Commercial Registered Agent's name & CRA#

CRA:   **LEGALINC CORPORATE SERVICES INC. (0000044)**

Actual Street Address in this State
**401 E 8TH STREET**
**SUITE 214-3010**
**SIOUX FALLS, SD  57103**

Mailing Address in this State

## Article IV

The name and address of each organizer

| Name | Address |
|---|---|
| **Robert Chen** | **4710 142 Pl. SE, Bellavue, WA 98006** |

## Article V

The duration of the company if other than perpetual is:   **Perpetual**

If the document is not to be effective upon filing by the Secretary of State, the delayed effective date is: _____



## Article VI

☑ Member-Managed    ☐ Manager-Managed

## Article VII

Beneficial Owners (optional): A beneficial owner is a person who has or in some manner controls an equity security. Please consult an attorney for legal advice if you have any questions concerning this entry. Any question under this heading is considered a request for legal advice and the secretary of state's office is, by statute, not permitted, to provide legal advice.

## Signature/Authorization

The Articles of Organization must be executed by the organizers.

No person may execute this report knowing it is false in any material respect. Any violation may be subject to a criminal penalty (SDCL 22-39-36).

| Jonathan Gaskin | *Jonathan Gaskin* | Partner | 09/13/2022 |
|---|---|---|---|
| PRINTED NAME | SIGNATURE | TITLE | DATED |

B0233-1910 09/13/2022 6:34PM Rec'd by SD SOS

B0233-1911  09/13/2022  6:34PM Rec'd by SD SOS

# State of South Dakota

### Office of the Secretary of State

## Certificate of Organization

### Domestic Limited Liability Company

**I, Steve Barnett**, Secretary of State of the State of South Dakota, hereby certify that the ARTICLES OF ORGANIZATION for

**RC Security LLC**

BUSINESS ID# DL234605

with an effective date of: September 13, 2022, duly signed and verified, SDCL 47-34A-203, 212 has been received in this office and is found to conform to law.

**ACCORDINGLY,** and by virtue of the authority vested in me by law, I hereby issue this Certificate of Organization and attach hereto a duplicate of the ARTICLES OF ORGANIZATION.



**IN TESTIMONY WHEREOF,** I have hereunto set my hand and caused to be affixed the Great Seal of the State of South Dakota, in Pierre, the Capital City, this day, September 13, 2022.

*Steve Barnett*

**Steve Barnett**
**Secretary of State**

09/13/2022 6:34 PM