UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| LI FEN YAO, as Administrator of the Estate of Sam Mingsan Chen,<br><br>          Plaintiff,<br><br>-v-<br><br>ROBERT CHEN; OTTER AUDITS LLC; and RC SECURITY LLC,<br><br>          Defendants. | Civil Action No. TDC-23-0889 |

**DECLARATION OF DAVID CHEN
IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS
COMPLAINT FOR LACK OF PERSONAL JURISDICTION**

DAVID CHEN, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1.       I was born on March 11, 2005. I am presently eighteen years old and live in Rockville, Maryland with my mother, Li Fen Yao. I graduated from Thomas S. Wootton High School in Rockville, Maryland in May 2023.

2.       My father, Sam Mingsan Chen, was a co-owner of OtterSec LLC ("OtterSec"). He passed away in a car accident on July 13, 2022, and my mother was appointed as the representative of my father's estate (the "Estate") on January 27, 2023. A true and correct copy of the Letters of Administration issued to my mother on January 27, 2023, by the Register of Wills for Montgomery County, Maryland is attached as Exhibit A.

3.       Prior to and at the time of my father's passing, my mother, father and I lived together at 13717 Travilah Road in Rockville, Maryland. We have lived there since I was approximately five old.

11238199.4

### A. OtterSec LLC

4. OtterSec was formed under Wyoming law on February 8, 2022, and it was dissolved on October 6, 2022. True and correct copies of OtterSec's Articles of Organization and Articles of Dissolution are attached as Exhibits B and C, respectively.

5. Prior to its dissolution, OtterSec was engaged in the business of performing security audits of software code used by companies operating on the blockchain. The idea for the company came about in early 2022, through my relationship with Defendant Robert Chen ("Robert" or "Robert Chen").

6. I met Robert in 2019, while competing in a cybersecurity competition that Robert helped organize. We were on different teams at the time, but my cybersecurity team eventually partnered with Robert's team in later competitions. We developed a friendship and frequently discussed matters related to cybersecurity, software coding, cryptocurrency and digital asset, oftentimes interspersed with personal matters.

7. Robert and I typically communicated using the Discord platform, but sometimes used Telegram as well. Both platforms allow for direct messaging and voice calling. We used the messaging and voice calling features of each, but most commonly communicated by direct messaging using Discord.

8. Robert and I first started discussing the business idea that became OtterSec over Discord on February 4, 2022. Robert expressed his belief that there were business opportunities in the cybersecurity space for auditing software code and, when I expressed my interest, he proposed that we start a company together. We moved quickly, agreeing on the name "OtterSec," developing a plan to market our services to potential clients, setting up a website (https://osec.io), choosing a logo, and creating email and social media accounts for the company in a matter of days.

9. On or about February 7, 2022, Robert and I discussed taking steps to form OtterSec as a legal entity. Robert suggested forming OtterSec as a limited liability company in Wyoming, and selected Wyoming because he had once helped form an entity in Wyoming for a cybersecurity team and was familiar with how to do so. I agreed and sent him money for the formation costs.

10. OtterSec was formed the next day, on February 8, 2022. *See* Ex. B. I knew that Robert lived in Washington, and Robert knew that I was a minor, in high school, and lived with my parents in Maryland. I am not aware of OtterSec ever having any office, operations, employees or consultants in Wyoming.

11. On February 11, 2022, Robert and I were messaging over Discord and discussing matters related to OtterSec, including the preparation of an operating agreement. In the course of our discussion, we both acknowledged that my status as a minor was likely to be problematic both with respect to entering into contracts and dealings with third parties. Robert suggested, as a work-around, that my parents serve as co-owners of OtterSec instead of me. I agreed that the idea made sense. Neither of us expected that they would play any active role in the business except as owners. In fact, we specifically agreed that I would act for my parents' interest as their "proxy" with respect to OtterSec. Our exchange over Discord appears below (Robert's screen name is "NotDeGhost" and mine is "ra").



12. The following is a true and accurate transcription of the relevant portions of the preceding Discord messages:

ra:
    I can sign, its just that the agreements can't bind me to do anything
    I can't take money or anything but I can back out if it requires me to do

…

NotDeGhost:
    No like
    companies won't work with u
    cause of legal risk

ra:
    oh I see
    pepega

-4-

NotDeGhost:
>    Yeah hm
>    Im not rly sure how to get around that
>    mby we can transfer ur stake to ur parents? (edited)
>    and then have them transfer back legally
>    when ur 18
>    or I can ask the accountant for advice

ra:
>    yeah I guess
>    holding in trust or whatever
>    and I act thru them as a proxy
>    so they sign for the company stuff
>    and I have them sign a contract w/me that basically states that the company decisions are determined by me + they transfer to me when I turn 18 (edited)

NotDeGhost:
>    yeah I mean
>    hopefully u trust ur parents enough
>    that u don't need a formal contract for that

13. While Robert and I were having this discussion, I was also discussing it with my parents. My father agreed to the proposal, and I told Robert that my father (and not my mother) would be the co-owner of OtterSec. Robert needed my father to immediately fill out some on-line forms for OtterSec and I was serving as the go-between for my father and Robert, relaying to my father what needed to be done and then relaying back to Robert (over Discord) when my father was done.

14. On February 13, 2022, Robert prepared an operating agreement for OtterSec, which formally documented the 50/50 ownership structure as between Robert and my father. Again, I served as the go-between for Robert and my father, providing Robert with our mailing address in Rockville for the operating agreement and then arranging for my father to sign the operating agreement on February 14, 2022, after Robert sent it to me. A true and correct copy of the operating agreement as signed is attached as Exhibit D.

B. **Banking and Financial Operations**

15. Robert asked me to take responsibility for handling OtterSec's money, the majority of which was maintained in (a) a hardware Ledger wallet that was used for

-5-

cryptocurrency transactions on the blockchain, and (b) an account maintained with the now-defunct cryptocurrency exchange FTX Trading Ltd. ("FTX"). Neither could be used or accessed except from my home in Rockville, Maryland.

16. A hardware Ledger wallet is a type of cryptocurrency wallet used to send and receive cryptocurrency on the blockchain. Like other cryptocurrency wallets, it has public and private "keys," which are alphanumeric codes used to send, receive, store and access cryptocurrency. A public key functions much like a bank account number, in the sense that it may be shared with others to use for sending cryptocurrency to the owner of the wallet. A private key functions much like a password, in the sense that it is kept private and is necessary to access the contents of the wallet. A person who holds the private key has full access to and control of the wallet; a person who does not have the private key has no access to or control of the wallet.

17. Unlike cryptocurrency wallets that are found online (or in an application on a phone or desktop), a hardware Ledger wallet is a physical device that exists in an environment separated from an internet connection, for better security. It stores the private key on the physical device and must be physically connected to an interface (*e.g.*, a computer) to send or receive cryptocurrency and access the wallet.

18. I maintained OtterSec's hardware Ledger wallet in my home in Rockville, Maryland. Robert did not have the hardware Ledger wallet or the private key associated with the hardware Ledger wallet (because it was stored on a computer chip in the physical device).

19. Similarly, access to OtterSec's FTX account was protected by multi-factor authentication, requiring both a passcode and a hardware security key. Like a hardware Ledger wallet, a hardware security key is a physical device that must be connected to an interface to gain access to the account. OtterSec used a hardware security key known as a "YubiKey" for

the FTX account, which I maintained in my home in Rockville, Maryland. Robert did not have a YubiKey or the passcode to the FTX account.

### C. Borrowing and Revenue

20. OtterSec borrowed $292,870.14 from me on or about February 26, 2022, to help fund its operations. The majority of the loan was repaid to me by OtterSec in two installments, on April 13 and April 27, 2022.

21. In addition, during the period of February-April 2022, OtterSec generated approximately $925,000 in revenue from auditing work. I worked on one-half of the audits during that period, from my home in Rockville. The audits that I worked on were responsible for $625,000 (approximately 67.5%) of the total auditing revenue generated by OtterSec during that period.

### D. Employees and Consultants

22. I was not the only person who worked for OtterSec in Maryland.

23. OtterSec had at least three other employees or consultants located in Maryland. Each signed an employment or consulting agreement indicating his name and address, and Robert counter-signed for OtterSec:

    a. Harikesh Kailad, 5304 Bangor Drive, Kensington MD;

    b. Andrei Kotliarov, 13972 Saddleview Drive, North Potomac MD; and

    c. William Wang, 9706 Watts Branch Dr, Rockville, MD.

True and correct copies of their employment or consulting agreements are attached as Exhibits E, F, and G, respectively.

24. William Wang is referenced in the Complaint filed in this case, because Robert was secretly negotiating to bring Mr. Wang with him to a firm named Jump Trading in April 2022, while Robert was a member of OtterSec and Mr. Wang was still under contract with

OtterSec. Compl., ¶¶ 55-64. Mr. Wang appears to have joined Robert at his new companies, Defendants Otter Audits LLC and RC Security LLC.

25. Indeed, as detailed in the Complaint, Defendants Otter Audits LLC and RC Security LLC are utilizing OtterSec's former website (https://osec.io). On that website is a section listing all audits (including OtterSec audits) from February 16, 2022 through October 6, 2023. The report for one of the listed audits, for a company named Ellipsis Labs, identifies Mr. Wang as one of the auditors and the company responsible for the audit as "OtterSec." The audit report is dated February 8, 2023, which over four months after Robert dissolved OtterSec. True and correct copy of the Ellipsis Labs audit report is attached as Exhibit H.

26. I have reviewed other audit reports available on the website, as well as other publicly available information, and it appears that there may be at least eight other former OtterSec employees or consultants working for the Defendants: Ajay Kunapareddy, Aleksandre Khokhiashvili, Christian Cuffari, Daryl Yeo, Harrison Green, Alec Petridis, Akash Gurugunti, and Shiva Shankar.

**E. Computer Server**

27. OtterSec utilized a computer server I built from spare parts, located in my home in Rockville, Maryland. Robert and other OtterSec employees or consultants were granted access to the server, and regularly logged into and accessed it for executing code and performing auditing work.

28. Robert knew that the server was located in my home. For example, on January 13, 2022, I sent a message to Robert showing him pictures of parts I ordered. Robert responded, asked if it was going in my basement, and I told him that it was (I later moved it to a different room in my house):



29. On January 21, 2022, after I assembled the server, I sent another message to Robert letting him know it would be functional soon:

11238199.4



F. **Communications**

30.   The Complaint filed in this case details just a few of the many communications between me and Robert that took place between the date OtterSec was formed (February 8, 2022) and the date it was dissolved (October 6, 2022).

31.   For context, utilizing a feature on Discord, I was able to determine that Robert and I exchanged, over that platform alone, a total of 18,543 messages during that period. Of those, 8,088 were messages sent by me to Robert and 10,455 were messages sent by Robert to me. The vast majority of those messages related to OtterSec, and many are cited in the Complaint. They include Robert's statement to me on May 10, 2022, that he was going to "dissolve the company and remake it":

-10-



32.     The following is a true and accurate transcription of the relevant portion of the preceding Discord messages:

…

NotDeGhost:

> would you be open to considering selling your share of the company?
> if not, I'll probably dissolve the company and remake it
> but it'll be a lot messier and there's no need to burn bridges like that

### G.  Lack of Transparency

33.     I am aware from having read Robert's filings in this case that he is claiming to have paid for OtterSec's assets. He has never previously disclosed that to my family, and we have been provided with no information from Robert whatsoever regarding any of the details of the dissolution of OtterSec or the disposition of its assets.  He has never disclosed how much he paid, what he purchased or how he arrived at a purchase price.

34.     Although I transitioned responsibility for handling OtterSec's money to Robert when I ceased working for the company, having been responsible for handling OtterSec's money for a period of time I am aware that it was very profitable. Based on the audits posted on its website the company appears to be experiencing continued success. Nevertheless, the Estate has not received any distribution of any funds from OtterSec.

-11-

35. In fact, my family has received no financial information from Robert concerning OtterSec at all. We have not even received forms K-1 or 1099 for our 2022 tax returns.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 6, 2023

_____
David Chen