# **EXHIBIT A**

11240624.1



# STATE OF MARYLAND
# LETTERS OF ADMINISTRATION

ESTATE NO. W112298

I certify that administration of the Estate of

**SAM MINGSAN CHEN**

was granted on the ____27th____ day of ____JANUARY, 2023____,
to ____LI FEN YAO____

as personal representative(s) and the appointment is in effect
this __30th__ day of __JANUARY__ __2023__,

☑ Will probated __January 27, 2023__
                          (date)

☐ Intestate estate

*Joseph M. Griffin*

JOSEPH M GRIFFIN
Register of Wills for

MONTGOMERY COUNTY

**VALID ONLY IF SEALED WITH THE SEAL OF THE COURT OR THE REGISTER**

RW1120

ROWNET
11/2009