# **<u>EXHIBIT C</u>**

11240624.1



**Wyoming Secretary of State**
Herschler Building East, Suite 101
122 W 25th Street
Cheyenne, WY 82002-0020
Ph. 307.777.7311
Email: Business@wyo.gov

**WY Secretary of State**
FILED: 10/06/2022 02:49 PM
Original ID: 2022-001078733
Amendment ID: 2022-003862322

# Limited Liability Company
# Articles of Dissolution

1. The name of the limited liability company is:
   *(Name must match exactly to the Secretary of State's records)*
   
   OtterSec LLC

2. Certification. *(Please check the box to complete the required certification.)*

   [✓] I hereby certify that I am in compliance with W.S. 17-29-701, and I have met all requirements for dissolution and winding up as required in the Limited Liability Company Act. I further certify that I have the authority to complete the dissolution of this business entity. The limited liability company is now dissolved.

Signature: *Robert Chen*   Date: 09/27/2022
*(Shall be executed by a person authorized by the company.)*   *(mm/dd/yyyy)*

Print Name: Robert Chen    Contact Person: Stacy Fredericks
Title: Member              Daytime Phone Number: 801-924-4131
                           Email: sfredericks@michaelbest.com

*(An email address is required. Email(s) provided will receive important reminders, notices and filing evidence.)*

---

**Checklist**
[✓] **Filing Fee: $60.00** Make check or money order payable to Wyoming Secretary of State.
[✓] The business entity is **active and in good standing** with this office.
[✓] **Processing time is up to 15 business days** following the date of receipt in our office.
[✓] Please mail with payment to the address at the top of this form. **This form cannot be accepted via email.**
[✓] Please review the form prior to submission. **The Secretary of State's Office is unable to process incomplete forms.**

LLC-ArticlesDissolution - Revised June 2021



# STATE OF WYOMING
## Office of the Secretary of State

I, KARL ALLRED, Secretary of State of the State of Wyoming, do hereby certify that the filing requirements for the issuance of this certificate have been fulfilled.

## CERTIFICATE OF DISSOLUTION

**OtterSec LLC**

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **6th** day of **October**, **2022**



Secretary of State

By: _____Cici Mohren_____

Filed Date: 10/06/2022