UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

LI FEN YAO, *as Administrator of the Estate of Sam Mingsan Chen*,

    Plaintiff,

v.

ROBERT CHEN,
OTTER AUDITS LLC and
RC SECURITY LLC,

    Defendants.

Civil Action No. TDC-23-0889

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. Defendants' Motion to Dismiss for Lack of Personal Jurisdiction, ECF No. 27, is DENIED.

2. Defendants shall file their Answers to the Complaint within **14 days** of the date of this Order.

Date: March 11, 2024

THEODORE D. CHUANG
United States District Judge