UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

LI FEN YAO,

    Plaintiff,

v.

ROBERT CHEN,
OTTER AUDITS LLC and
RC SECURITY LLC,

    Defendants.

Civil Action No. TDC-23-0889

## ORDER

For the reasons stated during the April 9, 2024 Case Management Conference, it is hereby ORDERED that:

1. The case is referred to a United States Magistrate Judge for mediation.

2. Defendants are granted leave to file the proposed Motion for Judgment on the Pleadings and the Motion for a Stay of Discovery and Deadlines in the Scheduling Order as a single Motion. ECF Nos. 43, 44. The Motion will be deemed timely if filed by **Friday, April 19, 2024**. Plaintiff's Opposition to the Motion is due by **Friday, May 10, 2024**. Any reply brief is due by **Friday, May 24, 2024**.

Date: April 9, 2024



THEODORE D. CHUANG
United States District Judge