**EXHIBIT 2**



**OtterSec-**
**---- archive ---- / standup**
share what you're doing! https://www.notion.so/0bbcd36926374b36bc9fc9c7a38df777?v=7fbb256349ef4bad93ac81db10eefca5
Between 4/12/2022 12:00 AM and 4/14/2022 12:00 AM


**ra** 4/12/2022 5:39 AM
Feel like we'll have to leek a lot of alpha to pick a fight with them lol
Like our bot cluster but w/e


**nojob** 4/12/2022 5:41 AM
lmao


**ra** 4/12/2022 6:14 AM
Give quote to UXD


**NotDeGhost** 4/12/2022 9:59 AM
time to call jump crypto



 hhofstadt@jumptrading.com

 Kanav Kariya

 notdeghost@osec.io

 **ra** Give quote to UXD
 **ra** 4/12/2022 10:00 AM
They did not like it


**EhhThing** 4/12/2022 10:04 AM
oh btw I have a friend that's interning @ jump crypto next term, who might be interested in joining osec afterward 👀 (edited)
👀 1


**NotDeGhost** 4/12/2022 10:28 AM
👀
do they do security?


**NotDeGhost** 4/12/2022 9:10 PM
cashio + serum code review
+ call w/ jump crypto president


**ra** 4/13/2022 6:15 AM
finish blog post with strellic + work on serum with cppio + avoid dying of covid
also check out waev's stuff
followup with ppl from miami in general


**kchow** 4/13/2022 10:48 AM
cashio + pyth staking/governance code review


**hgarrereyn** 4/13/2022 3:48 PM
jet-margin writeup

