**EXHIBIT 3**

ra  4/5/2022 11:28 PM
2 days
Yea

NotDeGhost  4/5/2022 11:28 PM
tbh i think in the future
not both of us should go
to these kinda events
or mby we should alternate going this time
we have too many audits to do

ra  4/5/2022 11:28 PM
And 1 should grin

NotDeGhost  4/5/2022 11:28 PM
yeah

ra  4/5/2022 11:29 PM
Ehh I was kinda planning on just going in the morning, coming back for the afternoon

NotDeGhost  4/5/2022 11:29 PM
o ok
yeah i can go in the afternoon lol

ra  4/5/2022 11:29 PM
Nap on the afternoon
+you don't wake up until like 10:30 lol
I think it's better if we stay together tho for communication
Altho ig we're not rlly working on the same things anymore

ra  Also cousin with me
ra  4/5/2022 11:36 PM
Last minute thing lol

NotDeGhost  4/6/2022 12:09 AM
kk
yeah u should come over and we can
work in the airbnb

NotDeGhost  4/9/2022 9:35 AM
https://discord.com/channels/428295358100013066/689412830075551748/962367207684341781

NotDeGhost  4/9/2022 11:06 AM
📄 NDA.docx
   288.55 KB
this should work

ra  4/9/2022 11:07 AM
Kk
Will send to them later

⭐ ra pinned a message to this channel.  4/9/2022 11:08 AM

NotDeGhost  4/10/2022 11:48 AM
u should do biweekly
ie do one like tues

NotDeGhost  4/10/2022 1:24 PM
can u send 4250 USDC to 63pRPtL8cTBMfVBDeYwBa7Cvgnc7eW6CVr8vREAjZex6

 NotDeGhost  4/10/2022 2:07 PM
can u do it like wednesday

or smth

bi-weekly

 **NotDeGhost** u should do biweekly
ra  4/10/2022 2:09 PM
Sync with cppio?

 NotDeGhost  4/10/2022 2:09 PM
yes

 **NotDeGhost** can u send 4250 USDC to 63pRPtL8cTBMfVBDeYwBa7Cvgnc7eW6CVr8vREAjZex6
ra  4/10/2022 2:10 PM
Don't have any keys on my laptop sorry

I can ask my brother to do it tho I think

What do you need it for

 NotDeGhost  4/10/2022 2:11 PM
pay arin

no rush

u can do it when u get back

 ra  4/10/2022 2:11 PM
Ok

 NotDeGhost  4/10/2022 2:11 PM
also does biweekly work for serum

 ra  4/10/2022 2:11 PM
Wait can't we pay him in usd

 NotDeGhost  4/10/2022 2:11 PM
uhh

it's fine dwai

usdc less fees

u should also ask tria to sit in

 ra  4/10/2022 2:12 PM
?? Wait what did you do with arin

 NotDeGhost  4/10/2022 2:12 PM
the bot sale

bruh

 ra  4/10/2022 2:12 PM
Ohhh

thought it was wages or smth and was like ???

 NotDeGhost  4/10/2022 2:13 PM
lol

 **NotDeGhost** also does biweekly work for serum
ra  4/10/2022 2:13 PM
idk if there's that much to sync

 NotDeGhost  4/10/2022 2:13 PM
well the point woudl be to

 ra  4/10/2022 2:13 PM
Like even weekly because no bugs

Idk

**NotDeGhost**  4/10/2022 2:13 PM
talk abt what u found
like attack surface wise
i feel like working together is more productive too

**ra**  4/10/2022 2:14 PM
already did that day one
attack surface doesn't rlly appear mid audit or smth

**NotDeGhost**  4/10/2022 2:14 PM
also to motivate him

**ra**  4/10/2022 2:14 PM
ok I can physically show up to cmu
Wait shit I have COVID spring break plans ruined fuckkk

**NotDeGhost**  4/10/2022 2:15 PM
rip

**ra**  4/10/2022 2:15 PM
Fuck florida

> **NotDeGhost** i feel like working together is more productive too

**ra**  4/10/2022 2:15 PM
Anyways was hoping to come to cmu in person to do this
Because sitting on call in silence is.kinda no bueno too

**NotDeGhost**  4/10/2022 2:16 PM
ok well we need
smth to show them soon

**ra**  4/10/2022 2:16 PM
I think that could have been because I'm kinda fucked this week tho so

**NotDeGhost**  4/10/2022 2:16 PM
like we cannot screw up this audit

**ra**  4/10/2022 2:17 PM
I know mf I know I just woke up pls fjfjjfjfjfjfj
Sorry but kinda grumpy woke up feeling feverish again

**NotDeGhost**  4/10/2022 2:17 PM
hm i feel like screensharing code and
working together is not a bad thing
ok whatever we can figure it out later
from my experience cppio is just hard to motivate
so u need to sit down w/ him

**ra**  4/10/2022 2:18 PM
Yeah I think that's ok didn't do that bc laptop will do that at home setup
Sure

**NotDeGhost**  4/10/2022 2:18 PM
kk u should ask him to schedule it wed

> **NotDeGhost** ok well we need

**ra**  4/10/2022 2:20 PM
just smol thing but how is this a "ok well" moment kinda annoying like how does my  shitty attitude towards holding a meeting relate to not knowing that this audit is important

 **NotDeGhost** 4/10/2022 2:21 PM
o ig i just meant

imo u should priotize this above all else

like u can push meetings onto me

and other stuff

or like other stuff that's blocking u

 ra 4/10/2022 2:22 PM
ok

yea I gotcha

 **NotDeGhost** 4/10/2022 2:24 PM
but like in return u should put a lotta time into serum

like im handling all the other audits rn

so u can do this

 ra 4/10/2022 2:25 PM
yeah makes sense I was avoiding meetings bc I thought the last one was awkward not because I didn't want to spend the time srry I implied I was trying to ditch work or some crap

**NotDeGhost** 4/10/2022 2:25 PM
ah kk np

yeah hm, tbh we should have more coworking sessions

i think it helps connect w/ ppl and

motivates them

u should ask tria to join i think

o wait actually before u start on serum for today, can u write a poc for jet margin liquidation + close account dos

https://docs.google.com/document/d/1TdAJF9xIfq64mTJL54vJ7m-ptqs7WlxpG1exLXeSTKI/edit

`OS-JET-ADV-01`

is the close account thing

liquidation bug is just that they have users claim liquidations but

you can just claim ur own account as liquidtable

> ⤷ **NotDeGhost** u should ask tria to join i think
 ra 4/10/2022 2:32 PM
yea sure

 **NotDeGhost** 4/10/2022 2:32 PM
and then `liquidatoin_end` + `liquidation_begin` it to endlessly lock it

 ra 4/10/2022 2:33 PM
Oh I rember that is this jet-v1?

 **NotDeGhost** 4/10/2022 2:33 PM
no

jet margin

 ra 4/10/2022 2:33 PM
Huh ok same pattern

 **NotDeGhost** 4/10/2022 2:34 PM
wait jet v1 does not have

liquidation lockign

 ra 4/10/2022 2:34 PM
It did I think

 **NotDeGhost** 4/10/2022 2:34 PM
no

ra  4/10/2022 2:34 PM
O wait mb
Something else
I think ocygen
Oxygen

NotDeGhost  4/10/2022 2:35 PM
o ok

ra  4/10/2022 2:35 PM
Also sorry I kinda feel bad physically rn so idt I should be making decisions rn bc I just wanna eat smth and sleep more rn lol
Any decisions I make now will not be long term minded

NotDeGhost  4/10/2022 2:36 PM
hm writing pocs is braindead stuff so u can prob do that
finding vulns requires being awake

ra  4/10/2022 2:36 PM
yea
Going to get smth to eat first tho

NotDeGhost  4/10/2022 2:39 PM
kk
pls by like 10 pm est or smth
gotta get this in to them before the call tmrw

┌ **NotDeGhost** i think it helps connect w/ ppl and
ra  4/10/2022 2:40 PM
Lemme get back to you on this shit when I'm not hungry and tired

NotDeGhost  4/10/2022 2:40 PM
kk  (edited)

ra  4/10/2022 2:40 PM
Ok

┌ **NotDeGhost** you can just claim ur own account as liquidtable
ra  4/10/2022 5:54 PM
They already have a test that seems to show that it's intended behavior(`no_one_else_can_liquidate_after_liquidate_begin` in hosted liquidate tests)

┌ **NotDeGhost** is the close account thing
ra  4/10/2022 5:54 PM
Finished poc for this

┌ ra They already have a test that seems to show that it's intended behavior(`no_one_else_can_liquidate_after_liquidate_begin` in hosted liquidate...
ra  4/10/2022 5:58 PM
So we probably need to explain why this is bad

┌ ra They already have a test that seems to show that it's intended behavior(`no_one_else_can_liquidate_after_liquidate_begin` in hosted liquidate...
NotDeGhost  4/10/2022 6:04 PM
did u cancel and redo it
and show timer extended ig
that's the main implica

ra  4/10/2022 6:13 PM
Kk
Uhh they have tests at the bottom commenting that test runtime clock doesn't work rip

NotDeGhost  4/10/2022 6:15 PM
harry got it working
check his pr

 ra  4/10/2022 6:15 PM
Kk
27 minutes ago lol nice

 **NotDeGhost** liquidation bug is just that they have users claim liquidations but
 ra  4/10/2022 6:47 PM
The bug is actually diff lol
You can't actually restart liquidation
From same liquidator
Because account is initializedd
So if you actually get liquidated once and then you get liquidated again before account is purged from runtime, the same liquidators that attempted a liq can't
Who found this bug btw?

 NotDeGhost  4/10/2022 6:49 PM
me
uhh

 ra So if you actually get liquidated once and then you get liquidated again before account is purged from runtime, the same liquidators that attempted a liq can't
 ra  4/10/2022 6:49 PM
Same issue as before with create account -> close account -> create account

 NotDeGhost  4/10/2022 6:49 PM
ig u can do it with a diff bot account

 ra  4/10/2022 6:49 PM
Yeah

 NotDeGhost  4/10/2022 6:49 PM
so still an issue

 ra  4/10/2022 6:49 PM
Yeah
Just seems like this caused a diff bug
Than intended lol
Because bots don't usually create new keypairs randomly lol

 NotDeGhost  4/10/2022 6:50 PM
yeah
so both issues

 **NotDeGhost** me
 ra  4/10/2022 6:50 PM
O was going to ask so I could dm for more efficient com lol

NotDeGhost  4/10/2022 6:51 PM
lol
wait r u sure it doesn't get cleanedup
like next slot

ra  4/10/2022 7:02 PM
Not sure
Probably
But ig kinda bug
Also ur missing meeting with darly
Daryl

 NotDeGhost  4/10/2022 7:08 PM
yeah was eating

 ra  4/10/2022 7:08 PM
I got it

 NotDeGhost  4/10/2022 7:41 PM
https://free.streamflow.finance/vesting
does this owrk
at port

 ra  4/10/2022 7:44 PM
Idk would have to get home
Don't have access to osec wallet rn

 NotDeGhost  4/10/2022 7:45 PM
kk
bruh why does 02 have
the pool config diff
wait
oh u renamed

 ra  4/10/2022 7:48 PM
Yea
To match doc

 NotDeGhost  4/10/2022 7:48 PM
wait so u did poc for close
but not liquidate yet right

 ra  4/10/2022 7:48 PM
Yes

 NotDeGhost  4/10/2022 7:50 PM
https://docs.google.com/document/d/1FK94XB7n0zamgayJ0kNcsae4qB7zLSx_ASQgBf7Q9aU/edit

> **Google Docs - create and edit documents online, for free.**
> Create a new document and edit with others at the same time -- from your
> computer, phone or tablet. Get stuff done with or without an internet
> connection. Use Docs to edit Word files. Free from Google.

also this is the actual doc btw
the other one is just s3v3ru5's thing

 NotDeGhost  4/10/2022 8:42 PM
ok i dunno what ur liquidation poc is doing
or why the diff is so big
so ima just not do it for now

 ra  4/13/2022 7:39 AM
who are we having do the second cashio audit btw

 NotDeGhost  4/13/2022 7:40 AM
kevin

 ra  4/13/2022 7:41 AM
no like didn't cashio want a second auditing firm

 NotDeGhost  4/13/2022 7:43 AM
prob certik
they give us 5% rebate

 ra  4/13/2022 7:44 AM
ok ic

 ra  4/13/2022 9:21AM
ratio finance is atrix btw

 NotDeGhost  4/13/2022 9:21AM
no?
i met their dudes

 ra  4/13/2022 9:22 AM
o wait nvm
was looking at this https://twitter.com/ProjectSerum/status/1513986135848071168

> Serum  (@ProjectSerum)
>
> A new grant proposal from @RatioFinance is now live on the forum proposing a
> 500k $SRM grant requesting $SRM to be used for farming rewards in the
> USDr-USDC stable-stable pool on @AtrixProtocol
>
> Read the proposal here: 👇
>
> https://t.co/38asRtQ1B5
>
> 🐦 Twitter • 4/12/2022 2:03 PM

just assumed that atrix == ratio because i thought atrix would be requesting the lm rewards
also according to soju
they're very scuffed dev side

 NotDeGhost  4/13/2022 9:24AM
o
i met their lead dev
he likes me so

 ra  4/13/2022 9:24AM
yea soju said they formed their whole dev team after raising

>  **NotDeGhost** he likes me so

 ra  4/13/2022 9:25AM
nice
wonder what they raised at
if they have vc money to burn on audits, w/e lol

 NotDeGhost  4/13/2022 10:51AM
can u make a spreadsheet of
all the bots please

 ra  4/13/2022 10:52AM
kk
https://docs.google.com/spreadsheets/d/1s2X1BaXx9tN-JWm8X9JWaYYngGe9MtQ7gSZdoZnbUNQ/edit#gid=0

> **Google Sheets - create and edit spreadsheets online, for free.**
> Create a new spreadsheet and edit with others at the same time -- from your
> computer, phone or tablet. Get stuff done with or without an internet
> connection. Use Sheets to edit Excel files. Free from Google.

 NotDeGhost  4/13/2022 11:29AM
are pertark + hari doing actual work
i think we're overpaying both of them
am tempted to fire and replace w/ cmu students

>  **NotDeGhost** i think we're overpaying both of them

 ra  4/13/2022 11:34AM
yea prolly

 NotDeGhost  4/13/2022 11:41AM
ok can u tell them to hop on a call w/ me today

 ra  4/13/2022 11:43 AM
ill call w/ them

i have a call with patrick today already

 NotDeGhost  4/13/2022 11:43 AM
ok

 ra  4/13/2022 12:06 PM
ok finished firing patrick

 NotDeGhost  4/13/2022 12:06 PM
kk

remove  him from gh + discord pls

 ra  4/13/2022 12:25 PM
who do we have on anchor static anal rn actually

defund is doing audits rn right

so is cppio

is ethan doing anything

 NotDeGhost  4/13/2022 12:27 PM
no

ethan was busy w/ midterms but i dunno

 ra who do we have on anchor static anal rn actually
 NotDeGhost  4/13/2022 12:27 PM
v0ldemort

u should ask him nicer

i deleted ur msg

or it's only been 3 days so

also u should remind pertark of the nda

and ask him to remove all files related to osec

 ra  4/13/2022 12:34 PM
done

 NotDeGhost u should ask him nicer
 ra  4/13/2022 12:36 PM
aight can you ask then

 NotDeGhost  4/13/2022 12:36 PM
i willin a but

bit

 ra  4/13/2022 12:36 PM
kk

 NotDeGhost  4/13/2022 12:36 PM
how is serum going

 ra  4/13/2022 12:37 PM
going to work on it w/ cppio today

 NotDeGhost  4/13/2022 12:37 PM
he's afk

u should just work on it

urself for now

 ra  4/13/2022 12:37 PM
have been managing wallets/contacting ppl this morning



NotDeGhost  4/13/2022 12:37 PM
kk

ra  4/13/2022 12:37 PM
yea
need to get back to ppl from miami tho so will probably look at it tomorrow

NotDeGhost  4/13/2022 12:38 PM
??

ra  4/13/2022 12:38 PM
looking at waev's papers rn

NotDeGhost  4/13/2022 12:38 PM
it takes 9 hrs
to respond to ppl?

> **ra** looking at waev's papers rn
NotDeGhost  4/13/2022 12:39 PM
what is this

ra  4/13/2022 12:39 PM
guy me/sam were talking to at azi's party
decentralized data analytics

NotDeGhost  4/13/2022 12:40 PM
ok responding to ppl should not take

ra  4/13/2022 12:40 PM
similar to google analytics

NotDeGhost  4/13/2022 12:40 PM
the whole day

ra  4/13/2022 12:41 PM
ik

> **ra** have been managing wallets/contacting ppl this morning
ra  4/13/2022 12:42 PM
managing wallets was looking at a thing involving cashio lm mining on quarry
since they got hacked saber closed their stable pools

NotDeGhost  4/13/2022 12:42 PM
ok sure
u still need to do serum

ra  4/13/2022 12:42 PM
yes

NotDeGhost  4/13/2022 12:53 PM
rip serum asked us
ok i think we need to do weekly updates for projects

ra  4/13/2022 12:56 PM
yea solend has a weekly call to show what you did during the week

NotDeGhost  4/13/2022 12:56 PM
yeah but we need to do weekly updates for the
projects we audit
or else they'll ask us this and it looks rly bad

 ra  4/13/2022 12:56 PM
o thought you were talking about voldemort

**NotDeGhost** or else they'll ask us this and it looks rly bad

 ra  4/13/2022 12:57 PM
sure

NotDeGhost  **4/13/2022 12:57 PM**
ok so
we have nothing to show for serum rn?

 ra  4/13/2022 12:57 PM
we do not

NotDeGhost  **4/13/2022 12:58 PM**
how is that possible
it's been like
1.5 weeks

 ra  4/13/2022 12:58 PM
serum is nowhere on the same level as port/jet
in terms of professionalism
and code quality

NotDeGhost  **4/13/2022 12:58 PM**
ok well i was looking at it on the plane
and found some sus stuff so
in like 1 hr

 ra  4/13/2022 12:59 PM
pls post in serum channel
and i'll look at it w/ cppio

NotDeGhost  **4/13/2022 12:59 PM**
wait i don't get how
u guys found nothing
i will share later

 ra  4/13/2022 1:00 PM
can u send now so i can look at it now

NotDeGhost  **4/13/2022 1:00 PM**
no

 ra  4/13/2022 1:00 PM
? why

NotDeGhost  **4/13/2022 1:00 PM**
u should look for it urself
if i can find it in an hr

 ra  serum is nowhere on the same level as port/jet
NotDeGhost  **4/13/2022 1:01 PM**
this is just bs

 ra  4/13/2022 1:01 PM
in what way

NotDeGhost  **4/13/2022 1:02 PM**
ur claim that there are no vulns

ra  4/13/2022 1:02 PM
i'm not claiming there are no vulns bc we don't know that

NotDeGhost  4/13/2022 1:02 PM
no easy vulns

ra  4/13/2022 1:03 PM
yes

NotDeGhost  4/13/2022 1:03 PM
well if i can find it in 1 hr
evidently not

ra  4/13/2022 1:08 PM
ok mb i did go into this audit with the preconception that serum's dev team is godly
and that was probably a bad mindset to take
as an auditor
ty for the insight
going to go take a nap first and take a look at serum-v4 with fresh eyes

┌ ra  and that was probably a bad mindset to take
ra  4/13/2022 1:20 PM
gotta remember that everyone is just as human as you are
and its not arrogant to think that way  (edited)
also jito labs meeting pog

ra  4/13/2022 1:30 PM
u going to join?

NotDeGhost  4/13/2022 1:30 PM
yes

┌ ra  going to go take a nap first and take a look at serum-v4 with fresh eyes
NotDeGhost  4/13/2022 1:56 PM
yeah this is also why im not gonna tell u the bugs
im p sure it's a crit tho
or at least a high

┌ NotDeGhost  yeah this is also why im not gonna tell u the bugs
ra  4/13/2022 1:56 PM
?
what is this

NotDeGhost  4/13/2022 1:56 PM
for serum

ra  4/13/2022 1:56 PM
this is also why

┌ ra  ok mb i did go into this audit with the preconception that serum's dev team is godly
NotDeGhost  4/13/2022 1:57 PM
.
"this"

ra  4/13/2022 1:57 PM
also can u handle the blog post with strellic
getting good vibes from serum rn

NotDeGhost  4/13/2022 1:57 PM
ok

 ra  4/13/2022 1:57 PM
mindset is important

 NotDeGhost  4/13/2022 2:01 PM
u should at least note down

weird stuff
as u find it

 ra  4/13/2022 2:11 PM
btw

 NotDeGhost  4/13/2022 2:12 PM
ok
i dunno if we should fire hari
at least he did *something*

 ra  4/13/2022 2:13 PM
yeah

 NotDeGhost  4/13/2022 2:14 PM
wana do pomodoro
with kevin
u should try it

 ra  4/13/2022 2:15 PM
i used to do them
sure

 NotDeGhost  4/13/2022 2:15 PM
u should make a pomo channel
with a tomato emoji

 ra  4/13/2022 2:15 PM
i used to go to my friend's house to do them

 NotDeGhost  4/13/2022 2:15 PM
i think we should do more
work together things

 ra  4/13/2022 2:16 PM
yea sounds good

💬 **NotDeGhost** with kevin
 ra  4/13/2022 2:17 PM
not rn bc im not sure how long this good vibe will last but mb tomorrow

 NotDeGhost  4/13/2022 2:17 PM
thonk
ok

 ra  4/13/2022 2:17 PM
being sick kinda slaps ngl
die for the first few days
get the best fuckin coding vibes for the next few days
or at least that's been my experience
a lot of the rust bot was written when i had a cold  (edited)

 NotDeGhost  4/13/2022 2:19 PM
tfw

ra  4/13/2022 2:19 PM
also just a note
you can't make me do smth by going like "well you have to"
my brain needs why
in this case i've decided its to prove that serum devs are not godly

NotDeGhost tfw

ra  4/13/2022 2:27 PM
unfortunately pollen allergies do not work like this :(

NotDeGhost  4/13/2022 2:34 PM
tfw ok

ra  4/13/2022 3:15 PM
yea cppio is probably busy with exams or w/e rn
wdyt

NotDeGhost  4/13/2022 4:39 PM
yeah it's fine

NotDeGhost  4/14/2022 10:15 AM
it's kinda weird when u publically simp for cts
i think it's a bad look

NotDeGhost  4/14/2022 11:39 AM
why leave pomo

ra  4/14/2022 11:39 AM
taking a break to go walk outside

ra  4/14/2022 1:02 PM
please stop adhd means i can't control where the attention goes so if i get this kinda vibe i ride it while it lasts
i have no idea how long it will last
and what will break it

NotDeGhost  4/14/2022 1:03 PM
hm ok
tbh we're kinda on a roll though
i think this is a crit

ra  4/14/2022 1:03 PM
🙏 pls stop asking me to go do other stuff
when im vibing tho

NotDeGhost  4/14/2022 1:03 PM
okok
ok

ra  4/14/2022 1:04 PM
ty srry but its a very adhd thing adhd is a terrible name its not a lack of attention its a lack of control over direction of attention
my attention does whatever the fuck it wants and since its right where i want it right now im going to try to keep going

NotDeGhost  4/14/2022 4:37 PM
hey
we shoudl chat

ra  4/14/2022 4:38 PM
sure, now?

📞 NotDeGhost started a call that lasted 5 minutes  4/14/2022 4:39 PM

 **NotDeGhost**  4/14/2022 5:34 PM
also we are ok with

500k at 20 million right

for friends and family

talking to some potential vcs

thinking abt just giving everyone 50k

 ra  4/14/2022 5:47 PM
what's the upside

 **NotDeGhost**  4/14/2022 5:47 PM
connects

 ra  4/14/2022 5:48 PM
does being vc funded make it that much easier?

 **NotDeGhost**  4/14/2022 5:48 PM
no we give the 50k allocation to

important ppl in the space

 ra  4/14/2022 5:48 PM
hmm can you give list

 **NotDeGhost**  4/14/2022 5:49 PM
dunno

just in general

like mby wil from jet

elton

etc

 ra  4/14/2022 5:50 PM
yea the thing is i feel like

since we're a services based company its pretty mercenary either way whether or not they own equity

because we're pretty small in the grand scheme of things by size and won't really grow but the audit could make/break their proj

 **NotDeGhost**  4/14/2022 5:51 PM
yes hence why it's like

2.5% equity

 ra  4/14/2022 5:51 PM
giving out any equity at all is a huge commitment

since it breaks the 50/50 balance

this is why we didn't want to give nojob a small token amount of equity either

 **NotDeGhost**  4/14/2022 5:52 PM
🤔

im gonna just tell ppl

friends and family

 ra  4/14/2022 5:53 PM
what's the real reason you want investment? you've been very deflective about it in the past

⌐ **NotDeGhost** connects
 **NotDeGhost**  4/14/2022 5:53 PM
.

 ra  4/14/2022 5:58 PM
yeah i guess it's true that if we had investment from some places we could have snagged saber/mercurial

and i think outside investment would definitely help somewhat with connections

 **NotDeGhost**  4/14/2022 5:59 PM
i mean i handle literally
all the deals
so i can tell you yes
investment woudl help a ton

 ra  4/14/2022 6:02 PM
can you give an example of like a specific instance ig
my current understanding is that we have a really close relationship with jet/companies we've audited in general but i haven't been in many calls
(just want to know your exact reasoning – kinda down with this but i want to know why)  (edited)
is it that new startups are not as confident that they'll make the right choice?
so they'll tend to default to tried and true with known backing like kudelski
so if we have investments backing us as well its easier to pick up newer startups who can't afford to just get all the auditors to audit their shit if they really need to ig  (edited)

 **NotDeGhost**  4/14/2022 6:17 PM
like elton connected me w/
a company today
and in general vcs have a lot of portfolio companies
that they can connect

 ra  4/14/2022 6:19 PM
i wonder if race will ever send companies our way
dyt they'll be more committed to doing that if they have an investment

 **NotDeGhost**  4/14/2022 6:20 PM
yes

 ra  4/14/2022 6:21 PM
lets ask nojob what he thinks
solend is vc invested and they get partnerships and crap
so kinda same boat

 **NotDeGhost**  4/14/2022 6:21 PM
ok
can u do serum
and not have me
bug you every hour

 ra  4/14/2022 6:21 PM
i am actually writing down
bytes as we speak
lmao

 **NotDeGhost**  4/14/2022 6:21 PM
ok it is
kinda annoying how i feel like
i have to watch you
for you to do work

 ra  4/14/2022 6:53 PM
actually should we add
grand pew to main serum audit chat

 **NotDeGhost**  4/14/2022 6:53 PM
i did

 ra  4/14/2022 6:53 PM
can he replace cppio as audit partner so you can
go do other stuff

**NotDeGhost** i have to watch you

 **ra** 4/14/2022 6:53 PM

this is what partner coding is

and ig what we'd optimally want from auditing as well

👤 **ra** this is what partner coding is

 **ra** 4/14/2022 6:54 PM

where you're supposed to physically look at their code

 **NotDeGhost** 4/14/2022 6:54 PM

no he needs to do fuzzing

 **ra** 4/14/2022 6:54 PM

over their shoulder

i mean

he doesn't need to

 **NotDeGhost** 4/14/2022 6:54 PM

it's more efficient

just poc please

if we find smth we can

not stress as much

👤 **ra** get the best fuckin coding vibes for the next few days

 **ra** 4/14/2022 8:28 PM

also just late night ramble but its probably not because im sick its probably because context switching is expensive mentally which is why im pretty horrible when there's school in the picture

and it just takes a few days to context switch fully and since you get to stay home when sick that's why i associate being sick with ridiculously productive periods

 **NotDeGhost** 4/14/2022 8:29 PM

hm interesting

summer should help then

 **ra** 4/14/2022 8:29 PM

yea

 **NotDeGhost** 4/15/2022 8:58 AM

ok so the new group chat is

a family office

who might want to invest

i talked to u abt them a while back

 **ra** 4/15/2022 9:04 AM

hm ok

 **NotDeGhost** 4/15/2022 10:15 AM

should i book a bahamas house for

5k

for a week

**ra** 4/15/2022 10:16 AM

are richard and the gang not going

**NotDeGhost** 4/15/2022 10:16 AM

i wana book one for osec

so fly ppl out

**ra** 4/15/2022 10:16 AM

that's a waste of money  (edited)

NotDeGhost  4/15/2022 10:17 AM


each person is like

ra  4/15/2022 10:17 AM
also

max 3 ppl per team

NotDeGhost  4/15/2022 10:17 AM
massive returns

ra  4/15/2022 10:17 AM
for hackerhouse

NotDeGhost  4/15/2022 10:17 AM
?

we're not competing

just team bonding

ra  4/15/2022 10:17 AM
solend figured that out

by trying to register more than 3 ppl for hackerhouse

the event

NotDeGhost  4/15/2022 10:17 AM
oh wait there's one for

ra  4/15/2022 10:17 AM
not like hackathon

NotDeGhost  4/15/2022 10:17 AM
2k



ra  4/15/2022 10:19 AM
did you finish blog post with strellic btw

NotDeGhost  4/15/2022 10:19 AM
no

ok im booking this one

 ra  4/15/2022 10:20 AM
wait
how many ppl
are going

 NotDeGhost  4/15/2022 10:20 AM
dunno
let's say 6

 ra  4/15/2022 10:21 AM
shouldn't we do that first?
like
isn't it before exams rn

 NotDeGhost  4/15/2022 10:21 AM
i asked some ppl
and they were onboard

 ra  4/15/2022 10:21 AM
who

 NotDeGhost  4/15/2022 10:21 AM
harry
pew

 ra  4/15/2022 10:22 AM
that's 2 ppl

 NotDeGhost  4/15/2022 10:22 AM
mby defund
kevin
me
why is this such a concern
it's 2k
ok im booking

 ra  4/15/2022 10:49 AM
just a random question, how did you ask your gf when we did the jet bug and used her id

 NotDeGhost  4/15/2022 10:55 AM
?

 ra  4/15/2022 10:55 AM
just wondering

 NotDeGhost  4/15/2022 10:56 AM
why

 ra  4/15/2022 11:51 AM
ok i thought about stuff some more and discussed with my parents
how about i transfer over % of equity to you  (edited)

 NotDeGhost  4/15/2022 12:02 PM
hm why

 ra  4/15/2022 12:03 PM
it's the best compromise
this way it's not unfair when you do more work because you reap more of the benefits
as much as i want to, i'm not developed enough to perform on the same level as you

 NotDeGhost  4/15/2022 12:04 PM
yeah fair

 ra  4/15/2022 12:04 PM
which is fine, because i'm younger than you

 NotDeGhost  4/15/2022 12:04 PM
would you still be dropping out of hs then?
or woudl u wana finish up ur studies

 ra  4/15/2022 12:05 PM
i'll be finishing high school
will be taking as little classes as possible though

 NotDeGhost  4/15/2022 12:05 PM
hm ok
what %?
but yeah ig that would make things more fair imo

 ra  4/15/2022 12:10 PM
10% from me to you making it 40:60, meaning you have 50% more than me

 NotDeGhost  4/15/2022 12:13 PM
yeah sure
although i hope this doesn't mean you'll adjust ur work down

 ra  4/15/2022 12:14 PM
i won't
i just realized i can't
adjust my work up any further
like i probably can't go to bahamas

 NotDeGhost  4/15/2022 12:15 PM
hm ok
yeah i think that sounds fair

 ra  4/15/2022 1:03 PM
can you email the lawyer to set this up

 NotDeGhost  4/15/2022 1:04 PM
can't we just
amend the operating agrement

 ra  4/15/2022 1:04 PM
not sure
seems fine though yeah

 ⌐  ra did you finish blog post with strellic btw
ra  4/16/2022 8:18 AM
re this
i'll do it today if you don't have time

 NotDeGhost  4/16/2022 8:20 AM
ah yeah can u do that
👍 1
ty

NotDeGhost  4/16/2022 10:35 AM
ok so for the family fund
i think they could be a decent partner
but i wana explore other options too so

ima send them an update for that k?

- i will ask them to delay for a few days

 ra  4/16/2022 10:39 AM

sgtm

you misspelled conversation **(edited)**

 **NotDeGhost**        i will ask them to delay for a few days
 ra  4/16/2022 10:45 AM

in this message

 NotDeGhost  4/16/2022 10:45 AM

fixed

 NotDeGhost  4/16/2022 11:10 AM

hm mby pomo w/ cppio?

 ra  4/16/2022 11:11 AM

Yea sure after lunch

 **ra**  seems fine though yeah
 NotDeGhost  4/16/2022 11:54 AM

ok ima send this out w/ docusign to ur dad?

 ra  4/16/2022 11:55 AM

Sgtm

 **NotDeGhost**  amend the operating agrement
 ra  4/16/2022 12:51 PM

could you make this explicit somehow?

(bikeshed)

 NotDeGhost  4/16/2022 12:51 PM

it's in the email

Note that this replaces the existing operating agreement

 ra  4/16/2022 12:56 PM

yeah my dad wants you to put that it in the document

 NotDeGhost  4/16/2022 12:56 PM

tfw

literally the only person who could lose out is me

💀 1

ok

 NotDeGhost  4/16/2022 1:13 PM

done

 NotDeGhost  4/16/2022 1:57 PM

what's ur dad's birthday?

 ra  4/16/2022 5:35 PM

for what

 NotDeGhost  4/16/2022 5:35 PM

check gink chat

 ra  4/16/2022 6:33 PM

tfw leeching off of foresight guys

 NotDeGhost  4/16/2022 6:34 PM

he made the gc

not me

 ra  4/16/2022 6:34 PM
lemon

thonk

 NotDeGhost  4/17/2022 9:03 AM
r u checking the

tom chat btw

 ra  4/17/2022 10:28 AM
just took a look

going to check out things he mentioned

 NotDeGhost  4/17/2022 2:36 PM
wait

why are we missing the run script

for port pocs

??

 ra  4/17/2022 2:39 PM
wut

clone.sh

 NotDeGhost  4/17/2022 2:40 PM
how do i even run thi sthing

 ra  4/17/2022 2:41 PM
run clone.sh

 NotDeGhost  4/17/2022 2:41 PM
ik

but how do i get the output

oh i think this was that issue agian

can u gimme access to hetzner

ssh-ed25519 AAAAC3NzaC1lZDI1NTE5AAAAIKAs3QjSC1i8JGB5sgts+PidA652C54+wAGFbKBagBiR me@robertchen.cc

 ra  4/17/2022 2:49 PM
root@65.108.43.144

done

 NotDeGhost  4/17/2022 3:00 PM
can u kill the validator

on the box

the internet is dogshit

90kb/s

 ra  4/17/2022 3:01 PM
killed arb bot

network should be better

⌐  **NotDeGhost**  on the box
 ra  4/17/2022 3:01 PM
actually which box

my box

or hetzner

 NotDeGhost  4/17/2022 3:03 PM
hetzner

no arb bot box is fine smh

 ra  4/17/2022 3:03 PM

uhhh

how tf

is hetzner fucked

it has 20gb/s pipe  (edited)

just reboot it

 NotDeGhost  4/17/2022 3:03 PM

oh wait it's fine now

🤔

 ra  4/17/2022 3:03 PM

L

 NotDeGhost  4/17/2022 3:16 PM

ok i killed the validator

i hope we weren't running anything on it

 ra  4/17/2022 3:23 PM

nah idts

 NotDeGhost  4/17/2022 5:33 PM

what's the diff between

serum v3 and v4

could we do differential fuzzing between the two actually

 ra  4/17/2022 6:22 PM

modularity really

probably

 NotDeGhost  4/17/2022 6:22 PM

like are the outputs the same?

is it supposed to be the same?

 ra  4/17/2022 6:26 PM

uhhh not completely sure about that

should be very similar

main diff i can think of is swap function being built in

instead of being cpi program

 NotDeGhost  4/17/2022 6:27 PM

uhh

wdym

 NotDeGhost  4/17/2022 8:21 PM

also did u claim port tokens yet

 ra  4/18/2022 7:35 AM

no

should i

also

followup with david cai?

burrow is at $400m tvl

 NotDeGhost  4/18/2022 8:48 AM

uh wdym david cai

or how does that relate w/ burrow

 ra  4/18/2022 9:07 AM

David cai is the near vc

 NotDeGhost  4/18/2022 9:08 AM
the guy from woo networks?
we're having a chta w/ him right

 ra  4/18/2022 9:08 AM
oh yea
ok

 NotDeGhost  4/18/2022 11:38 AM
hm wana call abt jump

📞  ra started a call that lasted 34 minutes  4/18/2022 11:38 AM

 NotDeGhost  4/18/2022 11:58 AM
63pRPtL8cTBMfVBDeYwBa7Cvgnc7eW6CVr8vREAjZex6

 ra  4/18/2022 12:03 PM
https://solscan.io/tx/3TtzTsJnSEkCzN33EGhmYvV5YNBJXoXxcWXQC1hcLS16YARH4zr1Lc7gevr1Ebmiyj6Dq3D8gbmxEEPNruQQk5eA\

Solana transaction details | Solscan                                              
Solana detailed transaction info for signature
3TtzTsJnSEkCzN33EGhmYvV5YNBJXoXxcWXQC1hcLS16YARH4zr1Lc7gevr1Ebmiyj6Dq3D8gbmxEEPNruQQk5eA

 NotDeGhost  4/18/2022 12:37 PM
tfw wil didn't show up so
jet meeting was 7 minutes

 ra  4/18/2022 12:37 PM
lol

 NotDeGhost  4/18/2022 9:08 PM
wait can u followup w/ cppio
we kinda need another person
to do this audit

 ra  4/19/2022 5:48 AM
ok

 NotDeGhost  4/19/2022 9:31 AM
can u ping cppio

 NotDeGhost  4/19/2022 11:01 AM
hm so
kanav wants to meet with u
after 4:30 PM central time
would u be free

 ra  4/19/2022 12:10 PM
yeah

 ra  4/19/2022 12:17 PM
today?

 NotDeGhost  4/19/2022 12:17 PM
yes

 ra  4/19/2022 12:17 PM
o ok

 NotDeGhost  4/19/2022 12:17 PM
wana have a quick call

to talk abt jump ig

 ra  4/19/2022 12:20 PM
sure, in 10?

 NotDeGhost  4/19/2022 12:20 PM
kk

 ra  4/19/2022 12:31 PM
now good?

 📞 NotDeGhost started a call that lasted 7 minutes  4/19/2022 12:31 PM

 NotDeGhost  4/19/2022 3:01 PM
did kanav show up

 ra  4/19/2022 3:13 PM
No

 NotDeGhost  4/19/2022 3:13 PM
tfw

 ra  4/19/2022 3:13 PM
Not yet thonk

Opened discord to come ask you if you knew lol

NotDeGhost  4/19/2022 3:13 PM
ok uhh

mby leave for now

ig he'll ping me when he's free again

 ra  4/19/2022 3:15 PM
Thonk

 NotDeGhost  4/19/2022 3:58 PM
hm

wana help me w/ serum boog

• debugging

 ra  4/19/2022 4:20 PM
Eating will get back to u

 NotDeGhost  4/19/2022 4:22 PM
kk

 ra  4/19/2022 4:38 PM
aight what is it

 NotDeGhost  4/19/2022 4:40 PM
https://github.com/otter-sec/dex-v4

err let's move to channel

 NotDeGhost  4/20/2022 8:55 AM
hm dyt u could

skip school on thursday

jump meeting at 10am

 ra  4/20/2022 9:31 AM
not going to be at school because quarantining lul

NotDeGhost  4/20/2022 9:31 AM
o ok

so u can join then?

ra  4/20/2022 9:31 AM
yeah

NotDeGhost  4/20/2022 9:31 AM
pog

ra  4/20/2022 9:31 AM
just finished call with audit dao guys

they could not explain

tf they're doing

or like how they provide value

their plan is to have audit firms shill their bug bounty platform and then collect fees from bug bounties

NotDeGhost  4/20/2022 9:33 AM
i mean we can get

free advertising from them mby

ra  4/20/2022 9:33 AM
yeah ig that was their entire pitch

you shill us

we shill you

and also we might do something idk

NotDeGhost  4/20/2022 9:40 AM
hm ok

NotDeGhost  4/20/2022 12:46 PM
also meeting with kanav rescheduled

to friday 5:30 pm

that works for u right

ra  4/20/2022 1:24 PM
Yea

NotDeGhost  4/20/2022 3:25 PM
tfw i tested positive for covid

ok so

ra  4/20/2022 3:27 PM
unexpected

NotDeGhost  4/20/2022 3:27 PM
i might've burned like

3k on this bahamas trip

pepega

ra  4/20/2022 3:27 PM
gg

is anyone else going?

NotDeGhost  4/20/2022 3:28 PM
kevin and harry maybe

bruh im kinda

sad now

was actually looking forward to

bahamas

ok ig mby we should've organized a little better

mb

 ra  4/20/2022 3:31 PM

yeah probably

should plan further ahead in advance w/ more notice for ppl I think

 NotDeGhost  4/20/2022 3:31 PM

yeah i just wanted a way for

ppl to meet up :(

puhpehga

 ra  4/20/2022 3:33 PM

rip

 NotDeGhost  4/20/2022 3:33 PM

ok i mean

i could probably sneak in stillc

cause i have a negative test from yesterday

but i dunno if it's worth it

 ra  4/20/2022 3:33 PM

uhhh prolly not a good idea tbh

 NotDeGhost  4/20/2022 3:33 PM

hm ok

 ra  4/20/2022 3:34 PM

yea idk if other ppl would appreciate

 NotDeGhost  4/20/2022 3:34 PM

yeah fair

ok ig this means i have more time to work on

projects at lesat

 NotDeGhost  4/20/2022 6:15 PM

ok the annoying thing is

we can't rly ask jump for audits

cause we're debating acquihire

even tho i kinda banked on having two audit slots filled by them

we can double up auditoors in the short term ig

 ra  4/20/2022 6:21 PM

so we don't have enough audits in the pipeline rn?

 NotDeGhost  4/20/2022 6:21 PM

nope

no additional audits actually

so we're cucked after 2 weeks

 ra  4/20/2022 6:21 PM

tfw

 NotDeGhost  4/20/2022 6:22 PM

im not super worried tho

cause i think we have good rep in the space

and we'll never lose money

worst case we transition ppl to side projects

for a few weeks



ra  4/20/2022 6:23 PM

yeah

lol i thought we were

backed up

NotDeGhost  4/20/2022 6:23 PM

eh

i mean u can't say this

or else auditors will feel demotivated

ra  4/20/2022 6:23 PM

yeah

NotDeGhost  4/20/2022 6:23 PM

i mean we technically are if

u include jump

i think we can assign ppl to those projects tho

and just tank the costs

like 100/hr for a few weeks is

bearable

ra  4/20/2022 6:25 PM

what about raydium?

NotDeGhost  4/20/2022 6:25 PM

i mean that takes time

to setup

that's the issue

ra  4/20/2022 6:27 PM

yeah

o what did you talk to hummingbot about

i tried using them b4

a few years back

NotDeGhost  4/20/2022 6:28 PM

they want an audit for

humming bot prime

in like 6 months

ra  4/20/2022 6:30 PM

inch

NotDeGhost  4/20/2022 10:08 PM

tfw soteria is charging

40k an audit

NotDeGhost  4/20/2022 10:15 PM

also talked with ian

he wants quotes for goki, tribeca, and quarry

ra  4/21/2022 5:30 AM

ok cool

NotDeGhost  4/21/2022 6:52 AM

does tribeca use locked voter in prod

https://jumptrading.zoom.us/j/5500376603?pwd=b2NTUkJyNGhKeEp5TmNLWlNNREV3dz09

**Join our Cloud HD Video Meeting**

Zoom is the leader in modern enterprise video communications, with an easy,
reliable cloud platform for video and audio conferencing, chat, and webinars

across mobile, desktop, and room systems. Zoom Rooms is the original
software-based conference room solution used around the world in board,
conference, huddle, and training rooms, as well as ex...

 ra   **4/21/2022 7:01 AM**
What were you nicked as lmao

 NotDeGhost   **4/21/2022 7:57 AM**
oops
hey
call?

 ra   **4/21/2022 8:33 AM**
srry have to go to school lol apparently they reduced the quarantine duration

 ra   **4/21/2022 8:41 AM**
we can call over actual phone ig

 NotDeGhost   **4/21/2022 1:29 PM**
hm how do u feel abt
doing some dev work
on layerzero
somebody dm'd me w/ an interesting project idea

 NotDeGhost   **4/21/2022 1:53 PM**
wait r u doing audits still?
or r u afk

 ra   **4/21/2022 2:34 PM**
srry fell asleep

 **NotDeGhost** on layerzero
 ra   **4/21/2022 2:35 PM**
like, the project?

 NotDeGhost   **4/21/2022 2:37 PM**
yeah
err wait no
building out some project on layzero

 ra   **4/21/2022 2:41 PM**
im interested in dev work, but depends on the project ig

 NotDeGhost   **4/21/2022 2:42 PM**
lending on layer zero

 ra   **4/21/2022 2:43 PM**
wait can you link to layer zero
+ team that's asking for dev work

NotDeGhost   **4/21/2022 2:43 PM**
https://github.com/LayerZero-Labs/solidity-examples

| GitHub - LayerZero-Labs/solidity-examples: example contracts | |
|---|---|
| example contracts. Contribute to LayerZero-Labs/solidity-examples development by creating an account on GitHub. | |

still talking to them abt it
was just thinking if u like dev work more
https://medium.com/layerzero-official/layerzero-an-omnichain-interoperability-protocol-b43d2ae975b6

**LayerZero- An Omnichain Interoperability Protocol**

tldr; Interoperability that actually works

 ra  4/21/2022 2:46 PM

prolly not interested

 NotDeGhost  4/21/2022 2:46 PM

tfw

ok

can u work on serum then

ive been basically doing the audit for u guys

 ra  4/21/2022 2:53 PM

can you look and find interesting areas and i'll deep dive into them? i've had trouble finding bugs recently so i feel this is the best usage of time

 NotDeGhost  4/21/2022 2:54 PM

i told u already

abt the fuzzer

 ra  4/21/2022 2:54 PM

yea

 NotDeGhost  4/21/2022 2:54 PM

what's the progress on that

 ra  4/21/2022 2:56 PM

i haven't started

 NotDeGhost  4/21/2022 2:56 PM

ok so

can u start

?

 ra  4/21/2022 4:47 PM

 NotDeGhost  4/21/2022 4:47 PM

uhh

how

wait is daryl up

can u tell him to do this

 NotDeGhost  4/21/2022 5:02 PM

3bd06231273ca346a5824ddd6fefff4c

 ra  4/21/2022 5:05 PM

?

 NotDeGhost  4/21/2022 5:05 PM

just putting it here for convenience

 NotDeGhost  4/21/2022 6:18 PM

serum?

 NotDeGhost  4/21/2022 6:33 PM

?

 NotDeGhost  4/22/2022 2:54 PM

how did jump go

ra  4/22/2022 2:56 PM
uh he was basically like "yeah uh soooo you're a high schooler"
"what do you think about just letting full time peeps go to jump and you stay"

NotDeGhost  4/22/2022 2:56 PM
what did u say

ra  4/22/2022 2:56 PM
"yeah ok sure, tbh im ok with just leaving after aquihire if yall don't care lmao/too much of a pain"  (edited)

NotDeGhost  4/22/2022 2:56 PM
oh
what did he say to that

ra  4/22/2022 2:57 PM
"yeah sure, btw we know that you're cofounder, we'll consider economic shit dw"

NotDeGhost  4/22/2022 2:57 PM
kk
altho tbh it sounds
very useful to have
one of us at jump
and the other running osec
cause we can funnel audits back

ra  4/22/2022 2:58 PM
yeah
depending on comp ig

NotDeGhost  4/22/2022 2:58 PM
at osec?
or at jump

ra  4/22/2022 2:58 PM
osec
osec is just going to be owned by them right

NotDeGhost  4/22/2022 2:58 PM
uhh
yeah prob

ra  4/22/2022 2:58 PM
so they determine comp

NotDeGhost  4/22/2022 2:58 PM
but kanav said we can just
keep the money
in osec
which is ?

ra  4/22/2022 2:59 PM
🙆 let's wait for them to send the paperwork and then we'll see

NotDeGhost  4/22/2022 2:59 PM
kk
if not this

ra  4/22/2022 2:59 PM
how they want to structure aquihire

NotDeGhost  4/22/2022 2:59 PM
there's that other vc

which im also a p big fan of

they seem pretty competent

 **ra**  let's wait for them to send the paperwork and then we'll see

 **NotDeGhost**  4/22/2022 2:59 PM

did he say when

they'd send over paperwork?

 **ra**  4/22/2022 3:00 PM

no

 **NotDeGhost**  4/22/2022 3:00 PM

sadge

 **NotDeGhost**  4/22/2022 4:10 PM

hm what do i tell buffalu

did we make any optimizations

other than cutting stuff out

 **ra**  4/22/2022 4:14 PM

no

time to retroactively create those optimizations amiright

 **NotDeGhost**  4/22/2022 4:19 PM

shh

 **NotDeGhost**  4/22/2022 6:51 PM

ok it kinda feels like

i have to pull teeth

to get u to look at serum

like you literally told me you would handle it

but now im basically doing the audit for you

like if you wana give up you should just quit and let me know

instead of being in this half onboard state

 **ra**  4/22/2022 8:03 PM

couldn't find it, will look again tomorrow

 **NotDeGhost**  4/22/2022 8:03 PM

kk

 **ra**  4/23/2022 8:36 AM

meeting in discord

 **NotDeGhost**  4/23/2022 8:36 AM

ik sec

**ra**  4/23/2022 11:23 AM

did jump say when they'll come up with the offer?

**NotDeGhost**  4/23/2022 11:24 AM

no

**NotDeGhost**  4/23/2022 11:42 AM

serum?

**ra**  4/23/2022 11:42 AM

da

**NotDeGhost**  4/23/2022 12:00 PM

can u join vc

?

bruh wtf

 NotDeGhost 4/23/2022 1:57 PM

ok so gink told me that

you felt like i was being too harsh on you

im sorry

in my defense, you never told me about it. i feel like you should've let me know if i was being too harsh

and i would've adjusted my expectations

im also under a lot of stress, to manage and deliver all these audits

i understand if you want to leave, but would prefer that you do it on a good note instead of

burning bridges with each other

also `TIL machivellian personalities` seems kinda unfair

i've always tried to be as transparent as possible with you

 NotDeGhost 4/24/2022 8:15 AM

hm would you be open to

chatting today

i thought abt it some more and have some things to share

 ra 4/24/2022 8:46 AM

sure ok

 NotDeGhost 4/24/2022 8:46 AM

call?

or do u prefer text

 ra 4/24/2022 8:49 AM

text

 NotDeGhost 4/24/2022 8:49 AM

kk

so ig from my perspective

everything seemed fine until yesterday morning

where it seems like you got very upset

so it would be nice if i could explain what ur thoughts are

or do u not wana talk abt that

 ra 4/24/2022 8:58 AM

from my perspective, it feels like you've been trying to isolate me from the company for the past month+ by scheduling important meetings that I
can't attend, and keeping me in the dark about what you're doing in general

which has been incredibly stressful, because you haven't demonstrated that you're a person who I can trust to have my best interests at heart

you've also shown that you'd rather compete with me than work with me, so i decided to concede authority by transferring 10% to you

but, I expected that you'd still act in my best interests, as well as the company

i just felt very betrayed by the jump deal, which seems to leave my status very much up in the air

 NotDeGhost 4/24/2022 8:58 AM

o hm

ok for the isolating thing, that was not my intent

i thought it was just more efficient for me to take the meetings

i also offered to let you have access to my telegram

so you can stay in the loop that way

can u expand on the compete thing?

for jump, from my understanding this would be functionally equivalent to an acquihire

 NotDeGhost i also offered to let you have access to my telegram

NotDeGhost 4/24/2022 9:01 AM

offer still stands btw

as long as you don't modify state

 NotDeGhost for jump, from my understanding this would be functionally equivalent to an acquihire



NotDeGhost  4/24/2022 9:02 AM

i understand if it doesn't seem that way to you, but i feel like this is more of a misunderstanding than me lying?

like if i were to lie, why would i schedule in a meeting for you to meet kanav

ig it's prob my fault for not including you in more things, but also i feel like you could've let me know

like if there was a meeting you wanted to sit in, i wouldn't say no?

this anger feels kinda out of the blue to me

> because you haven't demonstrated that you're a person who I can trust to have my best interests at heart

i feel like this is an unfair characterization, is there a specific example of this



ra  4/24/2022 9:08 AM

for the acquihire, it feels like you negotiated yourself into a favorable position

while going like "y'know, jump probably won't cuck ra"



NotDeGhost  4/24/2022 9:08 AM

ok i mean if that's the concern, we can just not take the acquihire

i would not take it without getting your consent



**NotDeGhost** like if i were to lie, why would i schedule a meeting for you to meet kanav

ra  4/24/2022 9:09 AM

not to mention, you didn't adequately explain the acquihire to me before the meeting

and then retroactively described the meeting as a chance to "discuss the details of the acquihire"



NotDeGhost  4/24/2022 9:10 AM

ok i could've clarified that better

i wasn't trying to scam you though

or if i was, this seems like a very inefficient way to do it



**NotDeGhost** ok i mean if that's the concern, we can just not take the acquihire

ra  4/24/2022 9:11 AM

i agree that jump probably won't cuck me

but, i still feel betrayed that you handwaved that part



NotDeGhost  4/24/2022 9:11 AM

oh i mean i thought it was

functionally the same

like i assumed they would give the valuation as a bonus dispersed between us

if they didn't i'd probably ask them to?

 ra not to mention, you didn't adequately explain the acquihire to me before the meeting and then retroactively described the meeting as a chance to "discuss t...



NotDeGhost  4/24/2022 9:12 AM

re: retroactive, i think the intent of the meeting was obviously not exclusively to discuss acquihire meeting

 **NotDeGhost** i wasn't trying to scam you though

ra  4/24/2022 9:12 AM

you just neglected to tell me anything or advocate on my behalf

so it was more inaction than action



NotDeGhost  4/24/2022 9:12 AM

wait this seems false

or like

i explicitly told kanav that i'd want you to be onboard

ok i think the characterization of me as machivellian is kinda hurtful

because i try to be as transparent and honest as possible

 **NotDeGhost** i explicitly told kanav that i'd want you to be onboard



NotDeGhost  4/24/2022 9:14 AM

i mean did i not call you to ask you

if you'd be ok with what kanav proposed

i mean if the main issue is jump acquihire terms, i can sign something that says we'll only agree if we're both onboard?

which i was planning on doing anyways :/

 NotDeGhost  4/24/2022 9:29 AM
also would you want to talk abt the way i treated you for serum, i thought that was the main area of conflict

**NotDeGhost** can u expand on the compete thing?

 NotDeGhost  4/24/2022 9:55 AM
idt i'm competing against you? im just super motivated and kinda sell my soul to stuff i care abt
so i'll work 24/7 essentially
maybe that's an unrealistic standard to hold ppl to tho
hm do you have any thoughts?

 ra  4/24/2022 5:25 PM
yo stop bothering nojob i'm ghosting bc i'm trying to figure out how to respond

NotDeGhost  4/24/2022 5:29 PM
🤔

 NotDeGhost  4/25/2022 12:17 PM
did you have time to think abt this yet
+ what you're planning to do next wrt osec

NotDeGhost  4/25/2022 12:54 PM
one possibility is you stay and run a trading/dev side? if you don't wana do audits
like the paradigm vc model

 ra  4/25/2022 5:20 PM
prolly going to leave

 NotDeGhost  4/25/2022 5:25 PM
o ok
when / how?
+ what do you plan to do with your equity

NotDeGhost  4/25/2022 5:54 PM
but also i'd prefer if we could just talk things out and resolve the conflict
ik it's harder sometimes than just burning a bridge, but it's probably more worthwhile
we can both change, nothing is fixed
regardless, i will respect ur choice

**NotDeGhost** hm do you have any thoughts?

 ra  4/26/2022 12:17 PM
i was more referring to how you withhold information and try to perform oneupsmanship
🤐 1

NotDeGhost  4/27/2022 11:02 AM
ok so it doesn't rly make sense for me to
try and have a conversation with smbdy who responds once a day
i think you have two options here:
1. try to resolve this
2. quit
if we don't make meaningful progress on the first, i'll assume you're doing the latter
and act accordingly
it's unfair for me to have you in this mixed state where you've quit in all but name
and abandon all your duties

**NotDeGhost** if we don't make meaningful progress on the first, i'll assume you're doing the latter

 NotDeGhost  4/27/2022 11:07 AM
let's say EOD today

**NotDeGhost** and act accordingly

ra  4/27/2022 11:45 AM



you're saying this like you haven't been doing this since 2 weeks ago before I even considered quitting

NotDeGhost  4/27/2022 11:45 AM
?
what have i been doing

ra  4/27/2022 11:46 AM
you know what you've been doing
I don't need to tell u

NotDeGhost  4/27/2022 11:46 AM
ok so
if you're gonna be like this
there's no point in having a convo
in that case, let's discuss how we'll transition you out
altho tbh there isn't that much to do

ra  4/27/2022 11:50 AM
yeah, cause you've been doing that for the past month

NotDeGhost  4/27/2022 11:50 AM
you can believe whatever

ra  4/27/2022 11:50 AM
did kanav tell u to do this?

NotDeGhost  4/27/2022 11:50 AM
but considering

ra  4/27/2022 11:51 AM
Or did you decide to do this

NotDeGhost  4/27/2022 11:51 AM
you've ghosted me for 3 days
and you won't even accept nojob as a mediator

ra  4/27/2022 11:51 AM
My responsibility is to the company
Not you

NotDeGhost  4/27/2022 11:51 AM
yeah so not doing any work and
ditching the one audit you were responsible for
was rly responsbiel right

ra  4/27/2022 11:51 AM
You did say you were better than me at that audit

NotDeGhost  4/27/2022 11:51 AM
wait do you hear yourself
"my responsibility is to the company"
proceeds to abandon all his work

ra  4/27/2022 11:52 AM
I was optimizing the workload by having you do it since I'm useless :)

NotDeGhost  4/27/2022 11:52 AM
again, i never said you were useless
i've had to spin defund up
and i'll be putting a lot more time into serum

to cover for you


**NotDeGhost** i think you have two options here: 1. try to resolve this 2. quit


NotDeGhost 4/27/2022 11:57 AM
?


ra 4/27/2022 11:59 AM
is there a line in the operating agreement that requires that I do work?


NotDeGhost 4/27/2022 11:59 AM
technically not

but u'd kinda be screwing me


ra 4/27/2022 12:00 PM
alright, them i'm not quitting


NotDeGhost 4/27/2022 12:00 PM
hm?

quitting as in

giving up shares or  (edited)

not doing work


ra 4/27/2022 2:00 PM
should i tell other ppl that i'm no longer osec affiliated

like i have a meeting with steel perlot scheduled for friday


NotDeGhost 4/27/2022 2:08 PM
uh

can you transfer them over to me

say ur unavailable and i'll sit in the call


ra 4/27/2022 2:09 PM
i can't transfer because my google account is disabled

uh

just add urself to the meeting ig


NotDeGhost 4/27/2022 2:09 PM
kk

where did you talk to them?

was it over email

or telegram


ra 4/27/2022 2:09 PM
telegram


NotDeGhost 4/27/2022 2:10 PM
u should tell them that ur gonna be unavailable

and i'll handle the call


ra 4/27/2022 2:10 PM
yeah

https://calendly.com/elireinhardt/steel-perlot-disruptive-finance-call

---

**Steel Perlot Disruptive Finance Call - Eli Reinhardt**   

---

here's his calendly


NotDeGhost 4/27/2022 2:11 PM
wait who are they

/ where did you meet

ra  4/27/2022 2:11 PM
azi's party
it says their name in the link
they're a steel perlot partner

NotDeGhost  4/27/2022 2:11 PM
o
wait just tell him i'll join the call instead of u

ra  4/27/2022 2:12 PM
yea is my google calendar still up

NotDeGhost  4/27/2022 2:12 PM
yeah i see it

ra  4/27/2022 2:12 PM
or is it gone since my google account is disabled
ok

NotDeGhost  4/27/2022 2:12 PM
can you also send me
ftx creds

ra  4/27/2022 2:12 PM
login is the original osec gmail
with oauth

NotDeGhost  4/27/2022 2:12 PM
where's the oauth
can u just send me the pw

ra  4/27/2022 2:12 PM
ftx.us or ftx.com(you want ftx.us)  (edited)
there's no password
oauth

NotDeGhost  4/27/2022 2:12 PM
oh

ra  4/27/2022 2:13 PM
yeah lemme
remove
what's your phone number

NotDeGhost  4/27/2022 2:13 PM
425 589 5868

ra  4/27/2022 2:13 PM
ftx requires 2fa
2fa code pls

NotDeGhost  4/27/2022 2:16 PM
671471

ra  4/27/2022 2:16 PM
done

NotDeGhost  4/27/2022 2:18 PM
ok so just clarifying
are you planning on retaining ownership of ur 40% stake  (edited)

or would you be open to some sort of buyback

**ra**  4/27/2022 2:21 PM
$5m

**NotDeGhost**  4/27/2022 2:21 PM
would you be open to hopping on a call
to discuss more

**ra**  4/27/2022 2:21 PM
no not particularly

**ra**  4/27/2022 2:35 PM
steel perlot guy replied and said he wants to talk to me  **(edited)**

**NotDeGhost**  4/27/2022 2:35 PM
can u send ss

**ra**  4/27/2022 2:36 PM

**NotDeGhost**  4/27/2022 2:37 PM
uhh maybe take the chat then
and see how it goes

**ra**  4/27/2022 2:37 PM
yea
also, are you going to tell daryl that i'm not with osec anymore

**NotDeGhost**  4/27/2022 2:40 PM
yeah

**ra**  4/27/2022 2:40 PM
kk

**NotDeGhost**  4/27/2022 2:40 PM
can u leave the gc

**ra**  4/27/2022 2:43 PM
going to leave all the gcs then

**NotDeGhost**  4/27/2022 2:43 PM
err can u just
mute them
so are you quitting formally
or wdym "i agree"

**ra**  4/27/2022 2:48 PM
or like
you're going to have to tell them anyways
eventually

**NotDeGhost**  4/27/2022 2:48 PM
yeah i will over time  **(edited)**
why delete?
also i understand you don't wana call but I think we need to. im sorry you felt the need to do what you did, but we should settle this so that you are happy. being negligent will only make things worse for both of us.

**ra**  4/27/2022 2:56 PM
i prefer text

**NotDeGhost**  why delete?

NotDeGhost  4/27/2022 2:59 PM
why reply "i agree" to "it's unfair for me to have you in this mixed state where you've quit in all but name" and then delete

ra  4/27/2022 3:02 PM
no reason

NotDeGhost  4/27/2022 3:34 PM
hm so
ig are you saying
i should just keep working while you keep 40% equity in osec
and not contribute
that seems kinda unfair to me right

NotDeGhost  4/27/2022 7:30 PM
who is cashmere.finance?
i think that's the last call u have right

ra  4/27/2022 7:31 PM
idk idr scheduling a meeting with them

NotDeGhost  4/27/2022 7:31 PM
also can u share
what u sent to steel perlot

ra  *Click to see attachment* 🖼️

NotDeGhost  4/27/2022 7:31 PM
prior to this

ra  4/27/2022 7:32 PM

> ra idk idr scheduling a meeting with them

ra  4/27/2022 7:35 PM
can you check if they scheduled thru calendly or smth
when is the call

NotDeGhost  4/27/2022 7:35 PM
not sure
tues
can u put pepsipu on the call
w/ steel perlot

ra  4/27/2022 7:42 PM
why?

> NotDeGhost tues

ra  4/27/2022 7:43 PM
can you take it then ig?

NotDeGhost  4/27/2022 7:43 PM
kk
asked him if he heard of steel perlot, he said he met at party too
i think he was interested in chatting to them too

> NotDeGhost kk

ra  4/27/2022 7:47 PM
right i remember it's a wallet company i met at solana miami

NotDeGhost  4/27/2022 7:47 PM
kk



ra   4/27/2022 7:47 PM
didn't realize they scheduled this far in the future

ra   4/28/2022 8:59 AM
should I tell sgc I'm not with osec anymore

NotDeGhost   4/28/2022 8:59 AM
i already did
feel free to leave the gc

> **NotDeGhost** i already did

ra   4/28/2022 9:07 AM
where?

NotDeGhost   4/28/2022 9:07 AM
dm

ra   4/28/2022 9:07 AM
kk

NotDeGhost   4/29/2022 11:23 AM
hey i think we really need to chat
can we have a quick call

ra   4/29/2022 11:43 AM
is it osec related business?

NotDeGhost   4/29/2022 11:43 AM
yeah

ra   4/29/2022 11:43 AM
what part?

NotDeGhost   4/29/2022 11:45 AM
what you're looking for and mby how we can compromise

ra   4/29/2022 11:59 AM
i also want to know what you're looking for
what are your intentions?

NotDeGhost   4/29/2022 12:00 PM
i just want to build an audit firm?
and work together
im kinda confused because it seems like all this anger came out of nowhere
can we have a quick call?

ra   4/29/2022 12:06 PM
what do you want from me, specifically

NotDeGhost   4/29/2022 12:06 PM
just have a conversation

ra   4/29/2022 12:07 PM
related to osec

NotDeGhost   4/29/2022 12:07 PM
hoping to understand what you're looking for
cause rn we're in a weird situation where it feels unfair to me

> **NotDeGhost** hoping to understand what you're looking for

ra   4/29/2022 12:17 PM
in what specific way that is related to osec?

NotDeGhost  4/29/2022 12:18 PM
well looking for with respect to osec

and just in general

ra  4/29/2022 4:12 PM
i mean, you can do whatever with the company since you have the majority stake

NotDeGhost  4/29/2022 4:15 PM
but it's a bit unfair for you to hold onto 40% while not doing anything

NotDeGhost  4/29/2022 6:59 PM
hm thoughts?

⟩ 🦔 ra  going to leave all the gcs then

NotDeGhost  4/30/2022 6:48 AM
mby just get it over with

and i can explain

ra  4/30/2022 6:50 AM
i already did

NotDeGhost  4/30/2022 6:50 AM
ur still in a few?

also what have u been telling ppl

ra  4/30/2022 6:51 AM

⟩ 🔁 **NotDeGhost**  ur still in a few?
ra  4/30/2022 6:51 AM
maybe desktop client is bugged

with leaving

i left days ago

NotDeGhost  4/30/2022 6:52 AM
kk

⟩ 🔁 **NotDeGhost**  also what have u been telling ppl
ra  4/30/2022 6:52 AM

NotDeGhost  4/30/2022 8:10 AM
hm would you be open to

coming back to osec mby part time?

⟩ 🔁 **NotDeGhost**  hm thoughts?
NotDeGhost  4/30/2022 8:12 AM
re: this conversation

NotDeGhost  4/30/2022 9:22 AM
https://discord.gg/CBR5Y5qJ

NotDeGhost  4/30/2022 12:40 PM
did u mail me the ledger yet

ra  4/30/2022 12:41 PM
no not yet

i'll do it tomorrow

NotDeGhost  4/30/2022 12:41 PM
kk

can you actually mail it to my home

4710 142nd PL SE Bellevue WA 98006

not sure if it'll arrive before school lets out

 NotDeGhost  4/30/2022 1:36 PM

huh gink and larry are quitting for zellic

did u know abt this  (edited)

 ra  4/30/2022 1:56 PM

no

strellic = larry?

 NotDeGhost  4/30/2022 1:57 PM

no

larry from waterloo

ehhthing

 ra  4/30/2022 1:59 PM

oh idk who that is

 NotDeGhost  4/30/2022 2:00 PM

o

 NotDeGhost  5/2/2022 11:38 AM

did u send ledger btw

 ra  5/2/2022 2:17 PM

yeah

 NotDeGhost  5/2/2022 2:17 PM

to home right

ty

 ra  5/2/2022 2:18 PM

tracking code is 9500 1107 0031 2122 4908 65

usps

 👍 1

 ra  5/3/2022 1:17 PM

what's your calendly

 NotDeGhost  5/3/2022 1:17 PM

oh it was not on my calendar  (edited)

calendly.com/notdeghost

 NotDeGhost  5/4/2022 12:05 PM

also gonna have a quick llc meeting

to discuss my salary + execute member

gonna copy this to an email to your dad too

when would be a good time?

 ra  5/4/2022 12:10 PM

wdym by "execute member"

 NotDeGhost  5/4/2022 12:10 PM

- executive member

 ra  5/4/2022 12:10 PM

how about at 8

NotDeGhost   5/4/2022 12:10 PM
sounds good

NotDeGhost   5/4/2022 4:59 PM
rdy?

ra started a call that lasted 4 minutes   5/4/2022 4:59 PM

NotDeGhost   5/4/2022 5:04 PM
actually let's void the backdate part for now
i need to double check that

ra   5/4/2022 5:05 PM
did you sign an employment contract yet?

NotDeGhost   5/4/2022 5:06 PM
let me get back to you on that

📄 Please_DocuSign_may-4-meeting-summary.docx.pdf
260.24 KB

for your records, let me know if there are any inaccuracies

ra   5/4/2022 5:18 PM
i propose dissolution

NotDeGhost Click to see attachment 🖼️

ra   5/4/2022 5:20 PM
i believe the terms contained within represent a breach of fiduciary duty to me, an owner of 40% of the company

NotDeGhost   5/4/2022 5:22 PM
im sorry to hear that
fwiw i don't believe that

ra   5/4/2022 5:24 PM
that being
?

NotDeGhost   5/4/2022 5:24 PM
I don't believe the summary of our meeting was inaccurate or unfair (edited)

ra   5/4/2022 5:35 PM
i also believe that your actions while i was still at otter security represent a breach of fiduciary duty by working behind my back with jump and hiding information from me, along with trying to push me out

ra i propose dissolution

ra   5/4/2022 5:37 PM
i am willing to let these go if we dissolve otter security (edited)

NotDeGhost   5/4/2022 5:38 PM
what would happen to the intellectual property under otter security in your scenario?
ie the website, logo, etc

ra   5/4/2022 5:41 PM
intellectual property will be distributed based off of a case by case basis, with the final result being agreed upon by both parties as being a fair split in accordance with the ownership percentages

NotDeGhost   5/4/2022 5:42 PM
i would want some guarantees before moving forward

ra   5/4/2022 5:42 PM
what kind of guarantees


NotDeGhost  5/4/2022 5:42 PM
i would want the website, logo, and everything in github rn


ra  5/4/2022 5:43 PM
i am willing to give up all the company ip for a lump sum in addition to the existing split of liquid assets


NotDeGhost  5/4/2022 5:44 PM
what lump sum?


ra  5/4/2022 5:45 PM
$200k


NotDeGhost  5/4/2022 5:45 PM
so 0.4 * 500 + 200?


ra  5/4/2022 5:45 PM
yes
or however much we have
not exactly $500k(we still have the saber bounty for example)


NotDeGhost  5/4/2022 5:46 PM
sure i can disperse the 1/3 to you
as we get it


ra  5/4/2022 5:46 PM
wdym by "1/3"


NotDeGhost  5/4/2022 5:47 PM
1/3 to you
1/3 to me
1/3 to cppio
as we agreed on previously


ra  5/4/2022 5:47 PM
please show where we agreed on this previously

NotDeGhost also we should split bounty evenly w/ cppio, he helped w/ finding + would be unfair to exclude


NotDeGhost  5/4/2022 5:48 PM
.
i mean we can argue abt this but tbh sbr is prob gonna go to zero anyways so


ra  5/4/2022 5:49 PM
ok, we still need to retroactively compensate cppio then
this will be done before liquidation


NotDeGhost  5/4/2022 5:49 PM
yeah
would you be ok structuring this as just a
payment for your equity
seeing as how it is functionally equivalent


ra  5/4/2022 5:54 PM
is the jump deal still on the table?


NotDeGhost  5/4/2022 5:55 PM
jump is not looking to acquire equity
and you're no longer part of the discussion


ra  5/4/2022 5:57 PM
what is their offer for the acquihire

 NotDeGhost  5/4/2022 5:57 PM
they extended me an offer

 ra  5/4/2022 5:57 PM
how much

 NotDeGhost  5/4/2022 5:57 PM
which i may or may not take

sorry confidential

 ra  5/4/2022 5:57 PM
how many people are involved

within the company

who will be taken by the acquihire

 NotDeGhost  5/4/2022 5:58 PM
it's not rly relevant to this discussion i think

but again, sorry confidential

 ra  5/4/2022 5:58 PM
i believe

as a shareholder

 NotDeGhost  5/4/2022 5:58 PM
i don't believe that this has  (edited)

 ra  5/4/2022 5:58 PM
i have the right to know

 NotDeGhost  5/4/2022 5:58 PM
anything to do with osec

again, it's not a share acquisition

 ra  5/4/2022 5:59 PM
the people are all employees of the company
the company currently employs those people and they have non compete clauses

in their employment contracts

 NotDeGhost  5/4/2022 6:00 PM
i am aware

 ra  5/4/2022 6:00 PM
this is very much related to the company as it acts directly against the company's interests

and the interests of its shareholders

 NotDeGhost  5/4/2022 6:01 PM
regardless, the jump deal will not affect equity

so you will not lose out on this

 ra  5/4/2022 6:02 PM
it will effect

legality

again, breach of fiduciary duty

 NotDeGhost  5/4/2022 6:02 PM
ok so ig circling back

you're not looking to pursue this then?

ra  i am willing to give up all the company ip for a lump sum in addition to the existing split of liquid assets
NotDeGhost  5/4/2022 6:03 PM
"this" being

ra  5/4/2022 6:03 PM
this being

i am no longer pursuing dissolution

NotDeGhost  5/4/2022 6:03 PM
sounds good

⤷ **NotDeGhost** but again, sorry confidential
ra  5/4/2022 6:04 PM
did you sign an nda

i believe you are acting on behalf of the company here

so i have the right to know

NotDeGhost  5/4/2022 6:04 PM
again, sorry confidential

ra  5/4/2022 6:04 PM
what you have negotiated on the behalf of the company

NotDeGhost  5/4/2022 6:04 PM
i will let you know if/when i make a decision with jump  (edited)

⤷ **NotDeGhost** again, sorry confidential
ra  5/4/2022 6:06 PM
what do you mean by "confidential"

do you have a nda signed?

NotDeGhost  5/4/2022 6:08 PM
ok in good faith

i will let you know that

jump extended an offer to just me

the details are still up in the air

but this is all that i know

does that help?

⤷ **NotDeGhost** ok in good faith
NotDeGhost  5/4/2022 6:12 PM
(i don't believe it's on behalf of the company)

ra  5/4/2022 6:18 PM
weren't you talking to jump on behalf of osec though?

NotDeGhost  5/4/2022 6:19 PM
• depends on your definition of "on behalf of"

ra  5/4/2022 6:45 PM
this appears to be a conflict of interest

ra  5/5/2022 3:54 AM
could you please provide full record of any communication with jump crypto and/or its representatives in chats like telegram?

NotDeGhost  5/5/2022 1:30 PM
why?

NotDeGhost  5/5/2022 1:58 PM
(not denying your request, just wondering why you ask)

ra  5/5/2022 2:54 PM
because we can only have a fair liquidation of the company if both parties are aware of the company's situation

ra  5/5/2022 3:27 PM
hi, can i please have a copy of the original operating agreement?

(i no longer have access to the docusign)

nvm, found it

 ra  because we can only have a fair liquidation of the company if both parties are aware of the company's situation

NotDeGhost  5/5/2022 7:02 PM

yup definitely agreed

 ra  could you please provide full record of any communication with jump crypto and/or its representatives in chats like telegram?

ra  5/6/2022 4:03 PM

any update on this?

NotDeGhost  5/6/2022 4:04 PM

do i have a legal obligation to provide this?

ra  5/6/2022 5:05 PM

why do you not want me to know?

NotDeGhost  5/6/2022 5:09 PM

i never said that?

ra  5/6/2022 5:11 PM

ok, then can you please provide this information relevant to my interests as a stake holder?

NotDeGhost  5/6/2022 5:12 PM

do i have a legal obligation to provide this?

as specified in the contract

ra  5/6/2022 5:15 PM

what are you trying to hide?

NotDeGhost  5/6/2022 5:15 PM

nothing?

ra  5/6/2022 5:18 PM

why do I have to have a legal basis to ask for documents that relate to the company's business?

NotDeGhost  5/6/2022 5:19 PM

im not saying you have to have one?

ra  5/6/2022 5:20 PM

then provide the documents

NotDeGhost  5/6/2022 5:20 PM

can you answer my question?

ra  5/7/2022 4:22 AM

did you see what my father sent?

ra  5/9/2022 3:30 PM

just making sure, osec funds aren't in sol or ust right

NotDeGhost  5/9/2022 3:30 PM

nope

ra  5/9/2022 3:30 PM

kk

NotDeGhost  5/9/2022 3:31 PM

ust depegging?

ra  5/9/2022 3:31 PM

very hard

at $0.86 rn

 **NotDeGhost**  5/9/2022 3:31 PM
wait where

it says .90 for me

 ra  5/9/2022 3:32 PM
o was $0.86 earlier

 **NotDeGhost**  5/10/2022 7:57 AM
would you be open to considering selling your share of the company?

if not, i'll probably dissolve the company and remake it

but it'll be a lot messier and there's no need to burn bridges like that

 **NotDeGhost**  5/10/2022 2:20 PM
or you can always come back to osec

 ra  5/11/2022 8:14 PM
what is this

 **NotDeGhost**  5/11/2022 8:15 PM
transferwise

paying ppl

 ra  5/12/2022 3:13 PM
what's the company wallet addy?

 **NotDeGhost**  5/12/2022 7:14 PM
ledger got delayed, getting package tmrw

will setup in a few days

 ra  5/13/2022 1:17 PM
why did the wise charge bounce? why didn't you transfer some out of crypto to cover?

 **NotDeGhost**  5/13/2022 1:18 PM
we accidentally transfered twice

both the 29k and 11k

29k was enough for wise

 ra  5/13/2022 1:18 PM
why was one of them labeled transfer to osec instead of to wise?

 **NotDeGhost**  5/13/2022 1:19 PM
ask daryl?

he made it

 ra  5/13/2022 1:20 PM
are company funds still in ftx?

 **NotDeGhost**  5/13/2022 1:20 PM
yup

 ra  5/13/2022 1:20 PM
y

╭─ 🔄 **NotDeGhost**  ledger got delayed, getting package tmrw

 **NotDeGhost**  5/13/2022 1:20 PM
.

ra  5/13/2022 1:21 PM

NotDeGhost  5/13/2022 1:21 PM
no

a seperate ledger

**NotDeGhost** yup
ra  5/13/2022 1:24 PM
can i see? screenshot is fine

NotDeGhost  5/13/2022 1:25 PM
yeah can send when i get back to computer

afk rn

ra  5/13/2022 1:27 PM
+ transaction history

NotDeGhost  5/13/2022 1:27 PM
sure

NotDeGhost  5/13/2022 2:16 PM
also would you be open to both of us giving harry 0.5% of the company

sorry for slow responses, visiting my gf

will setup ledger tmrw probably

- she picked it up for me


👍 1

was gonna setup a hot wallet at https://solscan.io/account/76inDAoDYduQKPZXRkQTuZ4CS8Jf2KbWmL3Qo7A6T8um instead of waiting for ledger, but haven't got around to it

happy?

**NotDeGhost** would you be open to considering selling your share of the company?
ra  5/13/2022 2:27 PM
$4 million

**NotDeGhost** also would you be open to both of us giving harry 0.5% of the company
NotDeGhost  5/13/2022 2:28 PM
re: ~ 10% allocation of equity for employees

i don't have 4 million, but ig mby in the future

ra  5/13/2022 2:29 PM
why not complete jump acquihire w/ me and get this over with?  (edited)

NotDeGhost  5/13/2022 2:29 PM
if it was actually happening, i'd take it?

but it isn't lol

ra  5/13/2022 2:30 PM
i have no way of knowing

**NotDeGhost** if it was actually happening, i'd take it?
NotDeGhost  5/13/2022 2:30 PM
wait if it was happening, then wouldn't i gladly take your offer of 4 millino

cause i'd immediately profit

ra  5/13/2022 2:30 PM
let me see communications from jump

NotDeGhost  5/13/2022 2:31PM
can we solve the issue at hand with employee equity first
we need to incentivize them to stay long term

ra  5/13/2022 2:31PM
this is not an issue, it is a proposal, and i'm willing to consider it if we both have all our cards on the table

NotDeGhost  5/13/2022 2:32PM
im sorry, i have personal communications that i can't share
ig i will let harry know that you are unwilling to
honor our agreements with him

ra  5/13/2022 2:33PM
i was not notified of any agreement
please send me this agreement

NotDeGhost  5/13/2022 2:33PM
we discussed giving equity to employees
previously
im not sure why you'd block fairly compensating our employees

ra  5/13/2022 2:34PM
we both know what you're trying to do here

☞ **NotDeGhost** 10% of our equity
NotDeGhost  5/13/2022 2:34PM
.

ra  5/13/2022 2:34PM
don't make me say it out loud

NotDeGhost  5/13/2022 2:34PM
?
instead of being passive aggressive
can you just say what you're thinking

ra  5/13/2022 2:36PM
look, we both know you wouldn't go out of your way to help someone if it weren't for your own benefit

NotDeGhost  5/13/2022 2:36PM
that's a very serious accusation
i can come up with a bunch of counterexamples lol

☞ **NotDeGhost** if not, i'll probably dissolve the company and remake it
ra  5/13/2022 2:36PM
it's because you can't do this

NotDeGhost  5/13/2022 2:36PM
?
why not

ra  5/13/2022 2:37PM
please, deal with me honestly

NotDeGhost  5/13/2022 2:37PM
instead of being passive aggressive, can you just say what you're thinking please
i'm confused what you're trying to do here

ra  5/13/2022 2:37PM
i would also prefer to not burn bridges here
but you trying to do tricky stuff and hide the true valuation of the company from me

NotDeGhost  5/13/2022 2:38 PM
what if i sign a document saying
it will not be acquihired
if that's your main concern

ra  don't make me say it out loud
NotDeGhost  5/13/2022 2:40 PM
also can you say it out loud, i'm not sure what you mean

ra  it's because you can't do this
ra  5/13/2022 2:40 PM
.

NotDeGhost  5/13/2022 2:40 PM
that's not true?
i could either forfeit all my shares, and just start a new firm with no fiduciary conflict
or do what you're doing
and quit and do my own firm

ra  5/13/2022 2:41 PM
alright, then forfeit your shares

NotDeGhost  5/13/2022 2:41 PM
nah
and how does adding harry change this
in your view

NotDeGhost  im not sure why you'd block fairly compensating our employees
ra  5/13/2022 2:44 PM
how about a vested bonus?

NotDeGhost  we need to incentivize them to stay long term
ra  5/13/2022 2:45 PM
also, employees can't join a competitor because of the noncompete clause

NotDeGhost  5/13/2022 2:45 PM
they could just quit?

ra  how about a vested bonus?
NotDeGhost  5/13/2022 2:45 PM
equity is different from a bonus
i mean if you're uncomfortable with it, you can just be clear about it and
i will share with the team
that we will go back on our previous arrangement of 10% equity for employees

NotDeGhost  like we give him 5% token equity
ra  5/13/2022 2:47 PM
couldn't find prior discussion of this 10% equity for employees but found this
we still haven't compensated nojob for his work in getting us audit flow

NotDeGhost  10% of our equity
NotDeGhost  5/13/2022 2:47 PM
ig you missed this part?
yeah we can do either cash or equity, i will ask him
maybe cash cause i'm not sure about what his commitment is
unless you want equity?

NotDeGhost  yeah we can do either cash or equity, i will ask him
ra  5/13/2022 2:49 PM
do this, not going to act on his behalf


**NotDeGhost** 5/13/2022 2:49 PM
kk

did you also see the part i pointed out about prior discussion?

on 10% equity

or did you miss it


ra 5/13/2022 2:50 PM
actually, draft up a document describing how this will happen

i'll check it out


**NotDeGhost** 5/13/2022 2:51 PM
wdym

we'd just give first employees

1% equity

in exchange for them taking on a managerial role


ra 5/13/2022 2:55 PM
yeah, write that down in a doc and i'll take a look


**NotDeGhost** 5/13/2022 2:56 PM
?

i'm confused as to why it needs to be in a doc

i mean it's fine if you don't want to give up anymore of your equity

can you be transparent abt it please

instead of stalling


ra 5/13/2022 2:57 PM
well, this is a management decision right? i need something that can be signed


**NotDeGhost** 5/13/2022 2:57 PM
i'm confused as to what you want me to produce

and it seems like you're stalling

again, please be transparent


ra 5/13/2022 2:58 PM
please ask the company lawyer to draft up a proposal


**NotDeGhost** 5/13/2022 2:58 PM
to do what


ra 5/13/2022 2:58 PM
to give employees equity


**NotDeGhost** 5/13/2022 2:58 PM
we would just amend the operating agreement

like what we did before


**NotDeGhost** 5/13/2022 3:07 PM
again, this is a simple process. can you please be transparent on why you're stalling

so i have something to tell the team

⤶ **NotDeGhost** again, this is a simple process. can you please be transparent on why you're stalling

ra 5/13/2022 3:22 PM
i don't appreciate these accusations that i'm stalling
you told me approximately 30 minutes before this comment about wanting me to approve a major decision regarding the company
I need time to think about it

it's completely unreasonable for me to make a decision within 30 minutes for something this important, and you know that
please stop pressuring me in an attempt to make me break


**NotDeGhost** 5/13/2022 3:23 PM
it seems like stalling because we already had this discussion

and you were perfectly fine with it previously, but now it seems like you're just being obstinate to spite me

in essence, we both give up .5% equity to harrison

 ra  5/13/2022 3:37PM
sorry, my parents want me to stop talking to you

about this

 NotDeGhost  5/13/2022 3:37PM
??

can i talk to your parents then?

 ra  5/13/2022 3:37PM
my dad is busy

 NotDeGhost  5/13/2022 3:38PM
ok so ig ur just saying

ur not willing to honor our commitment

but in a more roundabout way

is ur dad busy? or are you just using him as an excuse

> ra  let me see communications from jump

 ra  5/17/2022 1:28PM
circling back to this, can you please provide relevant documentation regarding osec's communications with jump?

you are the executive officer

and under article 4.6 you "must supply information regarding the company or its activities to any member upon request"

i'm willing to work with you once you act in good faith with me and provide sufficient information for me to work with

 NotDeGhost  5/17/2022 9:10PM
yes of course, happy to fulfill any requests for information

also want to make sure we're on the same page and that we're respecting the company's time 🙏

copying the latter part of article 4.6 here:

> Access and inspection of information will be at the requesting member's expense.

what documentation are you looking for? we've had lots of communication with jump as a company so it would take quite a while to send over every message

 ra  5/18/2022 3:51AM
can you please send me the exported chat history of your conversations with kanav?

it's pretty easy, go to the top right corner, hit the hamburger menu, and hit `export chat history`

please do the same for any other jump related chat

and upload the folders here

 NotDeGhost  5/18/2022 9:59PM
hey, happy to provide any legal documents and/or agreements between ottersec and jump crypto

exporting all my chats seems pretty far reaching and i'm not sure if that's in scope

if there's any questions you have, or any information you're looking for, i'm happy to answer those as well

appreciate your understanding :)

 ra  5/22/2022 5:15AM
please stop stalling and fulfill my request

 NotDeGhost  5/23/2022 8:36AM
im not stalling?

> NotDeGhost  hey, happy to provide any legal documents and/or agreements between ottersec and jump crypto

 NotDeGhost  5/23/2022 8:36AM
.

 NotDeGhost  5/26/2022 9:33AM
could you remind your dad to attend the company dissolution meeting

scheduled for tomorrow (May 27th), 1 pm MT

ty :)

**NotDeGhost**  *5/26/2022 7:42 PM*
also if you want to invite anybody else from your side (e.g. nojob), feel free to let us know and send over the invite

**NotDeGhost**  *5/31/2022 10:53 PM*
hey, trying this one last time: would you be interested in coming to the table about a share buyout. if not, I will execute my right to dissolve the company which will be messier / more expensive for both of us

Exported 30,189 message(s)
Timezone: UTC-8