**EXHIBIT 4**

i dunno if the get    12:38

github notifs    12:38

**ra**    12:38
and a lot of core team in general

o    12:38

**Robert Chen**    12:38
hence u should say in the channel

and tell them to look at the gh issue    12:38

**ra**    12:38
kk

**Robert Chen**    21:06
the guy said ok for

2k a month    21:06

**ra**    21:06
o sick ok

😀what do we do with nith then    21:06

**Robert Chen**    21:10
hm prob let go

i will chat    21:11

**ra**    21:11
kk

10 April 2022

**ra**    10:41
so daryl said ok?

if he ok'd then we should add him to the discord    10:41

**Robert Chen**    10:41
kk can u do that

**ra**    10:42
kk

uh can you tell me what to search for to add the email    10:52
tried searching "add email to google org" and did not get anything

**Robert Chen**    10:53



**ra**    10:53
ok ty

hit the 2fa thing pls    10:56

in gmail    10:59

**Robert Chen**    10:59
done

**ra**    11:05
he's asking to meet w/ you to ask how to talk to clients

**Robert Chen**    11:05
oh

also did u put tria on    11:11

serum yet    11:11

**ra**    11:11
yea

**Robert Chen**    11:11
ok ima ask him to

fuzz    11:11

so u + cppio do manual    11:11

**ra**    11:11
kk

**Robert Chen**    11:11
and i'll work w/ him on a dynamci analysis sol

**ra**    11:11
kk sounds good

**Robert Chen**    13:06
does 4:30 pm est work for jito

on wednesday    13:06

**ra**    13:09
this wendsday?

**Robert Chen** 13:09
yes

**ra** 13:09
sure yea

**ra** 21:05
also i think we should add each other to all chats we make with protocols by default

**Robert Chen** 21:08
imo no

just put the ones we are talking to down on the sheet 21:09
cause its kinda awkward 21:09
to add smbdy they haven't met in person 21:09

**ra** 21:11
some projects emailed us right

idk idt its a big deal because most of the time projects bring in 21:11
their cofounders

**Robert Chen** 21:29
imo one person should handle it

it's not worth burning both ppls tie 21:29
time 21:29

**ra** 21:29
ok

**Robert Chen** 21:29
i can give u my telegram if u want

**ra** 21:29
makes sense

kk sure 21:29

**Robert Chen** 21:30
kk just don't modify state

ie don't read anything unread 21:30
or send 21:30

**ra** 21:31
kk

11 April 2022

**ra** 11:43
did you check jet-governance stuff

**Robert Chen** 17:23
can u elaborate on ur comment

like explain the mint thing 17:23

**ra** 17:23
i think im misundestanding how they plan on using spl-governance

they're probably intending on using it as a library which would 17:23
make a ton of sense

**Robert Chen** 17:24
> what's preventing the user from directly using spl-governance vs the
jet-governance program?

does not make sense 17:24
please explain 17:24

**ra** 17:24
similar to how dex-v4 uses serum-v4

**Robert Chen** 17:26
?

**ra** 17:28
edited for brevity

**Robert Chen** 17:28
can u tell them abt

the mint thing 17:28

**ra** 17:29
it doesn't matter if they do what i think they do because the other way
wouldn't even work

but basically 17:29

**Robert Chen** 17:29
?

why does the mint thing not work 17:29

**ra** 17:29
if spl-governance is a separate program the jet-governance program
shouldn't be able to modify the accounts

in the first place 17:29
/spl-governance will fail ownership checks 17:29

**Robert Chen** 17:29
oh wait

ok 17:30
can u respond to jet 17:38

**ra**   18:20
are you going to get anything to eat

**Robert Chen**   18:20
yeah

**ra**   18:20
uber eats or

**Robert Chen**   18:20
nah prob restraunt

**ra**   18:20
okie
you still in the airbnb or nah

**Robert Chen**   18:23
ye

---

12 April 2022

**ra**   09:43
About how long from now dyt we can start uxd
2-3 weeks?

**ra**   11:01
Free tickets to crypto Bahamas if you participate in hackathon

---

19 April 2022

**Robert Chen**   09:57
also u might want to have a 1-1 chat with jonathan
from jump   09:58
just to talk more abt acquihire   09:58

**ra**   10:00
ok
do i like   10:00
dm him   10:00
or what   10:00

**Robert Chen**   10:00
nah
i'll set it up with him for u   10:00

**ra**   10:00
kk

**Robert Chen**   10:00
just giving a heads up

**ra**   10:13
raydium wants an audit? woaw

**Robert Chen**   10:13
err where

**ra**   10:13
email

**Robert Chen**   10:14
o waow
hm business booming   10:15
altho tbh i dunno if they'd be willing to pay like   10:15
400k   10:15
it sounds like a huge audit   10:15

**ra**   10:20
yeah idk
they should be mostly spl token swap tho

**Robert Chen**   10:20
o also
soldex   10:21
should we do the audit for   10:21
spl token swap clones?   10:21

**ra**   10:22
soldex seems mildly scammy and broke based off their website

**Robert Chen**   10:23
hm ok ig we can decline it then

**ra**   10:23
In reply to this message
yeah sure, but most probably can't cough up the amt we're looking for
to make it worth
if they're not established already w/ a large protocol treasury   10:23

**Robert Chen**   10:23
i mean we'd just be giving them a rubber stamp
my concern is that tarnishes brand name   10:23

**ra**   10:23
yeah
better to not i think   10:23

**RC** Robert Chen — 10:24
kk

**R** ra — 14:35
https://t.me/+ps7f5jT4gM4wNmNh
auditing dao — 14:36
apparently — 14:36

**R** ra — 14:36
Wainuo Chen 19.04.2022 12:12:43
📄 **aryalab Deck (2).pdf**
Exceeds maximum size, change data exporting settings to download.
9.7 MB

**RC** Robert Chen — 15:00
check discord?

21 April 2022

**R** ra — 11:24
bish ragging on us for having high schoolers lmao

**RC** Robert Chen — 11:30
err can u call me
at noon — 11:30
needa talk abt acquihire structuring — 11:30

**RC** Robert Chen — 12:03
ur cutting o ut

📞 ra — 12:03
Outgoing (57 seconds)

📞 ra — 12:08
Outgoing (289 seconds)

22 April 2022

**RC** Robert Chen — 17:35
📞 ra
Outgoing (11 seconds)

**RC** Robert Chen — 22:02
📞 ra
Outgoing (146 seconds)

23 April 2022

**RC** Robert Chen — 15:06
📞 ra
Outgoing

📞 ra — 15:06
Outgoing

📞 ra — 15:09
Outgoing

**R** ra — 15:14
📞 Robert Chen
Incoming (35 seconds)

**RC** Robert Chen — 15:15
📞 ra
Cancelled

okay it's not really clear to me why you're upset so — 15:17
if you can explain that to me — 15:17
it would be nice — 15:17
instead of hanging up on me midconversation — 15:17
because otherwise this will go nowhere — 15:17

📞 ra — 15:22
Cancelled

**R** ra — 15:22
you mentioned that jump isn't buying us out
wdym by that

**RC** Robert Chen — 15:22
i will respond if you get on a call

**R** ra — 15:24
📞 Robert Chen
Incoming (103 seconds)

**RC** Robert Chen — 15:24
bro
can you sit in a call — 15:25

|  | ok im going to decline their offer for both of us | 15:25 |
|  | if we don't work this out | 15:25 |
|  | it's pretty frustrating because i have literally zero idea what you want or are frustrated abt rn | 15:29 |

 **ra** — 15:31
what you described was not an acquihire

**RC** **Robert Chen** — 15:31
the valuation would be assigned as a signing bonus
which i told him to split with you — 15:31
it is functionally equivalent to an acquihire — 15:31

 **ra** — 15:34
ok

**RC** **Robert Chen** — 15:34
wait if you're concerned about how this is structured
why did u not just ask kanav — 15:34
this is what he told me so — 15:35
that's part of why i setup that meeting for you — 15:35

 **ra** — 15:36
can i have his tg

**RC** **Robert Chen** — 15:36
uhh are you gonna dm him — 15:36

 **ra** — 15:37
yea

**RC** **Robert Chen** — 15:37
i dunno if that's a good idea
might lower valuation if we seem divided — 15:37
you should dm jonathan with questions imo — 15:37
because he is not involved with valuation side — 15:38
or wait for jump's offer — 15:38
so they can't take back the number — 15:38

27 April 2022

**RC** **Robert Chen** — 18:55
can you leave
lifinity space chat — 18:55

10 August 2023

 **ra** — 23:43
Hi Rob,
I chose not to say these things in front of Gink and Dan.

Honestly, you astound me with your actions. You took away a company that we built together after my dad died, and all you can scrape together is an insincere apology months afterwards. You then follow up with petty complaints that I'm stressing you out with my mere presence, causing you to be unable to perform at your peak in a prestige tournament with no money on the line, nothing but your ego. You tell me most of this, not personally, but through two of Dice's best guys who are arrearly busy with the CTF, stressing them out before the competition. Next time, say it to my face.

Have a good day,
David

11 August 2023

**RC** **Robert Chen** — 04:52
Hi David,

Happy to chat.

Unfortunately, as you probably know, you can't steal millions of dollars from a company, actively sabotage relationships the company built, quit, demand that the company dissolve, refuse 40% of the company's profits, and after everything file a frivolous lawsuit out of greed and spite.

Given all of the above, I raised your actions and behavior with the others, and they agreed that you are not welcome in DiceGang's suites. That being said, I look forward to seeing you around at DEF CON :) Feel free to share anything with Gink/Dan — the truth exonerates and I look forward to the recovery of stolen assets and IP.

Appreciate your time,
Robert