**Exhibit A**

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LI FEN YAO,<br>as Administrator of the Estate of Sam Mingsan Chen<br><br>        Plaintiff,<br><br>v.<br><br>ROBERT CHEN, OTTER AUDITS LLC, and RC SECURITY LLC,<br><br>        Defendants. | Civil Action No. TDC-23-0889<br><br>**NON-DISCLOSURE AGREEMENT** |

I, _____, acknowledge that I have read and understand the Stipulated Confidentiality Agreement and Protective Order ("Order") in this Action governing the non-disclosure of those portions of Discovery Material that have been designated as Confidential or Highly Confidential. I agree to comply with the terms of the Order, not disclose such Discovery Material to anyone other than for purposes of this litigation and as permitted by the Order, and that at the conclusion of the litigation I will return all discovery information to the party or attorney from whom I received it or destroy such information in accordance with the Order. By acknowledging these obligations under the Order, I understand that I am submitting myself to the jurisdiction of the United States District Court for the District of Maryland for the purpose of any

issue or dispute arising hereunder and that my willful violation of any term of the Order could

subject me to punishment for contempt of Court.

DATED: _____          _____