UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

LI FEN YAO,

    Plaintiff,

v.

ROBERT CHEN,
OTTER AUDITS LLC and
RC SECURITY LLC,

    Defendants.

Civil Action No. TDC-23-0889

## ORDER

On April 19, 2024, Defendants filed a Motion for Judgment on the Pleadings, which was fully briefed by both parties. ECF Nos. 50, 55, 56. On May 29, 2024, Plaintiff Li Fen Yao filed correspondence requesting leave to file a surreply. ECF No. 60.

Under Local Rule 105.2(a), "Unless otherwise ordered by the Court, surreply memoranda are not permitted to be filed." Nevertheless, having considered the correspondence, the Court believes that a surreply is warranted in this case.

Therefore, it is hereby ORDERED that Yao's correspondence requesting leave to file a surreply, ECF No. 60, is GRANTED. The surreply is limited to 2 pages.

Date: May 30, 2024



THEODORE D. CHUANG
United States District Judge