UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LI FEN YAO, as Administrator of the Estate of Sam Mingsan Chen,

        Plaintiff,

v.

ROBERT CHEN, OTTER AUDITS LLC, and RC SECURITY LLC,

        Defendant.

Case No. 8:23-cv-00889-TDC

### ORDER GRANTING JOINT MOTION TO STAY DISCOVERY

Upon consideration of the parties' Joint Motion to Stay Discovery, it is hereby ORDERED on this 28th day of June, 2024, that the Joint Motion to Stay Discovery is GRANTED. Discovery is hereby stayed for a period of thirty days to July 29, 2024, and the deadlines set forth in the Court's Scheduling Order dated May 9, 2024 (ECF Doc. 52) are hereby extended by thirty days, as follows:

| Event | Modified Deadline |
| --- | --- |
| Plaintiff's Rule 26(a)(2) expert disclosures | September 3, 2024 |
| Defendants' Rule 26(a)(2) expert disclosures | September 30, 2024 |
| Plaintiff's rebuttal Rule 26(a)(2) expert disclosures | October 14, 2024 |
| Rule 26(e)(2) supplementation of disclosures and responses | October 21, 2024 |
| Completion of Discovery; submission of Post-Discovery Joint Status Report, see Part V | November 4, 2024 |
| Requests for Admission | November 12, 2024 |
| Notice of Intent to File a Pretrial Dispositive Motion | November 18, 2024 |

11315719.1



Motion: Granted 6/28/24

Theodore D. Chuang
United States District Judge