## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LI FEN YAO, as Administrator of the Estate of Sam Mingsan Chen,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>ROBERT CHEN, OTTER AUDITS LLC, and RC SECURITY LLC,<br><br>　　　　　　　　Defendant. | Case No. 8:23-cv-00889-TDC |

## SECOND JOINT MOTION TO EXTEND STAY OF DISCOVERY

Plaintiff Li Fen Yao, as administrator of the Estate of Sam Chen, and Defendants Robert Chen, Otter Audits LLC and RC Security LLC jointly and respectfully request that the Court further extend the current stay of discovery from to August 28, 2024 to September 27, 2024, for the purposes of continuing their settlement discussions with the assistance of the Honorable Ajmel A. Quereshi, to whom the Court referred the parties for purposes of a settlement conference by Order dated April 9, 2024. *See* ECF Doc. 47.

The parties participated in an initial settlement conference with Judge Quereshi on June 25, 2024, and agreed to exchange additional information for the purposes of continuing their settlement discussions. Pursuant to a Joint Motion to Stay Discovery filed with the Court on June 27, 2024, the parties jointly requested a thirty-day stay of discovery in order to facilitate the exchange of information and their settlement discussions with Judge Quereshi. *See* ECF Doc. 64. The Court granted the parties' joint motion on June 28, 2024, pursuant to an Order Granting Joint Motion to Stay Discovery. *See* ECF Doc. 65.

11336080.1

The parties proceeded to exchange information in furtherance of their settlement discussions thereafter and, pursuant to a Joint Motion to Extend Stay of Discovery filed with the Court on July 26, 2024, the parties jointly requested an extension of the stay of discovery for an additional thirty days, to August 28, 2024. *See* ECF Doc. 66. The Court granted the parties' joint motion on July 26, 2024, pursuant to an Order Granting Joint Motion to Extend Stay of Discovery. *See* ECF Doc. 67.

The parties have made additional progress since the Court granted their Joint Motion to Extend Stay of Discovery and wish to continue conserving their resources while focusing on their settlement discussions with Judge Quereshi's assistance. Accordingly, the parties jointly and respectfully request that the Court further extend the current stay of discovery for approximately an additional month, from August 28, 2024 to September 27, 2024. Consistent with their prior applications, the parties also jointly request a corresponding extension of the other deadlines previously modified pursuant to the Court's Order Granting Joint Motion to Extend Stay of Discovery dated July 26, 2024. The current deadlines and proposed modified deadlines, which seek to take into account weekends and holidays, are set forth in the table below.

| Event | Current Deadline | Proposed Modified Deadline |
|---|---|---|
| Plaintiff's Rule 26(a)(2) expert disclosures | October 3, 2024 | November 4, 2024 |
| Defendants' Rule 26(a)(2) expert disclosures | October 30, 2024 | December 2, 2024 |
| Plaintiff's rebuttal Rule 26(a)(2) expert disclosures | November 13, 2024 | December 16, 2024 |
| Rule 26(e)(2) supplementation of disclosures and responses | November 20, 2024 | December 23, 2024 |

11336080.1

| Completion of Discovery; submission of Post-Discovery Joint Status Report, see Part V | December 4, 2024 | January 6, 2025 |
| --- | --- | --- |
| Requests for Admission | December 12, 2024 | January 13, 2025 |
| Notice of Intent to File a Pretrial Dispositive Motion | December 18, 2024 | January 20, 2025 |

Respectfully submitted,

/s/ Rachel M. Clattenburg
_____

Rachel M. Clattenburg
Joshua A. Levy, *pro hac vice*
Kevin P. Crenny, *pro hac vice*
Justin A. DiCharia, *pro hac vice*

LEVY FIRESTONE MUSE LLP
900 17th St. NW, Ste. 1200
Washington DC 20006
Tel: 202-8453215

*Attorneys for Defendants Robert Chen, Otter Audits LLC, and RC Security LLC*

/s/ Stephen M. Plotnick
_____

Stephen M. Plotnick, *pro hac vice*
Madelyn K. White, *pro hac vice*
Nathan D. Harp, *pro hac vice*

CARTER LEDYARD & MILBURN LLP
28 Liberty Street, 41st Floor
New York, New York 10005
Tel: 212.732.3200

-and-

/s/ Daniel M. Kennedy, III
_____

Daniel M. Kennedy, III

BARKLEY & KENNEDY, CHARTERED
51 Monroe Street, Suite 1407
Rockville, Maryland 20850
Tel: 301-251-6600

*Attorneys for Plaintiff Li Fen Yao*

Dated: August 27, 2024

11336080.1

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2024, I caused the foregoing Second Joint Motion to Extend Stay of Discovery to be filed with the Court using CM/ECF which serves a copy on all counsel of record.

/s/ Stephen M. Plotnick
_____
Stephen M. Plotnick

11336080.1