UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LI FEN YAO, as Administrator of the Estate of Sam Mingsan Chen,<br><br>    Plaintiff,<br>v.<br><br>ROBERT CHEN, OTTER AUDITS LLC, and RC SECURITY LLC,<br><br>    Defendants. | Case No. 8:23-cv-00889-TDC |

## ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER

Upon consideration of the parties' Joint Motion to Modify Scheduling Order, it is hereby ORDERED on this 18 day of October, 2024, that the Joint Motion to Modify Scheduling Order is GRANTED. The deadlines set forth in the Court's Order Granting Second Joint Motion to Extend Stay of Discovery (ECF Doc. 69) are hereby modified and replaced with the following:

| Event | Deadline |
|---|---|
| Deadline for substantial completion of document discovery | December 30, 2024 |
| Close of fact discovery | January 31, 2025 |
| Plaintiff's Rule 26(a)(2) expert disclosures | The later of (a) February 28, 2025, or (b) 30 days from any deadline for producing discovery set forth in the Court's ruling on Plaintiff's motion to compel discovery |
| Defendants' Rule 26(a)(2) expert disclosures | The later of: (a) March 28, 2025, or (b) 30 days following service of Plaintiff's Rule 26(a)(2) expert disclosures |

| Plaintiff's rebuttal Rule 26(a)(2) expert disclosures | The later of: (a) April 11, 2025, or (b) 14 days following service of Defendants' Rule 26(a)(2) expert disclosures |
| --- | --- |
| Rule 26(e)(2) supplementation of disclosures and responses | The later of (a) April 18, 2025, or (b) 7 days following service of Plaintiff's rebuttal Rule 26(a)(2) expert disclosures |
| Completion of Expert Discovery; submission of Post-Discovery Joint Status Report, | The later of: (a) May 2, 2025, or (b) 14 days following service of Rule 26(e)(2) supplementation of disclosures and responses |
| Requests for Admission | May 9, 2025 |
| Notice of Intent to File a Pretrial Dispositive Motion | May 16, 2025 |

**SO ORDERED.**

Dated: __10/18__, 2024

Honorable Theodore D. Chuang
United States District Judge

2