UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

LI FEN YAO,

    Plaintiff,

v.

ROBERT CHEN,
OTTER AUDITS LLC and
RC SECURITY LLC,

    Defendants.

Civil Action No. TDC-23-0889

## ORDER

Defendants have filed a Motion for Judgment on the Pleadings, which is fully briefed by both parties. ECF Nos. 50, 55, 56, 59, 62.

Under Local Rule 105.3, "Unless otherwise ordered by the Court, . . . reply memoranda shall not exceed fifteen (15) pages, inclusive of footnotes but exclusive of (a) affidavits and exhibits, (b) tables of contents and citations, and (c) addenda containing statutes, rules, regulations, and similar material." Here, Defendants' reply brief, exclusive of its title page, table of contents, table of authorities, signature page, and certificate of service, is 20 pages long. ECF No. 56.

Where the Court did not authorize Defendants to exceed the Local Rules' limitations on length, it is hereby ORDERED that within **7 days** of the date of this Order, Defendant shall file an amended reply brief that complies with Local Rule 105.3.

Date: November 14, 2024

THEODORE D. CHUANG
United States District Judge