IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | | |
|---|---|---|
| **LI FEN YAO** as Administrator of the *Estate of Sam Mingsan Chen*, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. TDC 23-889 |
| | : | |
| **ROBERT CHEN** *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

### ORDER RELATED TO PENDING DISCOVERY DISPUTES

On December 12, 2024, the Court held a telephonic discovery dispute hearing related to ECF Nos. 78, 80, 81, 82, 90, 91, 92. During the hearing, for the reasons articulated on the record, the Court denied the parties' requests to file motions to compel. *See* ECF Nos. 78, 80, 81, 94.

In addition, it is this 12th day of December 2024, further **ORDERED** that:

1. The parties are to meet and confer, consistent with Local Rule 104.7 and Guideline 1 (D. Md. 2023), by no later than **January 13, 2025,** to address and resolve all pending discovery disputes. That meet and confer session (or sessions) shall last at least eight (8) hours and up to sixteen (16) hours, or approximately two (2) days. The parties shall have a court reporter present to transcribe the meet and confer session(s), and the cost of the court reporter will be shared by the parties. The parties' discussions shall include a reasonable schedule for the production of the outstanding discovery;

1. By no later than **January 27, 2025**, the parties are to file a Joint Status Report ("JSR"), not to exceed eight pages, double-spaced. The JSR shall include:

    a. A description of the dates and of the duration of each meet and confer session;

    b. Plaintiff's description of any disputes that she believes remain unresolved regarding the discovery requested from the Defendants, and the Defendants' responses thereto;

    c. Defendants' description of any disputes that they believe remain unresolved regarding the discovery requested from the Plaintiff, and the Plaintiff's responses thereto;

    d. The parties' request as to when they would like expert discovery to commence;

2. Attached as exhibits to the JSR shall be the court reporter's transcripts of the meet and confer session(s);

3. The deadlines set forth in ECF No. 71, beginning with Plaintiff's expert disclosure deadline and ending with the requests for admissions deadline, are hereby **STAYED**, until after the undersigned has reviewed the JSR.

 

                                                                 /s/
                                           The Honorable Gina L. Simms
                                           United States Magistrate Judge