UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

LI FEN YAO,

    Plaintiff,

v.

ROBERT CHEN,
OTTER AUDITS LLC and
RC SECURITY LLC,

    Defendants.

Civil Action No. TDC-23-0889

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. Defendants' Motion for Judgment on the Pleadings, ECF No. 50, is GRANTED IN PART and DENIED IN PART.

2. The Motion is granted as to the Lanham Act claim in Count 1, the breach of fiduciary claims in Count 3 against Otter Audits LLC and RC Security LLC and those against Robert Chen relating to alleged duties owed to OtterSec LLC and the Estate of Sam Chen or relating to the dissolution of OtterSec; the misappropriation and conversion claim in Count 5; and the tortious interference claim in Count 7.

3. The Motion is otherwise denied.

Date: January 27, 2024



THEODORE D. CHUANG
United States District Judge