IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

LI FEN YAO, as ADMINISTRATOR OF THE
ESTATE OF SAM MINGSAN CHEN, deceased,
13717 Travilah Road
Rockville, MD 20850

                     Plaintiff,

                     -v-

ROBERT CHEN,
4710 142 Pl. SE
Bellevue, WA 98006;

OTTER AUDITS LLC,
519 West 22nd Street
Suite 100
Sioux Falls, SD 57105; and

RC SECURITY LLC,
519 West 22nd Street
Suite 100
Sioux Falls, SD 57105

                     Defendants.

Civil Action No. 8:23-cv-00889-TDC

## **MOTION TO EXCUSE COUNSEL FROM CASE MANAGEMENT CONFERENCE**

Counsel for the Plaintiff, Daniel M. Kennedy and Barkley & Kennedy, Chtd., submits this Motion to Excuse Counsel from a Case Management Conference and in support thereof states as follows:

1. This matter is set for a Case Management Conference on February 13, 2025 @ 3:30 pm.

2. Local Counsel for Plaintiff is out of town at the time of the conference with his wife, which travel has been scheduled for more than 30 days; however, co-counsel, Stephen Plotnick, Esq., who is the lead attorney in the matter for the Plaintiff, will

be in attendance and will be able to address all issues raised by the Court that require a response from or on behalf of the Plaintiff.

3. Defendant's counsel, as set forth in the attached sequence of emails, has no objection to the Court allowing undersigned counsel to be excused from the conference.

WHEREFORE, Plaintiff requests that one of her attorneys, Daniel M. Kennedy, be excused from the Case Management Conference set for February 13, 2025.

Dated: February 12, 2025

Respectfully Submitted,
BARKLEY & KENNEDY, CHARTERED

/S/ Daniel M. Kennedy
By: Daniel M. Kennedy, III
BARKLEY & KENNEDY, CTRD.
51 Monroe Street, Suite 1407
Rockville, Maryland 20850
301-251-6600, 301-762-2606
dkennedy@barkenlaw.com
*Attorneys for Plaintiff*

OF COUNSEL:

Stephen M. Plotnick
Madelyn K. White
Nathan D. Harp
Alexander Malyshev
Kevin M. Simpson
CARTER LEDYARD & MILBURN LLP
28 Liberty Street
New York, NY 10005
212-238-8772
plotnick@clm.com
white@clm.com
harp@clm.com
malyshev@clm.com
simpson@clm.com

## CERTIFICATE OF SERVICE

I hereby certify that on February ___, 2025, that I caused the Motion to Excuse Counsel from the Case Management Conference to be filed with the Court using CM/ECF which serves a copy on all counsel of record.

Daniel M. Kennedy

Dan Kennedy

| | |
|---|---|
| **From:** | Josh Levy <jal@levyfirestone.com> |
| **Sent:** | Thursday, February 6, 2025 2:15 PM |
| **To:** | Dan Kennedy; Rachel Clattenburg; Plotnick, Stephen M.; Malyshev, Alexander G.; Simpson, Kevin M.; White, Madelyn K.; Harp, Nathan D. |
| **Cc:** | Justin DiCharia; Kevin Crenny; Emma Floyd |
| **Subject:** | Re: David Chen |

Hi Dan.

No objection.

Best,
Josh

**Joshua A. Levy**
Partner

**Levy | Firestone | Muse**
900 17th Street NW, Suite 1200, Washington, DC 20006
T 202-261-6564 • C 202-360-0677 • F 202-595-8253 • levyfirestone.com

...

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Levy Firestone Muse LLP. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by reply or by telephone at (202) 261-6580, and immediately destroy this communication and all copies thereof, including all attachments.

IRS Circular 230 Disclosure:
To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.
...

**From:** Dan Kennedy <dkennedy@barkenlaw.com>
**Date:** Thursday, February 6, 2025 at 8:53 PM
**To:** Rachel Clattenburg <rmc@levyfirestone.com>, Plotnick, Stephen M. <Plotnick@clm.com>, Malyshev, Alexander G. <Malyshev@clm.com>, Simpson, Kevin M. <Simpson@clm.com>, White, Madelyn K. <white@clm.com>, Harp, Nathan D. <harp@clm.com>
**Cc:** Justin DiCharia <JDiCharia@levyfirestone.com>, Kevin Crenny <kcrenny@levyfirestone.com>, Emma Floyd <efloyd@levyfirestone.com>, Josh Levy <jal@levyfirestone.com>
**Subject:** RE: David Chen

1

**Caution:** This is an external email and may be malicious. Please take care when clicking links or opening attachments.

Counsel,

I trust you saw my request to be excused from next week's proposed phone conference with Judge Chuang due to my out of state travel with my wife. I have been instructed to advise the court of your position on my request. Please advise.

Regards,
Dan Kennedy

Daniel M. Kennedy, III, Esquire
BARKLEY & KENNEDY, CHARTERED
51 Monroe Street, Suite 1407
Rockville, Maryland 20850
(301)251-6600
(301)762-2606 (fax)

Frederick Office:
8 West Third Street
Frederick, Maryland 21701
(301)607-1231
(301)762-2606 (fax)