IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

| | |
|---|---|
| LI FEN YAO, as ADMINISTRATOR OF THE ESTATE OF SAM MINGSAN CHEN, deceased, 13717 Travilah Road Rockville, MD 20850<br><br>    Plaintiff,<br><br>    -v-<br><br>ROBERT CHEN, 4710 142 Pl. SE Bellevue, WA 98006;<br><br>OTTER AUDITS LLC, 519 West 22nd Street Suite 100 Sioux Falls, SD 57105; and<br><br>RC SECURITY LLC, 519 West 22nd Street Suite 100 Sioux Falls, SD 57105<br><br>    Defendants. | Civil Action No. 8:23-cv-00889-TDC |

**ORDER**

Upon consideration of Plaintiff's Counsel, Daniel M. Kennedy and Barkley & Kennedy, Chartered, Motion to Excuse Counsel from a Case Management Conference and in support thereof it is this ____ day of _____, 2025 by the United States District Court for the District of Maryland,

**ORDERED**, that Daniel M. Kennedy is excused from the Case Management Conference set for February 13, 2025.

                    _____
                    Honorable Theodore D. Chuang
                    United States District Judge

11172306.2