UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ROBERT CHEN and OTTERSEC LLC,<br><br>                Plaintiffs,<br><br>    v.<br><br>DAVID CHEN,<br><br>                Defendant. | Case No. 8:24-cv-03628-PX |

**DECLARATION OF JOSHUA A. LEVY IN SUPPORT OF
PLAINTIFFS' OPPOSITION TO MOTION TO CONSOLIDATE**

I, Joshua A. Levy, declare as follows:

    1.    I am counsel for Plaintiffs Robert Chen and OtterSec LLC. I make this declaration in support of Plaintiffs' Opposition to Defendant's Motion to Consolidate.

    2.    I am also counsel to Defendants Robert Chen, RC Security LLC, and Otter Audits LLC in *Yao v. Chen*, 8:23-cv-889-TDC-GLS (D. Md.).

    3.    In *Yao v. Chen*, the Defendants have made seven productions, totaling more than 5,000 documents. Defendants made their first production of documents on May 30, 2024, and their latest production on December 30, 2024.

    4.    Attached hereto as **Exhibit 1** is a true and correct copy of the docket in *Yao v. Chen*, 8:23-cv-889-TDC-GLS as of January 30, 2025.

    5.    Attached hereto as **Exhibit 2** is a true and correct copy of the Court's Memorandum Opinion (ECF 100) and Order (ECF 101) granting in part and denying in part the *Yao* Defendants' Motion for Judgment on the Pleadings, in *Yao v. Chen*.

6. Attached hereto as **Exhibit 3** is a true and correct copy of Defendant Robert Chen, Otter Audits LLC, and RC Security LLC's Reply Memorandum in Further Support of Defendants' Motion to Compel, served on November 5, 2024 in *Yao v. Chen*.

Executed on: January 30, 2025

/s/ Joshua A. Levy<br>Joshua A. Levy