UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| LI FEN YAO, *as Administrator of the Estate of Sam Mingsan Chen*,<br><br>   Plaintiff,<br><br>v.<br><br>ROBERT CHEN,<br>OTTER AUDITS LLC and<br>RC SECURITY LLC,<br><br>   Defendants. | Civil Action No. TDC-23-0889 |

Plaintiff Li Fen Yao has filed a Notice of Intent to file a Motion to Consolidate. ECF No. 66. For the reasons stated during the February 13, 2025 Case Management Conference and by agreement of the parties, it is hereby ORDERED that:

1. By **February 14, 2025**, the parties shall file the Motion to Consolidate, the Opposition to the Motion, and the Reply to the Motion.

2. By **February 21, 2025**, the parties shall submit a Joint Status Report in which they state whether they have resolved the Motion and, if they have, propose next steps in this case and the case that they seek to consolidate with this case.

Date: February 14, 2025

THEODORE D. CHUANG
United States District Judge