UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| LI FEN YAO, *as Administrator of the Estate of Sam Mingsan Chen*,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT CHEN, OTTER AUDITS LLC and RC SECURITY LLC,<br><br>Defendants. | Civil Action No. 23-0889-TDC |
| ROBERT CHEN and OTTERSEC LLC,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID CHEN,<br><br>Defendant. | Civil Action No. 24-3628-TDC |

**ORDER**

Robert Chen and OtterSec LLC, the plaintiffs in Civil No. 24-3628-TDC ("the Chen Case"), have filed a Consent Motion for Leave to File a Second Amended Complaint in the Chen Case. ECF No. 53. Upon consideration of the Motion, and where David Chen, the Defendant in the Chen Case, has consented to the proposed Second Amended Complaint, it is hereby ORDERED that:

1. Chen and OtterSec LLC's Consent Motion for Leave to File a Second Amended Complaint in the Chen Case, ECF No. 53, is GRANTED.

2. The Clerk is directed to enter the proposed Second Amended Complaint, ECF No. 53-2.

Date: April 4, 2025

/s/ Theodore D. Chuang
THEODORE D. CHUANG
United States District Judge