# Exhibit 2

| | |
|---|---|
| **Subject:** | Re: Yao v. Chen Defendants and Chen v. Chen Plaintiffs' Motion to Compel |
| **Date:** | Thursday, April 10, 2025 at 11:06:37 AM Eastern Daylight Time |
| **From:** | Rachel Clattenburg |
| **To:** | Plotnick, Stephen M., Malyshev, Alexander G., White, Madelyn K., Simpson, Kevin M., Dan Kennedy |
| **CC:** | Josh Levy, Kevin Crenny, Christina Lamoureux, Emma Floyd, Jennifer Luong, Justin DiCharia |
| **Attachments:** | image001.png |

Counsel,

That is incorrect, as the motion is about your clients' failures in responding to requests for production, including deficient productions, failures to explain altered and missing documents, deleted Discord messages, and seeks relief with respect to those discovery requests.

The procedure in Rule 104.8 is for "motions to compel answers to interrogatories and requests for production . . . as to which a response has been served." The Rule goes on to say that it does not cover motions concerning "requests for production . . . where no responses at all have been served." Since our motion to compel concerns your productions (or lack thereof) in response to requests for production to which you have served responses, Rule 104.8 applies to our motion. It is a motion to compel, and the rules are clear on that process. *See G. W. Aru, LLC v. W. R. Grace & Co.-Conn.*, No. CV JKB-22-2636, 2023 WL 6127592, at *1 (D. Md. Sept. 19, 2023) ("Local Rule 104.8 governs the procedure regarding motions to compel in this District. If a party is dissatisfied with an opposing party's response to a discovery request, the party may serve on the opposing party a motion to compel.") (denying a motion to compel the production of documents withheld as privileged because the parties did not exchange briefing before holding the meet and confer required by Local Rule 104.7, and instead filed the motion to compel directly with the court); *Bender v. Wiegand Sports GmbH*, No. CV JKB-23-1511, 2024 WL 4202155, at *4 (D. Md. Sept. 16, 2024) (denying a motion to compel the production of additional documents for failure to comply with Local Rule 104.8) ("Here, the parties have not engaged in the motions practice contemplated by the Local Rules. Although Plaintiffs have filed a Rule 104.7 certificate (ECF No. 74-1), the record before the Court reflects that the parties did not exchange motions, responses, or replies prior to any Rule 104.7 discovery conference.").

When we file, after sufficient meet and confers, we will inform the Court that you chose not to respond to the motion and refused to comply with Local Rule 104.8, and will request that any response you file directly with the Court be stricken on the basis of your deliberate choice not to comply with the Local Rules. *See FG Hemisphere Assocs., LLC v. Democratic Republic of Congo*, No. PJM-22-2369, 2024 WL 4553371, at *3 (D. Md. Oct. 23, 2024). We may also seek sanctions on that basis. *See Maxtena, Inc. v. Marks*, 289 F.R.D. 427, 436 (D. Md. 2012) (warning, in the context of discussing adherence to Local Rule 104.8, that a failure to "adhere strictly to the Local Rules of this court" may "provide a basis for entering sanctions.").

Thanks,
Rachel

**From:** Plotnick, Stephen M. <Plotnick@clm.com>

**Date:** Wednesday, April 9, 2025 at 6:03 PM
**To:** Justin DiCharia <JDiCharia@levyfirestone.com>, Malyshev, Alexander G. <Malyshev@clm.com>, White, Madelyn K. <white@clm.com>, Simpson, Kevin M. <Simpson@clm.com>, Dan Kennedy <dkennedy@barkenlaw.com>
**Cc:** Josh Levy <jal@levyfirestone.com>, Rachel Clattenburg <rmc@levyfirestone.com>, Kevin Crenny <kcrenny@levyfirestone.com>, Christina Lamoureux <Christinal@levyfirestone.com>, Emma Floyd <efloyd@levyfirestone.com>, Jennifer Luong <jluong@levyfirestone.com>
**Subject:** RE: Yao v. Chen Defendants and Chen v. Chen Plaintiffs' Motion to Compel

> **Caution:** This is an external email and may be malicious. Please take care when clicking links or opening attachments.

Counsel,

You state in your email below that the motion was being served, but not filed with the Court, "Per Local Rule 104" – which does not mention specifically, but is plainly a reference to, Local Rule 104.8.

Local Rule 104.8 applies to "motions to compel answers to interrogatories and requests for production or entry upon land as to which a response has been served." As the motion attached to your email does not seek "to compel answers to interrogatories and requests for production or entry upon land as to which a response has been served," Local Rule 104.8 does not apply. The motion is thus invalid, null and void. We have no obligation to respond to it and will not be doing so.

Thank you.



**Stephen M. Plotnick**
Partner
plotnick@clm.com

28 Liberty Street, New York, NY 10005
O 212.238.8772 / C 917.757.1343

---

**From:** Justin DiCharia <JDiCharia@levyfirestone.com>
**Sent:** Friday, April 4, 2025 1:50 PM
**To:** Plotnick, Stephen M. <Plotnick@clm.com>; Malyshev, Alexander G. <Malyshev@clm.com>; White, Madelyn K. <white@clm.com>; Simpson, Kevin M. <Simpson@clm.com>; Dan Kennedy <dkennedy@barkenlaw.com>
**Cc:** Josh Levy <jal@levyfirestone.com>; Rachel Clattenburg <rmc@levyfirestone.com>; Kevin Crenny <kcrenny@levyfirestone.com>; Christina Lamoureux <Christinal@levyfirestone.com>; Emma Floyd <efloyd@levyfirestone.com>; Jennifer Luong <jluong@levyfirestone.com>
**Subject:** Yao v. Chen Defendants and Chen v. Chen Plaintiffs' Motion to Compel

Counsel,

Attached please find the *Yao* Defendants and *Chen* Plaintiffs' Motion to Compel and supporting documents. The Joint Record can be obtained via the following link: https://fileshare.levyfirestone.com/fl/kNU9NQ9ZjW. I will send the password under separate cover.

Per Local Rule 104, we are serving these on you but not filing the motion with the court at this time.

**Justin A. DiCharia**

**Levy | Firestone | Muse**
900 17th Street NW, Suite 1200, Washington, DC 20006
T 202-819-2716 • C 985-960-1395 • F 202-595-8253 • levyfirestone.com

. . .

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Levy Firestone Muse LLP. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by reply or by telephone at (202) 595-8253, and immediately destroy this communication and all copies thereof, including all attachments.

. . .

*****************************************************
This e-mail message and its attachments are confidential, intended only for the addressee(s) named
above and may contain information that is proprietary, privileged, attorney work product or otherwise
exempt from disclosure. If you receive this message in error please notify us at
postmaster@clm.com
and immediately delete this message and its attachments from your system.
*****************************************************