IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| **LI FEN YAO** as Administrator of the *Estate of Sam Mingsan Chen*, <br><br> Plaintiff, <br><br> v. <br><br> **ROBERT CHEN** *et al.*, <br><br> Defendants/Consolidated Plaintiffs, <br><br> v. <br><br> **DAVID CHEN,** <br><br> Consolidated Defendant. | **Case No. TDC 23-889** |

## AMENDED SCHEDULING ORDER

Pending before the Court is the parties' requested "Joint Proposed Discovery Schedule." ("Motion") (ECF No. 123-1).

Upon consideration of the Motion, the Court finds good cause to grant the requested relief. Accordingly, it is this 17th day of April 2025 hereby **ORDERED,** that:

1. The Motion is **GRANTED**;

2. The stay of discovery deadlines ordered in ECF Nos. 95, 98 is lifted and the Scheduling Order is **AMENDED** as follows:

| Description of Event | Deadline |
|---|---|
| Substantial completion of document discovery | September 19, 2025 |
| Exchange of privilege logs | October 10, 2025 |
| Completion of fact discovery; submission of Joint Status Report | November 14, 2025 |
| Plaintiffs' Rule 26(a)(2) expert disclosures | December 19, 2025 |

| Defendants' Rule 26(a)(2) expert disclosures | January 30, 2026 |
| --- | --- |
| Plaintiffs' rebuttal Rule 26(a)(2) disclosures | February 20, 2026 |
| Rule 26(e)(2) supplementation of disclosures and responses | March 6, 2026 |
| Completion of expert discovery | April 10, 2026 |
| Submission of post-discovery Joint Status Report | April 24, 2026 |
| Requests for admission | May 1, 2026 |
| Notices of intent to file pretrial dispositive motions | May 8, 2026 |

_____/s/_____
The Honorable Gina L. Simms
United States Magistrate Judge
