IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| **LI FEN YAO** *as Administrator of the Estate of Sam Mingsan Chen*, <br><br> Plaintiff, <br><br> v. <br><br> **ROBERT CHEN** *et al.*, <br><br> Defendants/Consolidated Plaintiffs, <br><br> v. <br><br> **DAVID CHEN,** <br><br> Consolidated Defendant. | Case No. TDC 23-889 |

## ORDER RELATED TO PENDING DISCOVERY DISPUTES

Pending before the Court is the Defendants/Consolidate Plaintiffs' "Motion for Entry of Order Directing Defendant David Chen to Preserve Evidence and Provide Dates of Collection of Potentially Relevant Evidence" ("Motion"), and attachments related thereto. (ECF Nos. 121, 121-1 through 121-10). Plaintiff Yao and Consolidated Defendant Chen filed an Opposition, with attachments in support thereto. (ECF Nos. 122, 122-1 through 122-9). The Court thereafter ordered that no further briefing on the matter was required. (ECF No. 124).

On April 29, 2025, the Court held a telephonic discovery dispute hearing related to ECF Nos. 106, 107, 117, 121, 121-1 through 121-10, 122, 122-1 through 122-9, 127, 128, and 128-1. (ECF No. 134). During the hearing, the Court entertained argument where necessary, issued factual findings, and entered its preliminary rulings. (*Id.*).

Accordingly, upon consideration of the Motion, the evidence attached thereto, and for the

reasons articulated on the record during the hearing, it is this 30th day of April 2025 hereby **ORDERED**, that:

1. The Court **DEFERS** its **final** ruling related to ECF No. 121 pending: (1) the parties' providing a record to the undersigned that reflects that they have engaged in good faith meet-and-confer discussions in an attempt to resolve the issues; and (2) receipt of a Joint Status Report, as described below.

2. By no later than **May 16, 2025**, the parties shall meet and confer, consistent with Local Rules 104.7, 104.8, and Guideline 1 (D. Md. 2023) to discuss ECF No. 121-2 and the issues raised in ECF Nos. 121, 122, and 128-1. The meet-and-confer-session(s) shall occur in front of a court reporter, who will transcribe the session(s).

3. By no later than **May 23, 2025,** the parties are to submit a Joint Status report ("JSR"), not to exceed thirty (30) pages, double-spaced, excluding any exhibits attached thereto. In other words, each party shall have fifteen (15) pages to articulate their respective **final** positions. That JSR shall include:

    a. The date(s), time(s), and length of the parties' meet-and-confer session(s);

    b. The parties' description of their resolution of any issues raised in ECF Nos. 121-2, 121, 122, and 128-1. If there are any issues that remain in dispute, the parties shall articulate their **final** arguments, identifying appropriate evidentiary and legal support for the same;

    c. The transcript(s) of the meet-and-confer session(s), attached as exhibit(s);

4. The Court further **DEFERS** its **final** ruling related to the discovery disputes raised in ECF No. 106, pp. 3, 5, items (a)-(c) until the parties have met and conferred to try to resolve the same. Upon conclusion of their meeting(s), the parties shall file a JSR. If

after their meeting(s) disputes remain, the JSR shall set forth the parties' **final** arguments related to the remaining disputes. That JSR shall be limited to four (4) pages, double-spaced, and shall include the transcript(s) of the meet and confer session(s) attached as an exhibit(s);

5. The Court has been advised that the issue raised in ECF No. 106, p. 3, item (d) is **MOOT**; and

6. Going forward, as a reminder, before the Court will entertain any unresolved discovery-related disputes or motions to compel, the parties must have met and conferred and, complied with Local Rules 104.7 and 104.8 (D. Md. 2023). The meet-and-confer session(s) shall be before a court reporter. Relatedly, the parties must still file a notice of intent before bringing any discovery-related disputes or motions to compel before the Court. *See* ECF No. 4.

7. The parties shall equally split the cost of the court reporter's fees.

___/s/___
The Honorable Gina L. Simms
United States Magistrate Judge
