**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**



CHAMBERS OF
GINA L. SIMMS
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
6500 CHERRYWOOD LANE
GREENBELT, MARYLAND  20770
(301) 344-0627

April 30, 2025

**Via Electronic Filing**
**To Counsel of Record**

    Re: *Yao v. Chen et al.*
       Civil Case No. TDC 23-889

**LETTER ORDER CLARIFYING ECF NO. 132**

Dear Counsel:

    On April 22, 2025, the Court issued a Letter Order denying ECF Nos. 127, 128, and 128-1. (ECF No. 132). On April 24, 2025, Defendants/Conslidated Plaintiffs appealed the Letter Order to the Honorable Theodore D. Chuang. (ECF No. 133).

    On April 29, 2025, the Court held a telephonic discovery hearing related to the pending discovery disputes in this case. (ECF No. 134). During the hearing, the parties discussed their positions on the issues raised in ECF Nos. 127, 128, and 128-1 and the Court clarified its ruling related to the same. (*Id.*).

    Accordingly, for the reasons articulated on the record during the hearing, and upon further review of ECF Nos. 127, 128, and 128-1, the Court hereby **AMENDS** its Letter Order, (ECF No. 132), to further clarify that:
1. ECF No. 128-1 was appended to provide context to the discovery issues raised in ECF Nos. 127-128. *See* ECF No. 128-1, p.2 n.2;
2. Any requests related to bringing the issues raised in ECF Nos. 127, 128, and 128-1 before the Court are **DENIED** as premature; and
3. The Court's Letter Order does not preclude any future discovery motion related to the issues raised in ECF No. 128-1, provided that such a motion is made only after appropriate meet-and-confer efforts that fully comply with Local Rules 104.7 and 104.8 (D. Md. 2023) have failed to resolve the disputes.

    Finally, in light of the foregoing and for the reasons articulated on the record during the hearing, counsel for Defendants/Conslidated Plaintiffs Robert Chen et al. have agreed that the undersigned can inform the district judge that the pending appeal of the undersigned's Letter Order, (ECF No. 133), is withdrawn. The parties will continue to discuss the issues related to ECF

No. 128-1 during their upcoming meet-and-confer session(s) to occur before May 16, 2025 and proceed accordingly. *See* ECF No. 135.

      Although informal, this letter constitutes an Order of the Court and shall be docketed accordingly.

Very truly yours,

/s/
The Honorable Gina L. Simms
United States Magistrate Judge
