IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| **LI FEN YAO,** *as administrator of the Estate of Sam Mingsan Chen***,**<br><br>     Plaintiff,<br><br>     v.<br><br>**ROBERT CHEN** *et al.***,**<br><br>     Defendants.<br><br>---<br><br>**ROBERT CHEN** *et al.***,**<br><br>     Consolidated Plaintiffs,<br><br>     v.<br><br>**DAVID CHEN,**<br><br>     Consolidated Defendant. | Case No. TDC 23-889<br><br><br><br><br><br><br><br>Case No. TDC 24-3628 |

### ORDER DIRECTING DAVID CHEN TO PRESERVE EVIDENCE

Following submission to the Court of a Joint Status Report from the parties dated May 23, 2025, (ECF 139), pursuant to an Order Relating to Pending Discovery Disputes dated April 30, 2025, (ECF 135), it is hereby **ORDERED** that:

1.  David Chen will preserve and retain all documents and other materials in his possession, custody, or control (or in the possession, custody, or control of his attorneys or agents) that are potentially relevant to the above-captioned actions for the period February 1, 2021, through April 17, 2025. This includes, but is not limited to:

    a.  All instant messaging and online communication services and social media

    and other user generated content related to this dispute including, but not limited to, Telegram, Discord, Signal, X (Twitter), Facebook, LinkedIn, forums, chat rooms;

b. All other electronic records including, but not limited to, emails, chat records, memoranda, calendars, notes, metadata, GitHub data, and blockchain wallets;

c. All data on smartphones, tablets, and other devices used by David Chen to store information, access the internet, and/or communicate electronically;

d. Information, data, metadata on all network servers, FTP servers, virtual private networks, hard drives, cloud or virtual servers;

e. All IP routers in the possession, custody, or control of David Chen;

f. All servers in the possession, custody, or control of David Chen;

g. All smartphone records including sms/text messages and all other forms of mobile messages.

2. David Chen will cease any automatic deletion of any of the documents subject to this preservation order, including the use of a bot or script to delete electronic messages, and will not enable any automatic deletion of documents.

3. Any additional exports or collections of discoverable documents in David Chen's possession, custody, or control will be performed by someone other than David Chen and at the direction of, and the guidance of, David Chen's counsel.

**SO ORDERED**

Date: May 29, 2025

                                                  /s/
                                      The Honorable Gina L. Simms
                                      United States Magistrate Judge