**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| LI FEN YAO, as Administrator of the Estate of Sam Mingsan Chen, | * | |
| | * | |
| Plaintiff | * | Civil Action No. 8:23-cv-889-TDC |
| v. | * | |
| ROBERT CHEN, OTTER AUDITS LLC, and RC SECURITY LLC, | * | |
| Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

| | | |
|---|---|---|
| ROBERT CHEN and OTTERSEC LLC, | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No. 8:24-cv-3628-TDC |
| DAVID CHEN, | * | |
| Defendant | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**LINE SUBSTITUTING COUNSEL FOR LI FEN YAO AND DAVID CHEN**

Plaintiff Li Fen Yao ("Yao") and Defendant David Chen ("David Chen"), by and through their respective undersigned counsel, hereby respectfully request that this Court strike and remove the appearance of Daniel M. Kennedy, and Barkley & Kennedy, Chartered, and that this Court then enter the substituted appearance of Michael J. Lentz, Alexander M. Giles, and Tydings & Rosenberg, LLP on behalf of Yao and David Chen.

The attorneys from the Carter Ledyard & Milburn firm whose appearances have been admitted *Pro Hac Vice* will remain as counsel for Plaintiff Yao and Defendant David Chen.

6395822.1

| | |
|---|---|
|   /s/ Daniel M. Kennedy<br>Daniel M. Kennedy<br>Barkley & Kennedy, Chartered<br>51 Monroe Street, Suite 1407<br>Rockville, Maryland 20850<br>(301) 251-6600<br>dkennedy@barkenlaw.com |   /s/ Alexander M. Giles<br>Michael J. Lentz<br>Alexander M. Giles<br>Tydings & Rosenberg, LLP<br>One East Pratt Street, Suite 901<br>Baltimore, Maryland 21202<br>(410) 752-9700<br>mlentz@tydings.com<br>agiles@tydings.com |

OF COUNSEL (admitted *Pro Hac Vice*):

Stephen M. Plotnick
Alexander G. Malyshev
Madelyn K. White
Kevin M. Simpson
Carter Ledyard & Milburn LLP
28 Liberty Street, 41st Floor
New York, New York 10005
(212) 732-3200

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of June 2025, the foregoing Line Substituting Counsel for Li Fen Yao and David Chen was served via the ECF system on all counsel of record in the above-captioned consolidated matter.

                                                            /s/ Alexander M. Giles
                                                            Alexander M. Giles