# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LI FEN YAO, as Administrator of the Estate of Sam Mingsan Chen, | * | |
| | * | |
| Plaintiff | * | |
| | * | Civil Action No. 8:23-cv-889-TDC |
| v. | * | |
| ROBERT CHEN, OTTER AUDITS LLC, and RC SECURITY LLC, | * | |
| | * | |
| Defendants | * | |
| * * * * * * * * * * * * | | |
| ROBERT CHEN and OTTERSEC LLC, | * | |
| | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No. 8:24-cv-3628-TDC |
| DAVID CHEN, | * | |
| | * | |
| Defendant | * | |
| * * * * * * * * * * * * | | |

## ENTRY OF APPEARANCE

TO THE CLERK:

Please enter the appearance of Michael J. Lentz as counsel to Plaintiff Li Fen Yao and Defendant David Chen in the above-captioned consolidated matter. Pro hac vice counsel to Mrs. Yao and Mr. David Chen will remain as such.

                                          /s/ Michael J. Lentz
                                          Michael J. Lentz (Fed. Bar No. 26097)
                                          Tydings & Rosenberg, LLP
                                          One East Pratt Street, Suite 901
                                          Baltimore, Maryland 21202
                                          Phone: (410) 752-9708
                                          mlentz@tydings.com

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of June 2025, I served the foregoing *Entry of Appearance* via this Court's CM/ECF system on all counsel of record in the above-captioned consolidated matter.

      /s/ Michael J. Lentz
      Michael J. Lentz