IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| **LI FEN YAO**, *as administrator of the Estate of Sam Mingsan Chen*,<br><br>Plaintiff,<br><br>v.<br><br>**ROBERT CHEN** *et al.*,<br><br>Defendants. | Case No. TDC-23-889 |
| **ROBERT CHEN** *et al.*,<br><br>Consolidated Plaintiffs,<br><br>v.<br><br>**DAVID CHEN,**<br><br>Consolidated Defendant. | Case No. TDC-24-3628 |

### STIPULATION AND ORDER REGARDING THE LIMITED DEPOSITION OF DAVID CHEN

WHEREAS, the record to date includes evidence of the deletion of Discord messages by David Chen and the inability to extract data from an inoperable mobile phone belonging to David Chen; and

WHEREAS, Robert Chen, OtterSec LLC, Otter Audits LLC, and RC Security LLC (together, the "Robert Parties") have asserted that they need to understand specifics about the scope of documents and ESI David Chen preserved, collected, and/or deleted in order to determine whether Defendant David Chen spoliated evidence in the above-captioned cases; and

WHEREAS, the Robert Parties have requested to take the deposition of David Chen for the limited purpose of investigating the preservation and collection, and any deletion or destruction, by David Chen of documents, including any ESI and mobile phone data, that are relevant or potentially relevant to the above-captioned actions; and

WHEREAS, the Robert Parties and David Chen, by and through their undersigned counsel, have agreed to the terms of this Stipulation and Order in connection with the Robert Parties' request for a limited deposition of David Chen; and

Now, therefore, it is hereby **STIPULATED** and **ORDERED** as follows:

1. The Robert Parties may take the video-recorded deposition of David Chen on July 30, 2025, at 9:30 A.M., for 2.5 hours, limited to the following topics: the preservation and collection, and any deletion or destruction, by David Chen of documents, including ESI and mobile phone data, that are relevant or potentially relevant to the above-captioned actions (the "Limited Deposition").

2. The Limited Deposition, including any transcript or recording of the Limited Deposition, shall be used in connection with the above-captioned actions only, and shall not be used, directly or indirectly, in any way for any other purpose, whether in connection with any other lawsuit, arbitration, claim, proceeding or otherwise.

3. Subject to the Robert Parties' compliance with the foregoing paragraphs 1 and 2, the Limited Deposition shall not be counted against the Robert Parties for purposes of the one-day and seven-hour time limitations set forth in Fed. R. Civ. P. 30(d)(1) or the 25 hour total for all depositions set forth in the Court's Scheduling Order, Paragraph IV, D (ECF 39), and nothing herein shall prejudice the Robert Parties from deposing David Chen on a different occasion for a full-day, 7-hour deposition. Further, although the Robert Parties are not at the present time seeking

2

leave to increase the deposition hours allotted to them, nothing herein shall prejudice Defendants' right, if needed, to seek leave of Court for permission to exceed the 25 total hours of deposition.

4. Except as stated, nothing herein shall prejudice any of the rights of the Robert Parties, Li Fen Yao, or David Chen, all of which are preserved.

**SO ORDERED**

Date: July 16, 2025                                                                 /s/
                                                                  The Honorable Gina L. Simms
                                                                  United States Magistrate Judge