# CARTER LEDYARD MILBURN

**Stephen M. Plotnick**
Partner
plotnick@clm.com

28 Liberty Street, 41st Floor
New York, NY 10005
D / 212-238-8772

July 25, 2025

**BY ECF**

Honorable Gina L. Simms, Magistrate Judge
United States District Court, District of Maryland
6500 Cherrywood Lane, Suite 355A
Greenbelt, MD 20770

      Re:   *Yao v. Chen, et al.*; *Chen, et al. v. Chen*
               Case Nos. 8:23-cv-00889-TDC, 8:24-cv-03628-TDC

Dear Judge Simms:

      This firm, together with Tydings & Rosenberg LLP, represents Li Fen Yao and David Chen in connection with the above-referenced, consolidated cases.

      Enclosed with this letter is a Declaration executed by David Chen, which we are respectfully submitting for the purpose of informing the Court and, by copy of this letter, opposing counsel, of our and Mr. Chen's recent discovery of Mr. Chen's violation of the Court's Order Directing David Chen to Preserve Evidence, dated May 29, 2025 (ECF 141). As further detailed in his Declaration, on May 23, 2025, Mr. Chen attempted to back up a server he used between February-April 2025, wiped the server in early July in order to transfer it to a third party, and discovered on July 16, 2025 that the back up was incomplete. Mr. Chen is taking corrective action, but it remains unclear at this point whether he will be able to recover the data that was not backed up. Mr. Chen and his counsel take this matter very seriously, and we wanted to bring it to the Court's and opposing counsel's attention as soon as possible.

      We will keep the Court and opposing counsel apprised of efforts to recover the data, and make ourselves available to answer any questions You Honor may have.

                                   Respectfully submitted,

                                     /s/ Stephen M. Plotnick

                                   Stephen M. Plotnick

Enclosure
cc:    All Counsel of Record (by ECF)