UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LI FEN YAO <br><br> Plaintiff <br><br> v. <br><br> ROBERT CHEN, ET AL. <br><br> Defendant | Case No. 8:23-CV-00889-TDC |

## **CERTIFICATE REGARDING DISCOVERY**

I HEREBY CERTIFY that on the 13th day of August, 2025, a copy of the following was served upon the Attorneys for Defendant, Joshua Aaron Levy, Esquire, Levy Firestone Muse LLP, 900 17th Street NW, Suite 1200, Washington, DC 20006 via electronic service, where possible, or otherwise sent via first-class mail, postage prepaid.

\_\_\_\_\_ First Set of Interrogatories            \_\_\_\_\_ Answers to Interrogatories

\_\_\_\_\_ Supplemental Interrogatories            \_\_\_\_\_ Responses to Request for Production of Documents

\_\_\_\_\_ First Request for Production of Documents    \_\_\_\_\_ Answers to Admissions

\_\_\_\_\_ Supplemental Request for Production of Documents    _X_  Notice of Deposition ( _X_ Duces Tecum)

\_\_\_\_\_ Request for Admissions (both parties)    \_\_\_\_\_ Supplemental Answers to Interrogatories

\_\_\_\_\_ Supplemental Requests for Admissions    \_\_\_\_\_ Supplemental Responses to Requests for Production of Documents

1

I further certify that I will retain the originals of the foregoing documents in my possession, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired, and the appeal has been decided.

Respectfully submitted,
McDONOUGH LAW, LLC

_____
Kathryn McDonough (Fed. Bar No. 17301)
100 Lexington Drive, Second Floor
Silver Spring, MD 20901
(301) 592-1295 - phone
(240) 331-1441 – fax
kate@mcdonough-law.com
*Attorney for Ally Guo*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of August 2025, a copy of the foregoing Line of Appearance was served electronically, where possible, or otherwise served via first-class mail, postage prepaid, to:

Daniel M Kennedy, III, Esquire
Barkley & Kennedy, Chartered
51 Monroe Street, Suite 1407
Rockville, MD 20850
*Attorney for Plantiff*

Alexander G. Malyshev, Esquire
Carter Ledyard & Milburn LLP
28 Liberty Street, 41st Floor
New York, NY 10005
*Attorney for Plaintiff*

Kevin M. Simpson, Esquire
Carter Ledyard & Milburn LLP
28 Liberty Street, 41st Floor
New York, NY 10005
*Attorney for Plaintiff*

Madelyn K. White, Esquire
Carter Ledyard & Milburn LLP
28 Liberty Street, 41st Floor
New York, NY 10005
*Attorney for Plaintiff*

Nathan D. Harp, Esquire
Carter Ledyard & Milburn LLP
28 Liberty St. FL 41
New York, NY 10005
*Attorney for Plaintiff*

Stephen M. Plotnick, Esquire
Carter Ledyard & Milburn LLP
28 Liberty Street - 41st Floor
New York, NY 10005
*Attorney for Plantiff*

Joshua Aaron Levy, Esquire
Levy Firestone Muse LLP
900 17th Street NW, Suite 1200
Washington, DC 20006
*Attorney for Defendant*

Justin Andrew DiCharia, Esquire
Levy Firestone Muse LLP
900 17th St. NW, Suite 1200
Washington, DC 20006
*Attorney for Defendant*

Kevin P Crenny, Esquire
Levy Firestone Muse LLP
900 17th Street NW, Suite 1200
Washington, DC 20006
*Attorney for Defendant*

Rachel M. Clattenburg, Esquire
Levy Firestone Muse LLP
900 17th St. NW
Suite 1200
Washington, DC 20006
*Attorney for Defendant*

_____
Kathryn McDonough

3