# CARTER LEDYARD MILBURN

**Stephen M. Plotnick**
Partner
plotnick@clm.com

28 Liberty Street, 41st Floor
New York, NY 10005
D / 212-238-8772

August 19, 2025

**BY ECF**

Honorable Theodore D. Chuang, District Judge
United States District Court, District of Maryland
United States Courthouse
6500 Cherrywood Lane, Suite 245
Greenbelt, MD 20770

Honorable Gina L. Simms, Magistrate Judge
United States District Court, District of Maryland
United States Courthouse
6500 Cherrywood Lane, Suite 355A
Greenbelt, MD 20770

Re:   **Corrections to Filings**
*Yao v. Chen et al.*; *Chen, et al. v. Chen*
Civil Action Nos. 8-23-cv-00889-TDC and 8:24-cv-03628-TDC

Dear Judge Chuang and Judge Simms:

This firm, together with Tydings & Rosenberg LLP, represents Li Fen Yao and David Chen in connection with the above-referenced, consolidated cases.

We are writing to advise the Court that ECF Nos. 117, 122, and 122-6 contain factual inaccuracies. Page two of ECF No. 117 and page ten of ECF No. 122 state:

> The Discord IDs associated with 1,722 messages that are within the discovery range correspond to servers or channels that are irrelevant, as they are variously associated with high school friends or friend groups; a Japanese anime and manga-themed series known as "The Apothecary Diaries"; a personal friend who was not involved with OtterSec; a game known as "SVBonk,"; a group of users with whom David formed an on-line friendship in 2017, involving discussions of shared interests in food, games, memes, and cryptocurrency; and "parrot.fi," a defunct decentralized finance network.

*See* ECF No. 117 at p. 2; ECF No. 122 at p. 10.  Additionally, page fifteen of ECF No. 122 states: "In fact, the overwhelming majority are irrelevant on their face: … 1,722 that are within range are from servers or channels that are plainly irrelevant … ."  However, in connection with the

Carter Ledyard & Milburn LLP / clm.com

**Error! Unknown document property name.**

deposition of David Chen, which took place on July 30, 2025, we learned that some of the 1,722 deleted Discord messages referenced in ECF Doc. Nos. 117 and 122 are potentially relevant.

We also learned that the following statements in paragraphs ten and eleven, respectively, of ECF No. 122-6 are not correct: (a) "When I left OtterSec in April 2022, I made changes from a version of the 'Solend Liquidator Code' that existed <u>before</u> the formation of OtterSec and applied my changes only on top of that version."; and (b) "I did not delete, alter or destroy records showing the history of changes to the computer code in GitHub." David Chen testified during his deposition on July 30 as follows: "Regarding preservation of my GitHub account between April 27th and May 21st I believe I made comments on top of the code I took from OtterSec on GitHub. Then on or before May 21st I believe that I deleted those comments from GitHub." *See* Transcript of Deposition of David Chen, dated July 30, 2025 (Tr. 125:19 to 126:3).

Although Mr. Chen testified to facts which effectively correct these inaccuracies, we nonetheless consider it our responsibility to correct them with the Court, consistent with our duty of candor and Rule 19-303.3(a) of the Maryland Rules of Professional Conduct, and we sincerely apologize for them.

Respectfully submitted,

/s/ Stephen M. Plotnick

Stephen M. Plotnick

cc: All Counsel of Record (by ECF)

**Error! Unknown document property name.**