# CARTER LEDYARD MILBURN

**Stephen M. Plotnick**
Partner
plotnick@clm.com

28 Liberty Street, 41st Floor
New York, NY 10005
D / 212-238-8772

August 26, 2025

**BY ECF**

The Honorable Theodore D. Chuang, District Judge
United States District Court for the District of Maryland
6500 Cherrywood Lane, Suite 245
Greenbelt, MD 20770

      Re:    Notice of Intent to File Motion to Withdraw
                 *Yao v. Chen et al.*; *Chen, et al. v. Chen*
                 Civil Action Nos. 8-23-cv-00889-TDC and 8:24-cv-03628-TDC

Dear Judge Chuang:

      This firm, together with Tydings & Rosenberg LLP, represents Li Fen Yao and David Chen in connection with the above-referenced, consolidated cases.

      We write to respectfully request leave of court to withdraw as counsel for Li Fen Yao and David Chen without a pre-motion conference, pursuant to paragraph II, A (9) of the Case Management Order entered in this matter on April 7, 2023 (ECF Doc. No. 4). We have not met and conferred with opposing counsel to discuss whether our withdrawal can be resolved without a motion because Local Rule 101.2(a) requires leave of court to withdraw.

      Our motion to withdraw is based upon Local Rule 101.2(a)(1) and Rules 19-301.16(b)(1) and (7) of the Maryland Rules of Professional Conduct. Tydings & Rosenberg LLP entered an appearance on the docket as co-counsel for Ms. Yao and Mr. Chen on June 20, 2025, and we have been working with them since that time to transition lead responsibility for the case. At present, discovery is ongoing and no trial date has been set. We will continue to cooperate with Tydings & Rosenberg to ensure that our withdrawal does not have a material adverse effect on Ms. Yao's and Mr. Chen's interests. It is our understanding that Ms. Yao and Mr. Chen consent to our withdrawal.

      If Your Honor has any questions, we would be happy to address them at your earliest convenience.

                                                 Respectfully submitted,

                                                 *Stephen M. Plotnick*
                                                 Stephen M. Plotnick

cc:    All Counsel of Record (by ECF)