## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CHAMBERS OF
GINA L. SIMMS
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0627

September 17, 2025

**Via Electronic Filing**
**To Counsel of Record**

Re: *Yao v. Chen et al.* & *Chen et al. v. Chen*
Civil Case Nos. TDC 23-889 & TDC 24-3628

**LETTER ORDER REGARDING RECENT DISCOVERY DISPUTE CORRESPONDENCE AND ORDER RELATED TO SCHEDULING ORDER**

Dear Counsel:

The Court has reviewed ECF Nos. 161, 162, 164, 165, and 166. The parties are reminded that they **shall** abide by the Court's prior orders, including: ECF No. 132, p. 2 (first and second paragraphs), and ECF No. 135, ¶ 6. The Court's review of the docket reveals that the last transcript provided to it is dated August 20, 2025; however, your discovery dispute letters are dated August 28, 2025, September 3, 2025, and September 16, 2025. And, the emails that you attached to ECF Nos. 164 and 166 are dated September 5, 2025, September 15, 2025, and September 16, 2025. In addition, ECF No. 166 (pp. 1–2) reflects that you have agreed to have a meet-and-confer session before a court reporter on September 22, 2025. The Court looks forward to reviewing all meet-and-confer transcripts so that it may aid you in resolving discovery disputes that are truly ripe for the Court's consideration.

The Court reiterates that it will not entertain **any** discovery disputes until the parties **fully** comply with its orders, including providing transcripts of the meet-and-confer sessions that reflect their **good faith** efforts to resolve **all** discovery disputes. Failure to abide by these orders could result in the imposition of sanctions against the noncompliant party, pursuant to the Court's inherent authority and 28 U.S.C. §1927, for violations of, e.g., Fed. R. Civ. P. 37 and Local Rules 104.7 and 104.8 (D. Md. 2025).

Finally, the parties are reminded that the operative Amended Scheduling Order (ECF No. 129) provides that "substantial completion of document discovery" shall occur by September 19, 2025. If the parties are unable to meet that deadline, they shall file a joint motion seeking an extension of time by which to complete that discovery.

Although informal, this letter constitutes an Order of the Court and shall be docketed accordingly.

Very truly yours,

_____/s/_____
The Honorable Gina L. Simms
United States Magistrate Judge