**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| LI FEN YAO, as Administrator of the Estate of Sam Mingsan Chen, <br><br>      Plaintiff, <br>v. <br><br>ROBERT CHEN, OTTER AUDITS LLC, and RC SECURITY LLC, <br><br>      Defendants. | Case No. 8:23-cv-00889-TDC |
| ROBERT CHEN and OTTERSEC LLC, <br><br>      Plaintiffs, <br>v. <br><br>DAVID CHEN, <br><br>      Defendant. | Case No. 8:24-cv-03628-TDC |

**MOTION TO WITHDRAW**

    Stephen M. Plotnick, Madelyn K. White, Alexander G. Malyshev, and Kevin M. Simpson of the law firm of Carter Ledyard & Milburn LLP ("CLM") respectfully submit this motion pursuant to Local Rule 101.2 for an Order granting them leave to withdraw as counsel for Li Fen Yao, as administrator of the Estate of Sam Mingsan Chen ("Yao"), and David Chen ("David") in the above-referenced consolidated cases. Counsel were previously admitted *pro hac vice* upon motions sponsored by Daniel M. Kennedy, III. *See* ECF Nos. 9, 23, 87, and 88.

    Yao and David have retained and are presently represented in these consolidated cases by Alexander M. Giles and Michael J. Lentz of the law firm of Tydings & Rosenberg LLP ("Tydings"), who entered their appearances on June 20 and June 23, 2025, respectively. *See* ECF

Nos. 144, 145, and 147.  Since entering their appearance, Tydings has been transitioning into the role of lead counsel for Yao and David, and Tydings will continue to represent them in these consolidated cases.

CLM is seeking to withdraw because the relationship between CLM and their clients has broken down, leading to irreconcilable differences.  *See Mahdy v. Morgan State Univ.*, 2022 U.S. Dist. LEXIS 55307, at *9-10 (D. Md. Mar. 28, 2022) (granting motion to withdraw based on disagreements between client and attorney). The confidentiality of attorney/client communications precludes counsel from being more specific about the nature of the matters giving rise to differences.  Additionally, Yao and David have not paid CLM's invoices in accordance with the terms of our engagement letter and have not provided assurances to CLM that its fees will be paid. Non-payment of fees is good cause for withdrawal.  *See Remsnyder v. MBA Mortgage Servs., Inc.* 2023 U.S. Dist. LEXIS 194672, at *6-7 (D. Md. Oct. 31, 2023) (granting motion to withdraw where party was unable to pay future fees); *Al-Sabah v. Agbodjogbe*, 2019 U.S. Dist. LEXIS 58069, at *7-8 (D. Md. Apr. 3, 2019) (granting motion to withdraw where client was three months late on payment).

CLM therefore respectfully requests leave of Court to withdraw pursuant to Local Rule 101.2(a)(1), in the case of David Chen, and Local Rule 101.2(b)(1) in the case Li Fen Yao, as administrator of the Estate of Sam Mingsan Chen.  Local Rule 101.2(a)(1) provides that "[i]n the case of an individual, appearance of counsel may be withdrawn only with leave of court and if … appearance of other counsel has been entered[.]"  Local Rule 101.2(b)(1) similarly provides that [i]n the case of any party other than an individual, including corporations, partnerships, unincorporated associations and government entities, appearance of counsel may be withdrawn only with leave of court and if …  appearance of other counsel has been entered[.]"

These consolidated cases are not currently set for trial, and Yao and David have consented to CLM's withdrawal. If permitted to withdraw, CLM will continue to cooperate with Tydings to ensure that the withdrawal does not have a material adverse effect on Yao's and David's interests.

## CONCLUSION

Accordingly, for the reasons set forth above, Stephen M. Plotnick, Madelyn K. White, Alexander G. Malyshev, and Kevin M. Simpson of CLM respectfully request that this Court enter an Order granting their motion for leave to withdraw as attorneys for Yao and David. A proposed form of Order is enclosed.

Dated: September 26, 2025

CARTER LEDYARD & MILBURN LLP

/s/ Stephen M. Plotnick

Stephen M. Plotnick
Alexander G. Malyshev
Madelyn K. White
Kevin Simpson

28 Liberty Street, 41st Floor
New York, NY 10005
Tel: 212.732.3200
plotnick@clm.com
malyshev@clm.com
white@clm.com
simpson@clm.com

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LI FEN YAO, as Administrator of the Estate of Sam Mingsan Chen,<br><br>    Plaintiff,<br>v.<br><br>ROBERT CHEN, OTTER AUDITS LLC, and RC SECURITY LLC,<br><br>    Defendants. | Case No. 8:23-cv-00889-TDC |
| ROBERT CHEN and OTTERSEC LLC,<br><br>    Plaintiffs,<br>v.<br><br>DAVID CHEN,<br><br>    Defendant. | Case No. 8:24-cv-03628-TDC |

### [PROPOSED] ORDER

Upon consideration of the Motion to Withdraw filed by Stephen M. Plotnick, Madelyn K. White, Alexander G. Malyshev, and Kevin M. Simpson of the law firm of Carter Ledyard & Milburn LLP ("CLM"), it is this _____ day of _____ 2025, ORDERED that said motion is hereby granted and that the appearances of Stephen M. Plotnick, Madelyn K. White, Alexander G. Malyshev, and Kevin M. Simpson of Carter Ledyard & Milburn LLP as attorneys for Li Fen Yao, as administrator of the Estate of Sam Mingsan Chen, and David Chen in the above-referenced consolidated cases shall be and are hereby withdrawn

**SO ORDERED**

Dated:                                                   _____
                                                         The Honorable Theodore D. Chuang
                                                         United States District Judge

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LI FEN YAO, as Administrator of the Estate of Sam Mingsan Chen,<br><br>    Plaintiff,<br>  v.<br><br>ROBERT CHEN, OTTER AUDITS LLC, and RC SECURITY LLC,<br><br>    Defendants. | Case No. 8:23-cv-00889-TDC |
| ROBERT CHEN and OTTERSEC LLC,<br><br>    Plaintiffs,<br>  v.<br><br>DAVID CHEN,<br><br>    Defendant. | Case No. 8:24-cv-03628-TDC |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2025, I caused the foregoing Motion to Withdraw and accompanying proposed Order to be filed with the Court via CM/ECF, which serves a copy on all counsel of record.

Dated: September 26, 2025                                          /s/ Stephen M. Plotnick

                                                                            Stephen M. Plotnick

4920-2676-5420.v1