

One East Pratt Street
Suite 901
Baltimore, MD 21202
410.752.9700
Fax 410.727.5460

**Alexander M. Giles**
410.752.9747
agiles@tydings.com

October 9, 2025

**VIA ECF**

The Honorable Gina L. Simms
United States Magistrate Judge
United States District Court for the District of Maryland
6500 Cherrywood Lane, Suite 355A
Greenbelt, Maryland 20770

      RE:    *Yao v. Chen, et al*, Civil Action No. 8:23-CV-889-TDC
               *Chen, et al. v. Chen*, Civil Action No. 8:24-CV-3628-TDC

Dear Judge Simms:

      We are writing on behalf of Plaintiff Li Fen Yao in the *Yao v. Chen, et al.* proceeding, and on behalf of David Chen in the *Chen, et al. v. Chen* proceeding. In light of Your Honor's Paperless Order dated September 24, 2025 (ECF No. 173), we do not intend to prepare and file a Reply Memorandum in Further Support of our Motion to Modify the Scheduling Order, and nor are we currently requesting the ability to file a Reply Memorandum at this time.

      However, just for the record and so everyone is clear as to our position on those arguments contained in the Memorandum in Opposition filed herein by the Robert Chen Parties (ECF No. 176), we disagree with virtually everything that they have stated therein.

      In particular (but with nominal explanation as I appreciate that the Court does not want further argument unless explicitly requested and approved by the Court), the Robert Chen Parties have, among other things, misstated the evolution of why a full recollection of David Chen's documents/information was ultimately deemed necessary, despite opposing counsel's comments to the contrary the discovery in *Yao v. Chen* is definitely relevant to and applicable to *Chen v. Chen* discovery obligations, and, again contrary to opposing counsel's comments to the contrary, the Robert Chen Parties have NOT produced everything that has been requested of them in written discovery.

      If Your Honor wants a more substantive and thorough response to the various issues raised by the Robert Chen Parties in ECF No. 176, we can certainly prepare and file a Reply Memorandum addressing those issues. Otherwise, though, we will be prepared to discuss it further at your request at the discovery motions hearing that we understand Your Honor will be scheduling in the near future.

One final note, though, I will bring to your attention an email exchange that occurred between counsel yesterday afternoon, which was prompted by an initial email from Ms. Rachel Clattenburg of the Levy Firestone Muse firm at 3:51 p.m., in which she requested yet another Meet and Confer session this week or early next week, and that if Plaintiffs "are forced to draft yet another motion to compel to get David to respond, we will seek sanctions in the form of attorney's fees." *See* October 8, 2025 Email Exchange between Rachel Clattenburg and Alexander M. Giles, attached hereto as Exhibit 1.

Thank you, again, very much for your time and consideration of this matter.

Respectfully submitted,

*/s/ Alexander M. Giles*

Alexander M. Giles

cc: All Counsel of Record (via ECF)