IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | | |
|---|---|---|
| **LI FEN YAO** *as Administrator of the Estate of Sam Mingsan Chen*, | : | |
| Plaintiff, | : | |
| v. | : | Case No. TDC 23-889 |
| **ROBERT CHEN** *et al.*, | : | |
| Defendants/Consolidated Plaintiffs, | : | |
| v. | : | |
| **DAVID CHEN**, | : | |
| Consolidated Defendant. | : | |

**DISCOVERY ORDER RELATED TO PENDING DISPUTES
AND GRANTING THE MOTION TO MODIFY THE SCHEDULING ORDER**

On November 20, 2025, the undersigned conducted an in-person discovery hearing. (ECF No. 182). During the hearing, issues related to the conduct of counsel in discovery, the status of discovery, requests to file a spoliation motion and to file a motion for sanctions, and a motion to modify the scheduling order were addressed. The Court entertained argument where necessary and issued factual findings and legal rulings. (*Id.*). For the reasons articulated on the record, the Court hereby **ORDERS** as follows:

1. **Meet and Confer Sessions**

The parties shall continue to meet and confer, when necessary, to try to reasonable resolve their discovery disputes. As the Court understands it, there are presently only two or three topics ripe for discussion that the parties will be addressing during the week of December 1-5, 2025. That meet and confer session shall be in front of a court reporter, as previously ordered by the

Court.  For any future discovery disputes (i.e., ones that have not arisen yet), the parties shall also meet and confer in front of a court reporter.[1]

## 2. Outstanding Discovery Requests

By no later than **November 24, 2025**, counsel for Plaintiff Li Fen Yao ("Plaintiff") shall provide a letter that addresses the issues discussed during the hearing.  In addition, Plaintiff shall proceed as follows:

| Description of Event | Deadline |
|---|---|
| 1. Yao v. Chen, First Set of Document Requests to Plaintiff Yao on October 4, 2024: (ECF No. 176, p. 11 ¶ 29) | |
| a. David Chen's tax returns | By no later than **November 24, 2025**, Plaintiff will produce these documents. |
| b. David Chen's documents concerning his use of the codes and other property that he took from OtterSec | By no later than **November 24, 2025**, Plaintiff will produce responsive documents and identify documents already produced in the letter referenced above. |
| c. Documents and communications concerning revenues or income from the codes and other property that David Chen took from OtterSec | By no later than **November 24, 2025**, Plaintiff will produce responsive documents and identify documents already produced in the letter referenced above. |
| d. Documents identifying all of David Chen's work and sources of income | By no later than **November 24, 2025**, Plaintiff will produce responsive documents and identify documents already produced in the letter referenced above. |
| e. Documents identifying David Chen's blockchain or digital wallets | By no later than **November 24, 2025**, Plaintiff will produce responsive documents and identify documents already produced in the letter referenced above. |
| f. Documents concerning David Chen's deletion or loss of data on any mobile phone | During the hearing, counsel advised that he had no further information to produce.  By no later than **November 24, 2025**, Plaintiff will provide that certification in the letter referenced above. |
| g. Documents showing any loss | By no later than **December 12, 2025**, Plaintiff |

---

[1] During the hearing, the Court mentioned a procedure that the parties could follow with respect to future discovery disputes.  The undersigned suggests that the parties might find useful a method/process created by the Hon. Paul W. Grimm (Ret.) in *Anderson v. Reliance Standard Life Ins. Co.*, Civ. No. WDQ 11-1188, 2011 WL 4828891, at *3 (D. Md. Oct. 11, 2011).  The parties can certainly use this method in addition to their court-ordered meet and confer sessions.

| Description of Event | Deadline |
|---|---|
| suffered by Plaintiff Yao, Sam Chen, or the Estate that Yao contends was caused by any of the Defendants | will produce all responsive documents. |
| h. Documents related to the alleged "bricking" of David Chen's phone | By no later than **November 24, 2025**, Plaintiff will produce responsive documents and identify documents already produced in the letter referenced above. |
| i. Communications between David Chen and any of OtterSec's clients after he stopped working for OtterSec | By no later than **November 24, 2025**, Plaintiff will produce responsive documents and identify documents already produced in the letter referenced above. |
| 2. Yao v. Chen: Amended Responses to First and Second Set of Document Requests (ECF No. 176, p. 11 ¶¶ 29-30) | By no later than **November 24, 2025**, Plaintiff will provide amended responses. |
| 3. Information from Discord, Signal, Telegram, X, Facebook, LinkedIn, etc. For a non-exhaustive list, *see* ECF No. 141. | By **November 24, 2025**, counsel for Plaintiff Li Fen Yao will include in the above-referenced letter a list of the categories of documents that David Chen has, which are to be produced by Plaintiff Yao. Counsel for Defendant Robert Chen shall also write a letter to Plaintiff, if necessary.<br><br>By **December 12, 2025**, Plaintiff will produce **all** responsive documents. |
| 4. Yao v. Chen: First Set of Interrogatories to Yao (April 2024) | By **November 24, 2025**, Plaintiff will provide amended responses. |
| 5. Yao v. Chen: Second Set of Interrogatories served on March 11, 2025. Amended Responses received on August 30, 2025. | During the **week of December 1, 2025**, counsel will meet and confer and address any other issues. |
| 6. Chen v. Chen: David Chen's responses to Second Set of Document Requests and Second Set of Interrogatories (ECF No. 176, para 28) | By **November 24, 2025**, Plaintiff will provide responses and responsive documents. |
| 7. June 6, 2024, Subpoena to David Chen (two pages, 20 items) | By **November 24, 2025**, Plaintiff will identify documents already produced and provide written certification under Fed. R. Civ. P. 26(g). By **December 12, 2025**, Plaintiff will produce responsive documents. |
| 8. Chen v. Chen: First Set of Document Requests served in May 2025. Amended responses received August 29, 2025. | During the **week of December 1, 2025**, counsel will meet and confer. |
| 9. Yao v. Chen and Chen v. Chen: Discord messages for the period of 2022 | By **November 24, 2025**, Plaintiff will identify documents already produced and provide |

| Description of Event | Deadline |
|---|---|
| through 2023 | written certification in the letter referenced above. |
| 10. Yao v. Chen and Chen v. Chen: List of Discord and Telegram channels (long spreadsheet) | By **November 24, 2025**, Plaintiff will identify documents already produced in the letter referenced above. |
| 11. The start date for discovery in *Chen v. Chen* shall be at least September 5, 2021. The parties agree that the end date is April 17, 2025. The parties need to conduct a limited deposition of David Chen on December 10, 2025, which shall not exceed 1.5 hours, about when he created the Solend Liquidator code. | After the December 10 deposition, all responsive materials that relate to the creation of the code, including information in Discord, shall be produced on a rolling basis as soon as possible. Production of **ALL** discovery materials shall end by January 20, 2026. |

Defendants/Counter Plaintiffs Robert Chen, et al. shall file a letter to the Court, no longer than eight pages, single spaced, by **January 5, 2026**, advising the Court of any issues or deficiencies with Plaintiff's production and responses.

Plaintiff Li Fen Yao has served discovery on Defendants Robert Chen et al. The Court rules as follows:

| Description of Event | Deadline |
|---|---|
| 1. Yao v. Chen, request for production of documents served before June 2025 on Robert Chen | |
| a. Redacted Discord messages | By no later than **November 24, 2025**, Defendant Robert Chen's counsel shall write a letter confirming that unredacted documents have been produced. |
| b. Financial documents (FTX-OtterSec) | During the **week of December 1, 2025**, counsel will meet and confer about this issue. |
| c. General ledgers for DANF (?) | By no later than **November 24, 2025**, Defendant Robert Chen's counsel shall write a letter confirming that these documents have been produced. |

    **3.**    **Motion to Modify the Scheduling Order – ECF No. 169**

The request filed by Plaintiff Li Fen Yao is **GRANTED IN PART, DENIED IN PART**,

4

as set forth below. In order to finalize the Second Amended Scheduling Order, the parties shall file a Joint Status Report (JSR) that sets forth the timetable for completion of all discovery. That JSR shall be due by no later than one business day after their meet and confer session scheduled during the week of December 1, 2025. The Court's understanding is that the JSR shall include the following deadlines:

| **Description of Event** | **Deadline** |
|---|---|
| Substantial Completion of Document Discovery | January 20, 2026 |
| Privilege log(s) by Plaintiff/Counter Defendant Li Fen Yao | December 12, 2025. If Robert Chen, et al. have issues with the privilege log, they will advise the Court in their January 5, 2026, letter. |
| Privilege log(s) by Defendant/Counter Plaintiff Robert Chen | Already received. No issues. |
| Completion of fact discovery; submission of Joint Status Report | TBD: Joint Proposed Second Amended Scheduling Order to be filed by no later than **December 8, 2025** |
| Plaintiffs' Rule 26(a)(2) expert disclosures | TBD: Joint Proposed Second Amended Scheduling Order to be filed by no later than **December 8, 2025** |
| Defendants' Rule 26(a)(2) expert disclosures | TBD: Joint Proposed Second Amended Scheduling Order to be filed by no later than **December 8, 2025** |
| Plaintiffs' rebuttal Rule 26(a)(2) disclosures | TBD: Joint Proposed Second Amended Scheduling Order to be filed by no later than **December 8, 2025** |
| Rule 26(e)(2) supplementation of disclosures and responses | TBD: Joint Proposed Second Amended Scheduling Order to be filed by no later than **December 8, 2025** |
| Completion of expert discovery | TBD: Joint Proposed Second Amended Scheduling Order to be filed by no later than **December 8, 2025** |
| Submission of post-discovery Joint Status Report | TBD: Joint Proposed Second Amended Scheduling Order to be filed by no later than **December 8, 2025** |
| Requests for admission | TBD: Joint Proposed Second Amended Scheduling Order to be filed by no later than **December 8, 2025** |
| Notices of intent to file pretrial dispositive motions | TBD: Joint Proposed Second Amended Scheduling Order to be filed by no later than **December 8, 2025** |

4.  **Request to File a Spoliation Motion**

This request is **GRANTED**. The parties shall meet and confer during the week of December 1, 2025, to schedule a limited deposition of Defendant David Chen, which Plaintiff Robert Chen believes is required before the spoliation motion is filed. By no later than **January 5, 2026**, Defendants/Counter Plaintiffs Robert Chen, et al. shall file a letter that sets forth the date that they propose for filing their spoliation motion. The Court will then set the briefing schedule.

5.  **Request to File a Sanctions Motion**

This request is **GRANTED**. By no later than **January 5, 2026**, Defendants/Counter Plaintiffs Robert Chen, et al. shall file a letter that sets forth the date that they propose for filing their spoliation motion. The Court will then set the briefing schedule.

DATE: November 21, 2025

                                                                                           /s/
                                          The Honorable Gina L. Simms
                                          United States Magistrate Judge