IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| **LI FEN YAO** as Administrator of the *Estate of Sam Mingsan Chen*,<br><br>　　　Plaintiff,<br><br>v.<br><br>**ROBERT CHEN** *et al.*,<br><br>　　　Defendants/Consolidated Plaintiffs,<br><br>v.<br><br>**DAVID CHEN**,<br><br>　　　Consolidated Defendant. | Case No. TDC 23-889 |

## ORDER SETTING BRIEFING DEADLINES FOR SPOLIATION MOTION AND OTHER DISCOVERY SANCTIONS MOTION

On November 20, 2025, the Court held a discovery conference, during which it granted the request of the Defendants in *Yao v. Chen* and the Plaintiffs in *Chen v. Chen* (collectively "Robert Chen") to file a motion for spoliation and a motion for other discovery-related sanctions. (ECF Nos. 182, 184). The Court instructed counsel for Robert Chen to identify dates for filing such motions. (ECF No. 183). On January 5, 2026, counsel for Robert Chen timely filed the letter. (ECF No. 187).

Accordingly, the briefing deadlines for the motions are as follows:

### SPOLIATION MOTION

| Event | Deadline |
|---|---|
| Motion for Spoliation Sanctions | March 19, 2026 |
| Opposition | April 2, 2026 |
| Reply | April 9, 2026 |

## MOTION: OTHER DISCOVERY-RELATED SANCTIONS

| Event | Deadline |
| --- | --- |
| Motion for Sanctions | March 5, 2026 |
| Opposition | March 19, 2026 |
| Reply | March 26, 2026 |

/s/
The Honorable Gina L. Simms
United States Magistrate Judge