

Levy Firestone Muse LLP
900 17th Street NW, Suite 605
Washington, DC 20006

**Sent via CM/ECF**

January 23, 2026

The Honorable Gina L. Simms
United States Magistrate Judge for the District of Maryland
6500 Cherrywood Lane, Suite 355A
Greenbelt, MD 20770

    Re:    *Yao v. Chen et al.*, No. 23-cv-00889-TDC; *Chen v. Chen*, No. 24-cv-03628-TDC

Dear Judge Simms:

    On behalf of the Parties to both above-captioned cases, we jointly write to inform the Court that on January 14, 2026, counsel for the Parties submitted, via email to Your Honor's Chambers, a discovery dispute spreadsheet identifying outstanding discovery issues according to the spreadsheet method described in *Anderson v. Reliance Standard Life Insurance Co.*, No. 11-cv-1188, 2011 WL 4828891, at *3 (D. Md. Oct. 11, 2011), as referenced in the Court's Discovery Order, ECF No. 183 at 2 n.1, and as recommended by the Court at the November 20, 2025 hearing in this matter.

Respectfully submitted,

| | |
|---|---|
| /s/ Rachel Clattenburg | /s/ Alexander M. Giles |
| Rachel M. Clattenburg | Alexander M. Giles |
| Kevin P. Crenny | Michael Lentz |
| Joshua A. Levy | |
| Justin A. DiCharia | TYDINGS & ROSENBERG, LLP |
| Christina M. Lamoureux | One East Pratt Street, Suite 901 |
| | Baltimore MD, 21202 |
| LEVY FIRESTONE MUSE LLP | Tel: 410-752-9700 |
| 900 17th St. NW, Ste. 605 | agiles@tydings.com |
| Washington DC 20006 | mlentz@tydings.com |
| Tel: 202-845-3215 | |
| kcrenny@levyfirestone.com | *Attorneys for Plaintiff Li Fen Yao and Defendant David Chen* |
| jal@levyfirestone.com | |
| rmc@levyfirestone.com | |
| jdicharia@levyfirestone.com | |
| christinal@levyfirestone.com | |

*Attorneys for Defendants Robert Chen, Otter Audits LLC, and RC Security LLC and Plaintiffs Robert Chen and OtterSec LLC*