**Appendix 2**

**Missed Deadlines**

| Item at Issue | Dates of Service | Applicable Deadline(s) Missed | Status |
|---|---|---|---|
| Defendants' First Set of Interrogatories on Li Fen Yao, *Yao v. Chen* | Defendants served ROGs on Li Fen Yao on **April 22, 2024**; Li Fen served deficient answers on **May 22, 2024**; Robert served a Motion to Compel on **October 7, 2024** | A) In January 2025 meet and confers, Li Fen Yao agreed to serve amended responses to ROGs 2, 5, 9, 10, 11, 12, 13, and 16. ECF 106-1 at 36-37 (136–59) (Tr. M&C Jan. 3, 2025). <br><br> B) The Court's Order (ECF 183), item 4, ordered Li Fen Yao to serve amended responses by no later than November 24, 2025. | Amended responses were **never served**. |
| Defendants' First Set of Requests for Production of Documents on Li Fen Yao, *Yao v. Chen* | Defendants served RFPDs on Li Fen Yao on **April 22, 2024**; Li Fen served deficient responses on **May 22, 2024**; Robert served a Motion to Compel on **October 7, 2024** | A) In January 2025 meet and confers, Li Fen Yao agreed to serve amended responses and objections. ECF 106-1 at 35-36 (131–135) and 45 (171) (Tr. M&C Jan. 3, 2025); ECF 106-3 at 18 (64) (Tr. M&C Jan. 10, 2025). <br><br> B) The Court's Order (ECF 183), items 1 & 2, ordered Li Fen Yao to serve amended responses by no later than November 24, 2025. | Amended responses were **never served**. |
| Defendant Otter Audits' Second Set of Requests for Production of Documents on Li | Otter Audits served RFPDs on Li Fen Yao on **October 4, 2024**; | A) Li Fen Yao's responses were due November 6, 2024. Li Fen Yao served objections on this date, but no responses. She objected to the number of RFPDs. | Amended responses were **never served**. |

1

**Appendix 2**

| | | | |
|---|---|---|---|
| Fen Yao, *Yao v. Chen* | Li Fen served objections on **November 6, 2024**; Robert served a Motion to Compel on **November 11, 2024** | B) In the January 3, 2025, meet and confer, Li Fen Yao agreed to amend her objections and respond to all Requests. ECF 106-1 at 43 (171) (Tr. M&C Jan. 3, 2025). C) The Court's Order (ECF 183), item 2, ordered Li Fen Yao to serve responses by no later than November 24, 2025. | |
| Defendant RC Security's Second Set of Requests for Production of Documents on Li Fen Yao, *Yao v. Chen* | RC Security served RFPDs on Li Fen Yao on **October 4, 2024**; Li Fen served objections on **November 6, 2024**; Robert served a Motion to Compel on **November 11, 2024** | A) Li Fen Yao's responses were due November 6, 2024. Li Fen Yao served objections on this date, but no responses. She objected to the number of RFPDs. B) In the January 3, 2025, meet and confer, Li Fen Yao agreed to amend her objections and respond to all Requests, except to two withdrawn by RC Security. ECF 106-1 at 43 (171) (Tr. M&C Jan. 3, 2025). C) The Court's Order (ECF 183), item 2, ordered Li Fen Yao to serve responses by no later than November 24, 2025 | Amended responses were **never served**. |
| Defendant Robert Chen's Second Set of Requests for Production of Documents on Li | Robert served RFPDs on Li Fen Yao on **October 4, 2024**; | A) Li Fen Yao's responses were due November 6, 2024. Li Fen Yao served objections on this date, but no responses. She objected to the number of RFPDs. | Amended responses were **never served**. |

**Appendix 2**

| | | | |
|---|---|---|---|
| Fen Yao, *Yao v. Chen* | Li Fen served objections on **November 6, 2024**;<br><br>Robert served a Motion to Compel on **November 11, 2024** | B) In the January 3, 2025, meet and confer, Li Fen Yao agreed to amend her objections and respond to all Requests. ECF 106-1 at 43 (171) (Tr. M&C Jan. 3, 2025).<br><br>C) The Court's Order (ECF 183), item 2, ordered Li Fen Yao to serve responses by no later than November 24, 2025 | |
| Defendants' Subpoena for Documents on David Chen, *Yao v. Chen* | Robert served a subpoena on David on **June 6, 2024**, with a compliance date of **July 8, 2024**;<br><br>Robert filed a Notice of Intent to File a Motion to Compel on **November 18, 2024** (ECF 81) | A) Under Rule 45, objections had to be served by June 20, 2024. The compliance date was July 8, 2024. David did not serve responses and objections until October 10, 2024. He did not produce any documents.<br><br>B) In the January 10, 2025, meet and confer, David agreed to amend responses and withdraw objections. ECF 106-3 at 18 (64) (Tr. M&C Jan. 10, 2025).<br><br>C) The Court's Order (ECF 183), item 7, ordered David to identify documents already produced by November 24, 2025, provide written certification under FRCP 26(g) by November 24, 2025, and produce | (A) Initial responses and objections were **served months late**, on October 10, 2024.<br><br>(B) Amendments with withdrawn objections were **never served**.<br><br>(C) David did not identify any documents; his counsel did not certify, under FRCP 26(g), the responses to any specific Requests for Production of Documents; and David did not produce any documents on December 12, 2025. |

3

**Appendix 2**

|  |  | responsive documents by December 12, 2025. |  |
|---|---|---|---|
| Robert's Second Set of Interrogatories on David Chen, *Chen v. Chen* | Robert served his Second Set of ROGs on David Chen on **August 15, 2025** | A) Responses were due September 15, 2025.<br><br>B) The Court's Order (ECF 183), item 6, ordered David to serve responses by November 24, 2025.<br><br>C) At the November 20, 2025, hearing, the Court indicated David had waived the opportunity to assert objections with these late responses. ECF 184 (Hg. Tr.) at 110 ("the time has long come and pas[sed] to object to these requests . . . you just need to be producing the materials . . . you just need to get them to them"). | (A) Responses were served on November 25, 2025 (but dated November 24, 2025), **one (1) day after Court-ordered deadline** and **seventy-one (71) days after original deadline**.<br><br>(B) Responses were served with objections despite the Court's orders. |
| Second Set of Requests for Production of Documents on David Chen, *Chen v. Chen* | Robert served his Second Set of RFPDs on David Chen on **August 15, 2025** | A) Responses were due September 15, 2025. No responses were served or documents produced on this date.<br><br>B) The Court's Order (ECF 183), item 6, ordered David to serve responses by November 24, 2025.<br><br>C) At the November 20, 2025 hearing, the Court indicated David had waived the opportunity to assert objections with these late responses. ECF 184 (Hg. Tr.) at 110 ("the time has | (A) Responses were served on December 5, 2025 (but dated December 4, 2025), **eleven (11) days after Court-ordered deadline** and **eighty-one (81) days after original deadline**.<br><br>(B) Responses were served with objections |

4

| | | | |
|---|---|---|---|
| | | long come and pas[sed] to object to these requests . . . you just need to be producing the materials . . . you just need to get them to them"). | despite the Court's orders. |
| Li Fen Yao's Privilege Logs | N/A | A) Privilege logs were due October 10, 2025 (ECF 129).<br><br>B) Robert's privilege log was served October 10, 2025. Li Fen did not serve any privilege logs on this date.<br><br>C) Following the November 20, 2025, hearing (ECF 182), the Court ordered Li Fen to provide privilege logs by December 12, 2025 (ECF 183 at 5; ECF 186). | (A) Li Fen and David served various, incomplete, privilege logs: the first two they served on December 15, 2025, **three (3) days after Court-ordered deadline** and **sixty-six (66) days after original deadline**.<br><br>(B) Privilege logs served on December 15, 2025 were incomplete and missing material, as Li Fen's counsel acknowledged. |
| Opposition to Robert's Motion to Compel David's Responses to the First Set of Interrogatories and RFPDs in *Chen v. Chen* | Robert served a Motion to Compel on **July 22, 2025** | A) David's response to Motion to Compel was due by August 5, 2025 (*see* Local Rule 104.8(a)).<br><br>B) On the August 5 due date, at 3:01 pm, David's counsel requested, and Robert's counsel granted, a one-week extension to serve an opposition, to August 12, 2025. | (A) Opposition was served **thirty-four (34) days late**, on September 15, 2025. |

5

**Appendix 2**

|  |  |  |  |
|---|---|---|---|
|  |  | C) David's counsel did not serve an opposition on August 12.<br><br>D) David's counsel emailed Robert's counsel on August 13 indicating they were "still working" on the opposition. |  |