UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LI FEN YAO, as administrator of the Estate of Sam Mingsan Chen,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT CHEN, OTTER AUDITS LLC, and RC SECURITY LLC,<br><br>Defendants. | Case No. 8:23-cv-00889-TDC-GLS |
| ROBERT CHEN and OTTERSEC LLC,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID CHEN,<br><br>Defendant. | Case No. 8:24-cv-03628-TDC-GLS |

## LOCAL RULE 104.7 CERTIFICATE

Robert Chen, RC Security LLC, Otter Audits LLC (as defendants in *Yao v. Chen*) and OtterSec LLC and Robert Chen (as plaintiffs in *Chen v. Chen*) (collectively, the "Robert Parties") certify that the following meet and confers between their counsel and counsel for David Chen and Li Fen Yao took place, at the dates, times, and places listed, with the specified participants, related to the various discovery-related issues set forth in the accompanying Memorandum:

| Date, Time, and Place of Meet and Confer | Participants | Itemization of Issues Requiring Resolution by the Court (as Relevant to Motion for Sanctions) |
|---|---|---|
| **January 3, 2025, ECF 106-1 (Ex. A), 10:05 a.m. – 2:14 p.m.** | On behalf of Li Fen Yao and David Chen: Stephen Plotnick, | Li Fen Yao's (May 22, 2024) Responses to Robert's First Set of RFPDs (April 22, 2024) in *Yao v. Chen*; |

| Date, Time, and Place of Meet and Confer | Participants | Itemization of Issues Requiring Resolution by the Court (as Relevant to Motion for Sanctions) |
|---|---|---|
| (conducted via videoconference) | Alexander Malyshev, and Madelyn White.<br><br>On behalf of Robert Chen, Otter Audits LLC, RC Security LLC, and OtterSec LLC: Joshua Levy, Kevin Crenny, Rachel Clattenburg, Justin DiCharia, and Emma Floyd (paralegal). | Li Fen's (November 6, 2024) Responses to Robert's Second Set of RFPDs (October 4, 2024) in *Yao v. Chen*;<br><br>Li Fen's (May 22, 2024) Responses to Robert's First Set of ROGs (April 22, 2024) in *Yao v. Chen*;<br><br>The number of ROGs the Robert Parties can serve in *Yao v. Chen*; and<br><br>David Chen's (October 10, 2024) Responses to his Subpoena (June 6, 2024) in *Yao v. Chen*. |
| **January 8, 2025, ECF 106-2 (Ex. B), 9:33 a.m. – 1:15 p.m. (conducted via videoconference)** | On behalf of Li Fen Yao and David Chen: Stephen Plotnick, Alexander Malyshev, and Madelyn White.<br><br>On behalf of Robert Chen, Otter Audits LLC, RC Security LLC, and OtterSec LLC: Joshua Levy, Rachel Clattenburg, and Justin DiCharia. | Li Fen's (May 22, 2024) Responses to Robert's First Set of RFPDs (April 22, 2024) in *Yao v. Chen*;<br><br>Li Fen's (November 6, 2024) Responses to Robert's Second Set of RFPDs (October 4, 2024) in *Yao v. Chen*;<br><br>Li Fen's (May 22, 2024) Responses to Robert's First Set of ROGs (April 22, 2024) in *Yao v. Chen*; and<br><br>The number of ROGs the Robert Parties can serve in *Yao v. Chen*. |
| **January 10, 2025, ECF 106-3 (Ex. C), 9:32 am. – 12:15 p.m. (conducted via videoconference)** | On behalf of Li Fen Yao and David Chen: Stephen Plotnick, Alexander Malyshev, and Madelyn White.<br><br>On behalf of Robert Chen, Otter Audits LLC, RC Security LLC, and OtterSec LLC: Joshua Levy, Rachel Clattenburg, Justin DiCharia, and | Li Fen's (May 22, 2024) Responses to Robert's First Set of RFPDs (April 22, 2024) in *Yao v. Chen*;<br><br>Li Fen's (November 6, 2024) Responses to Robert's Second Set of RFPDs (October 4, 2024) in *Yao v. Chen*; and<br><br>David's (October 10, 2024) Responses to his Subpoena (June 6, 2024) in *Yao v. Chen*. |

| Date, Time, and Place of Meet and Confer | Participants | Itemization of Issues Requiring Resolution by the Court (as Relevant to Motion for Sanctions) |
|---|---|---|
| | Emma Floyd (paralegal). | |
| **January 16, 2025, ECF 106-4 (Ex. D), 3:00 p.m. – 4:13 p.m. (conducted via videoconference)** | On behalf of Li Fen Yao and David Chen: Stephen Plotnick, Alexander Malyshev, and Madelyn White.<br><br>On behalf of Robert Chen, Otter Audits LLC, RC Security LLC, and OtterSec LLC: Joshua Levy, Rachel Clattenburg, Justin DiCharia, and Emma Floyd (paralegal). | Discussion about the number of additional interrogatories Defendants can serve in *Yao v. Chen*. |
| **January 24, 2025, ECF 106-5 (Ex. E), 12:02 p.m. – 1:11 p.m. (conducted via videoconference)** | On behalf of Li Fen Yao and David Chen: Stephen Plotnick, Alexander Malyshev, and Madelyn White.<br><br>On behalf of Robert Chen, Otter Audits LLC, RC Security LLC, and OtterSec LLC: Joshua Levy, Rachel Clattenburg, Justin DiCharia, and Emma Floyd (paralegal). | Discussion about the number of additional interrogatories Defendants can serve in *Yao v. Chen*. |
| **May 12, 2025, ECF 139-1 (Ex. A), 1:04 p.m. – 2:37 p.m. (conducted via videoconference)** | On behalf of Li Fen Yao and David Chen: Stephen Plotnick, Alexander Malyshev, and Madelyn White. | Robert's (April 4, 2025) Motion to Compel in *Yao v. Chen*, addressing Li Fen's Fifth Production issues;<br><br>Li Fen's (April 10, 2025) Responses to Robert's Second Set of ROGs (March 11, 2025) in *Yao v. Chen*; |

| Date, Time, and Place of Meet and Confer | Participants | Itemization of Issues Requiring Resolution by the Court (as Relevant to Motion for Sanctions) |
|---|---|---|
| | On behalf of Robert Chen, Otter Audits LLC, RC Security LLC, and OtterSec LLC: Joshua Levy, Kevin Crenny, Rachel Clattenburg, Justin DiCharia, Christina Lamoureux, and Emma Floyd (paralegal). | Robert's Motion to Compel (served May 16, 2025) regarding Li Fen's (April 10, 2025) Responses to Robert's Second Set of ROGs (March 11, 2025) in *Yao v. Chen*, and Li Fen's failure to follow the procedures contained in Local Rule 104.8; and<br><br>David's (October 10, 2024) Responses to his Subpoena (June 6, 2024) in *Yao v. Chen*. |
| **May 15, 2025, ECF 139-2 (Ex. B), 1:02 p.m. – 1:45 p.m. (conducted via videoconference)** | On behalf of Li Fen Yao and David Chen: Stephen Plotnick, Alexander Malyshev, and Madelyn White.<br><br>On behalf of Robert Chen, Otter Audits LLC, RC Security LLC, and OtterSec LLC: Joshua Levy, Kevin Crenny, Rachel Clattenburg, Justin DiCharia, Christina Lamoureux, and Emma Floyd (paralegal). | Robert's (April 4, 2025) Motion to Compel in *Yao v. Chen*, addressing Yao's Fifth Production issues;<br><br>Li Fen's (April 10, 2025) Responses to Robert's Second Set of ROGs (March 11, 2025) in *Yao v. Chen*;<br><br>Robert's Motion to Compel (served May 16, 2025) regarding Yao's (April 10, 2025) Responses to Robert's Second Set of ROGs (March 11, 2025) in *Yao v. Chen*, and Yao's failure to follow the procedures contained in Local Rule 104.8; and<br><br>Robert's Motion for Entry of a Preservation Order (ECF 121, filed March 17, 2025). |
| **June 26, 2025, ECF 168-1 (pp. 222-269), 3:02 p.m. – 4:27 p.m. (conducted via videoconference)** | On behalf of Li Fen Yao and David Chen: Stephen Plotnick, Alexander Malyshev, and Madelyn White.<br><br>On behalf of Robert Chen, Otter Audits LLC, RC Security LLC, and OtterSec LLC: Joshua Levy, Kevin Crenny, Justin | Li Fen's (May 30, 2025) First Amended Responses to Robert's Second Set of ROGs (March 11, 2025) in *Yao v. Chen*; and<br><br>Robert's (June 30, 2025) Motion to Compel regarding Li Fen's (May 30, 2025) First Amended Responses to Robert's Second Set of ROGs (March 11, 2025) in *Yao v. Chen*. |

4

| Date, Time, and Place of Meet and Confer | Participants | Itemization of Issues Requiring Resolution by the Court (as Relevant to Motion for Sanctions) |
|---|---|---|
| | DiCharia, Christina Lamoureux, and Emma Floyd (paralegal). | |
| **July 18, 2025, ECF 168-1 (pp. 139-186), 9:02 a.m. – 10:28 a.m. (conducted via videoconference)** | On behalf of Li Fen Yao and David Chen: Stephen Plotnick and Alexander Giles.<br><br>On behalf of Robert Chen, Otter Audits LLC, RC Security LLC, and OtterSec LLC: Rachel Clattenburg, Kevin Crenny, and Emma Floyd (paralegal). | The start date for discovery in *Chen v. Chen*; and<br><br>David Chen's (June 23, 2025) Responses to the First Set of RFPDs and ROGs (May 23, 2025) in *Chen v. Chen*. |
| **August 13, 2025, ECF 168-1 (pp. 112-138), 10:04 a.m. – 10:47 a.m. (conducted via videoconference)** | On behalf of Li Fen Yao and David Chen: Stephen Plotnick and Alexander Giles.<br><br>On behalf of Robert Chen, Otter Audits LLC, RC Security LLC, and OtterSec LLC: Rachel Clattenburg, Kevin Crenny, Joshua Levy, Christina Lamoureux, and Jennifer Luong (paralegal). | The start date for discovery in *Chen v. Chen*;<br><br>David's failure to produce documents he referenced in his July 30, 2025, deposition and agreed to produce;<br><br>David and Li Fen's Second Amended Responses (July 17, 2025) and anticipated Third Amended Responses (August 29, 2025) to the Second Set of ROGs (March 11, 2025) in *Yao v. Chen*, based on David's testimony on July 30, 2025, that some of the answers were inaccurate; and<br><br>David and Li Fen's counsel's failure to disclose the list of Discord and Telegram being searched in response to the First Set of RFPDs (May 23, 2025) in *Chen v. Chen*. |
| **August 20, 2025, ECF 168-1 (pp. 74-111), 9:39 a.m. – 10:46 a.m.** | On behalf of Li Fen Yao and David Chen: Stephen Plotnick and Alexander Giles. | The start date for discovery in *Chen v. Chen*;<br><br>David's continued failure to produce documents he referenced in his July 30, 2025, deposition and agreed to produce; |

| Date, Time, and Place of Meet and Confer | Participants | Itemization of Issues Requiring Resolution by the Court (as Relevant to Motion for Sanctions) |
|---|---|---|
| **(conducted via videoconference)** | On behalf of Robert Chen, Otter Audits LLC, RC Security LLC, and OtterSec LLC: Rachel Clattenburg, Kevin Crenny, Joshua Levy, Justin DiCharia, Christina Lamoureux, and Emma Floyd (paralegal). | David and Li Fen's counsel's failure to disclose the list of Discord and Telegram being searched in response to the First Set of RFPDs (May 23, 2025) in *Chen v. Chen*;<br><br>The status of David and Li Fen's document collection process in light of the May 29, 2025, Preservation Order;<br><br>The status of David and Li Fen's document productions;<br><br>Robert's (June 30, 2025) Motion to Compel regarding Li Fen's (July 17, 2025) Second Amended Responses to Robert's Second Set of ROGs (March 11, 2025) in *Yao v. Chen*;<br><br>Robert's (July 22, 2025) Motion to Compel regarding David's (June 23, 2025) Responses to the First Set of RFPDs and ROGs (May 23, 2025) in *Chen v. Chen*; and<br><br>Questions about certain sources of documents David and Li Fen's counsel had disclosed. |
| **September 22, 2025, ECF 168-1 (pp. 2-73), 10:06 a.m. – 12:15 p.m. ET (conducted via videoconference)** | On behalf of Li Fen Yao and David Chen: Stephen Plotnick, Alexander Giles, and Michael Lentz.<br><br>On behalf of Robert Chen, Otter Audits LLC, RC Security LLC, and OtterSec LLC: Rachel Clattenburg, Kevin Crenny, Justin DiCharia, and Emma Floyd (paralegal). | The start date for discovery in *Chen v. Chen;*<br><br>Robert's anticipated motion for sanctions for spoliation against David and Li Fen;<br><br>David and Li Fen's failure to comply with the Scheduling Order (ECF 129);<br><br>Li Fen's failure to amend responses, which she agreed to amend in January 2025, to Robert's First Set of RFPDs in *Yao v. Chen*;<br><br>Li Fen's failure to produce documents responsive to the Second Set of RFPDs (October 4, 2024) in *Yao v. Chen*; |

| Date, Time, and Place of Meet and Confer | Participants | Itemization of Issues Requiring Resolution by the Court (as Relevant to Motion for Sanctions) |
|---|---|---|
| | | David and Li Fen's delays and failure to produce documents responsive to RFPDs in *Yao v. Chen*; <br><br> David's failure to produce documents responsive to his Subpoena (June 6, 2024) in *Yao v. Chen* for which he waived all objections; <br><br> Robert's (April 4, 2025) Motion to Compel in *Yao v. Chen*, addressing Yao's Fifth Production issues that David and Li Fen had agreed to resolve but was now reopened because of their failure to produce responsive documents; <br><br> David and Li Fen's counsel's failure to disclose the list of Discord and Telegram being searched in response to the First Set of RFPDs (May 23, 2025) in *Chen v. Chen*; <br><br> David's continued failure to produce documents he referenced in his July 30, 2025, deposition and agreed to produce; <br><br> David's failure to serve any responses to the Second Set of ROGs (August 15, 2025) in *Chen v. Chen*; <br><br> David's failure to serve any responses to the Second Set of RFPDs (August 15, 2025) in *Chen v. Chen*; <br><br> Questions about the sources that David is searching in *Chen v. Chen* that his counsel had not responded to; <br><br> David and Li Fen's delays and failure to produce documents in *Chen v. Chen*; and <br><br> David's failure to make any productions in response to the First RFPDs (May 23, 2025) or Second RFPDs (August 15, 2025) in *Chen v. Chen*. |

| Date, Time, and Place of Meet and Confer | Participants | Itemization of Issues Requiring Resolution by the Court (as Relevant to Motion for Sanctions) |
|---|---|---|
| **December 5, 2025 10:00 a.m. – 12:22 p.m. (conducted via videoconference)** | On behalf of Li Fen Yao and David Chen: Alexander Giles, Casey Brinks, and Rachel Decaluwe.<br><br>On behalf of Robert Chen, Otter Audits LLC, RC Security LLC, and OtterSec LLC: Rachel Clattenburg, Kevin Crenny, Christina Lamoureux, and Emma Floyd (paralegal). | The limited deposition of David Chen concerning spoliation;<br><br>David and Li Fen's forthcoming document productions, due December 12, 2025, and January 21, 2026, specifically with regard to de-duplication;<br><br>The list of Discord and Telegram channels and servers being searched in *Chen v. Chen*;<br><br>Li Fen's Third Amended Responses (August 29, 2025) to Robert's Second Set of ROGs (March 11, 2025) in *Yao v. Chen*;<br><br>David's (August 29, 2025) First Amended Responses to the First Set of ROGs (May 23, 2025) in *Chen v. Chen*;<br><br>David's (November 25, 2025) Responses to the Second Set of ROGs (August 15, 2025) and David's (December 5, 2025) Responses to the Second Set of RFPDs (August 15, 2025) – both late – in *Chen v. Chen*; and<br><br>David and Li Fen's inadequate searches for responsive documents. |
| **December 17, 2025 10:00 a.m. – 11:57 a.m. (conducted via videoconference)** | On behalf of Li Fen Yao and David Chen: Alexander Giles.<br><br>On behalf of Robert Chen, Otter Audits LLC, RC Security LLC, and OtterSec LLC: Rachel Clattenburg, Kevin Crenny, and Emma Floyd (paralegal). | David and Li Fen's inadequate searches for responsive documents;<br><br>Questions about David and Li Fen's productions of documents;<br><br>David's counsel's disclosure of Discord and Telegram sources;<br><br>David's counsel's failure to respond to Teel Tech to authorize the continued examination of David's phone; |

| Date, Time, and Place of Meet and Confer | Participants | Itemization of Issues Requiring Resolution by the Court (as Relevant to Motion for Sanctions) |
|---|---|---|
| | | David's (November 25, 2025) Responses to the Second Set of ROGs (August 15, 2025) and David's (December 5, 2025) Responses to the Second Set of RFPDs (August 15, 2025) – both late – in *Chen v. Chen*; and<br><br>The dates for the limited deposition of David Chen regarding spoliation. |
| **February 18, 2026, 4:31 pm – 5:08 pm (conducted via videoconference)** | On behalf of Li Fen Yao and David Chen: Alexander Giles.<br><br>On behalf of Robert Chen, Otter Audits LLC, RC Security LLC, and OtterSec LLC: Rachel Clattenburg, Christina Lamoureux, and Emma Floyd (paralegal). | Questions about David's and Li Fen's productions of documents, including documents missing from productions;<br><br>David's counsel's failure to identify documents responsive to specific discovery requests;<br><br>David's counsel's collections of David's documents and data; and<br><br>David and Li Fen's counsel's lack of preparedness for meet and confers. |

Dated: March 5, 2026

Respectfully submitted,

 /s/ Rachel Clattenburg
Rachel M. Clattenburg
Christina M. Lamoureux
Justin A. DiCharia
Joshua A. Levy
Kevin P. Crenny
LEVY FIRESTONE MUSE LLP
900 17th St. NW, Ste. 605
Washington DC 20006
Tel: 202-845-3215
Fax: 202-595-8253
rmc@levyfirestone.com
christinal@levyfirestone.com
jdicharia@levyfirestone.com
jal@levyfirestone.com

kcrenny@levyfirestone.com

*Attorneys for Defendants Robert Chen, Otter Audits LLC, and RC Security LLC, and Plaintiffs Robert Chen and OtterSec LLC*