# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LI FEN YAO, as administrator of the Estate of Sam Mingsan Chen,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT CHEN, OTTER AUDITS LLC, and RC SECURITY LLC,<br><br>    Defendants. | Case No. 8:23-cv-00889-TDC-GLS |
| ROBERT CHEN and OTTERSEC LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>DAVID CHEN,<br><br>    Defendant. | Case No. 8:24-cv-03628-TDC-GLS |

## LOCAL RULE 104.7 CERTIFICATE

Robert Chen, RC Security LLC, Otter Audits LLC (as defendants in *Yao v. Chen*) and OtterSec LLC and Robert Chen (as plaintiffs in *Chen v. Chen*) (collectively, "Robert") certify that the meet and confers listed below took place between their counsel and counsel for David Chen and Li Fen Yao, at the dates, times, and places listed, with the specified participants.

The issue requiring resolution by this Court is the availability and application of the sanctions under Rule 37(e) requested in the foregoing Motion and Memorandum, which relate to the spoliation of electronically stored information ("ESI") by Li Fen Yao and David Chen, which ESI they were obligated to preserve and which was lost because they failed to take reasonable

steps to preserve it (and because David deliberately destroyed it with the intent of depriving Robert

from using it in litigation), resulting in the irretrievable loss of such ESI, which prejudiced Robert.

| Date, Time, and Place of Meet and Confer | Participants |
|---|---|
| **May 9, 2025, ECF 168-1 (pp. 344-372), 12:01 pm-12:52 pm (conducted via videoconference)** | On behalf of Li Fen Yao and David Chen: Stephen Plotnick, Alexander Malyshev, and Madelyn White.<br><br>On behalf of Robert Chen, Otter Audits LLC, RC Security LLC, and OtterSec LLC: Joshua Levy, Kevin Crenny, Christina Lamoureux, and Emma Floyd (paralegal). |
| **May 12, 2025, ECF 139-1 (Ex. A), 1:04 p.m. – 2:37 p.m. (conducted via videoconference)** | On behalf of Li Fen Yao and David Chen: Stephen Plotnick, Alexander Malyshev, and Madelyn White.<br><br>On behalf of Robert Chen, Otter Audits LLC, RC Security LLC, and OtterSec LLC: Joshua Levy, Kevin Crenny, Rachel Clattenburg, Justin DiCharia, Christina Lamoureux, and Emma Floyd (paralegal). |
| **May 15, 2025, ECF 139-2 (Ex. B), 1:02 p.m. – 1:45 p.m. (conducted via videoconference)** | On behalf of Li Fen Yao and David Chen: Stephen Plotnick, Alexander Malyshev, and Madelyn White.<br><br>On behalf of Robert Chen, Otter Audits LLC, RC Security LLC, and OtterSec LLC: Joshua Levy, Kevin Crenny, Rachel Clattenburg, Justin DiCharia, Christina Lamoureux, and Emma Floyd (paralegal). |
| **June 26, 2025, ECF 168-1 (pp. 222-269), 3:02 p.m. – 4:27 p.m. (conducted via videoconference)** | On behalf of Li Fen Yao and David Chen: Stephen Plotnick, Alexander Malyshev, and Madelyn White.<br><br>On behalf of Robert Chen, Otter Audits LLC, RC Security LLC, and OtterSec LLC: Joshua Levy, Kevin Crenny, Justin DiCharia, Christina Lamoureux, and Emma Floyd (paralegal). |
| **August 13, 2025, ECF 168-1 (pp. 112-138), 10:04 a.m. – 10:47 a.m. (conducted via videoconference)** | On behalf of Li Fen Yao and David Chen: Stephen Plotnick and Alexander Giles.<br><br>On behalf of Robert Chen, Otter Audits LLC, RC Security LLC, and OtterSec LLC: Rachel Clattenburg, Kevin Crenny, Joshua Levy, Christina Lamoureux, and Jennifer Luong (paralegal). |

| Date, Time, and Place of Meet and Confer | Participants |
|---|---|
| **August 20, 2025, ECF 168-1 (pp. 74-111), 9:39 a.m. – 10:46 a.m. (conducted via videoconference)** | On behalf of Li Fen Yao and David Chen: Stephen Plotnick and Alexander Giles.<br><br>On behalf of Robert Chen, Otter Audits LLC, RC Security LLC, and OtterSec LLC: Rachel Clattenburg, Kevin Crenny, Joshua Levy, Justin DiCharia, Christina Lamoureux, and Emma Floyd (paralegal). |
| **September 22, 2025, ECF 168-1 (pp. 2-73), 10:06 a.m. – 12:15 p.m. ET (conducted via videoconference)** | On behalf of Li Fen Yao and David Chen: Stephen Plotnick, Alexander Giles, and Michael Lentz.<br><br>On behalf of Robert Chen, Otter Audits LLC, RC Security LLC, and OtterSec LLC: Rachel Clattenburg, Kevin Crenny, Justin DiCharia, and Emma Floyd (paralegal). |
| **December 5, 2025, 10:00 a.m. – 12:22 p.m. (conducted via videoconference)** | On behalf of Li Fen Yao and David Chen: Alexander Giles, Casey Brinks, and Rachel Decaluwe.<br><br>On behalf of Robert Chen, Otter Audits LLC, RC Security LLC, and OtterSec LLC: Rachel Clattenburg, Kevin Crenny, Christina Lamoureux, and Emma Floyd (paralegal). |
| **December 17, 2025, 10:00 a.m. – 11:57 a.m. (conducted via videoconference)** | On behalf of Li Fen Yao and David Chen: Alexander Giles.<br><br>On behalf of Robert Chen, Otter Audits LLC, RC Security LLC, and OtterSec LLC: Rachel Clattenburg, Kevin Crenny, and Emma Floyd (paralegal). |
| **February 18, 2026, 4:31 pm – 5:08 pm (conducted via videoconference)** | On behalf of Li Fen Yao and David Chen: Alexander Giles.<br><br>On behalf of Robert Chen, Otter Audits LLC, RC Security LLC, and OtterSec LLC: Rachel Clattenburg, Christina Lamoureux, and Emma Floyd (paralegal). |

Dated: March 19, 2026                    Respectfully submitted,

  /s/ Kevin P. Crenny
  Kevin P. Crenny
  Rachel M. Clattenburg
  Joshua A. Levy
  Justin A. DiCharia
  Christina Lamoureux
  LEVY FIRESTONE MUSE LLP

900 17th St. NW, Ste. 605
Washington DC 20006
Tel: 202-845-3215
Fax: 202-595-8253
kcrenny@levyfirestone.com
rmc@levyfirestone.com
jal@levyfirestone.com
jdicharia@levyfirestone.com
christinal@levyfirestone.com
*Attorneys for Defendants Robert Chen,*
*Otter Audits LLC, and RC Security LLC,*
*and Plaintiffs Robert Chen and OtterSec*
*LLC*

4