UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

| | |
|---|---|
| LI FEN YAO, as Administrator of the Estate of Sam Mingsan Chen,<br><br>            Plaintiff,<br>      v.<br><br>ROBERT CHEN, OTTER AUDITS LLC, and RC SECURITY LLC,<br><br>            Defendants. | Case No. 8:23-cv-00889-TDC |
| ROBERT CHEN and OTTERSEC LLC,<br><br>            Plaintiffs,<br>      v.<br><br>DAVID CHEN,<br><br>            Defendant | Case No. 8:24-cv-03628-TDC |

## AFFIDAVIT

I, Jacob Schaub, do hereby swear and affirm as follows:

1.      I am over eighteen years of age and am otherwise competent to testify herein. Except where expressly indicated otherwise below, I make this Affidavit upon my personal knowledge and based on the knowledge collected by others.

2.      I am employed by TransPerfect Legal ("TransPerfect") as Director of Project Management.  I have held this position since June 1, 2021

3.      TransPerfect provides e-discovery, forensic consulting, privacy, managed review, and staffing projects for legal matters.

Error!

4. On April 12, 2024, TransPerfect was retained by David Chen and Li Fen Yao with respect to the above-captioned litigation to provide e-discovery services including document collection, preservation, and production.

5. Throughout 2024 and early 2025, TransPerfect collected data from custodians David Chen and Li Fen Yao, (the "Original Collection"). The sources of the data, as well as the date the data was collected from the source, are listed on the spreadsheet attached as Exhibit A.

6. The Original Collection was run against agreed-upon search terms for the *Yao v. Chen* matter, which produced 6,278 responsive documents, totaling 18,638 pages.

7. These documents were produced in production sets YAO001-YAO016.

8. On or about July 14, 2025, TransPerfect was instructed to update the date range of interest in data collections to April 17, 2025 (the "Refresh Collection"). For the non-Discord data sources in the Original Collection, full "Refresh Collections" as well as several new sources of data from custodians David Chen and Li Fen Yao were completed. The new sources of data are listed on the right-hand side of Exhibit A; sources of data that were re-collected are highlighted in green.

9. For the Discord "Refresh Collection", TransPerfect performed server collections of defined servers and the channels within for the date range of February 1, 2021 through April 17, 2025. The server list is attached as Exhibit B.

10. Discord is a digital platform where users can text/chat with one another across a variety of broad topics such as sports, video games, music, television, art, etc. Discord is organized into different "servers" (such as "Anime", "Fortnite", "NFL", "Chill Heaven", or "Grand Theft Auto") that users can request to join. Each server has different "channels" within that server and within which the user can message and engage with other members of the server.

**Error!**

2

11. In 2024, David Chen provided three exports of his own Discord data to TransPerfect.

12. In April of 2024, David Chen provided his own Discord data to TransPerfect via an application called DiscordChatExporter.

13. In October of 2024, David Chen provided TransPerfect with a second Discord export via DiscordChatExporter.

14. DiscordChatExporter utilizes a Discord user's token to export message history from any Discord server and channel to a JSON file and other formats. It works with direct messages, group messages, and server channels, and supports Discord's dialect of markdown as well as most other rich media features.

15. With DiscordChatExporter, the user selects the Discord servers and channels contained within, or direct message threads, including attachments, to be exported.

16. TransPerfect received this exported data from David Chen and converted it to load it into Relativity for review.

17. In October of 2024, David Chen provided his Discord data to TransPerfect using Discord's "download my data" feature.

18. With the "download my data" feature, Discord provides only that user's messages across all servers and channels. It does not provide messages sent by other Discord users in the channel's conversation threads. Discord also provides all direct messages contained within the account. This includes other participants' messages for group direct messages.

19. Therefore, the "download my data" export provided by David in October of 2024 contained only messages sent in servers by David Chen's account and all direct messages contained within David Chen's account.

20.    From January through March of 2025, TransPerfect collected all available Discord servers that David Chen's account was in.

21.    During the August through September 2025 "Refresh Collection" of David Chen's Discord account, TransPerfect collected all available servers and direct messages. The "Refresh Collection" contained the list of servers attached as Exhibit B.

22.    In performing the exports, TransPerfect provided a list of all Discord servers available at the time to David Chen's Discord account. This collection and preservation included every channel available within these servers to which David Chen had access through his Discord user profile. With DiscordChatExporter, TransPerfect collected all available messages sent by all users within each channel.

23.    The "Refresh Collection" of all available Discord data within the February 1, 2021 through April 17, 2025 date range was the most comprehensive collection methodology to obtain David Chen's available Discord data.

24.    As part of the "Refresh Collection", TransPerfect also collected and preserved documents from David Chen's Telegram profile.

25.    TransPerfect performed a full account data export using Telegram's native export feature. The list of Telegram thread names is attached hereto as Exhibit C.

26.    Responsive documents from Telegram were previously produced in YAO021 in January 2026.

27.    The "Refresh Collection" yielded more than 46 million documents, including over 40 million from Discord alone.

Error!

4

28.    TransPerfect ran the "First Set – 2024" search terms across the Discord portion of the "Refresh Collection", and ran both sets of search terms across all other sources. Both sets of search terms are located within Exhibit D.

29.    Running the search terms resulted in 363,859 responsive documents, totaling 2,470,855 pages.  These documents were produced in production sets YAO017-YAO023.

30.    The Discord data was produced in YAO020 from January 14, 2026 through January 16, 2026

31.    A supplemental targeted Discord production was produced in YAO023 on February 20, 2026.

32.    Discord data was produced by converting the messages that hit on agreed-upon search terms in a 24-hour PDF format as agreed.

33.    The 24-hour PDF format is a multi-step conversion process that relies on participants and date metadata to pull in all surrounding messages to a search term hit within the calendar day. The body of the 24/hr PDF includes sender, date/time sent, and message body. Where a chat exceeds 1000 messages /day, subsequent PDFs are generated in sets of 1000 messages.

34.    On Februay 18th, 2026, TransPerfect performed an audit of the Discord production.

35.    Based on the audit, TransPerfect discovered they had not run the second set of search terms ("Second Set – 2025") from Exhibit D through the Discord data, which had been provided to TransPerfect on December 12, 2025, midway through the conversion of Discord messages into the 24-hour format for production that hit on the 2024 terms set.

36.     After running both sets of search terms through the Discord data, this resulted in an additional 30,000,000 documents that have not yet been produced in the 24-hour format.

37.     However, excluding all channels where David Chen did not participate, the number of additional documents that hit on both search terms is approximately 3,500,000.

38.     On March 4 2026, TransPerfect informed David, Li Fen, and their counsel regarding the additional Discord data.

39.     TransPerfect is working with counsel to better identify and produce responsive documents.

40.     The various production sets in this case contain the documents that hit on any agreed search term, within the specified date range, other than documents withheld on the grounds of privilege and other than the additional Discord data that has not yet been produced identified above.  TransPerfect was not instructed to, and did not, withhold any documents based on any objection.

41.     Some of these documents produced in YAO017-YAO023 included .json files which store simple data structures and objects in JavaScript Object Notation format, image files that could not be rendered, computer coding language, or backend system files (all such files, .json and otherwise, collectively, the "Code Files").

42.     The Code Files were uploaded to TransPerfect's Relativity database as such files existed in the original data source. If a Code File hit on a search term and was not privileged, the Code File was produced. TransPerfect did not change or alter the Code Files or any other files or data in any way between collection from the original sources and production.

43.     To date, TransPerfect has invoiced David Chen and Li Fen Yao $540,119.74 for its work in the *Yao v. Chen* consolidated matters.

**Error!**

6

44.     To date, David and Li Fen have paid $309,388.19 of this total invoice.

**I, Jacob Schaub execute this Affidavit under oath. Some of the information set forth in this Affidavit was collected by others, and such information is not necessarily within my personal knowledge. However, I solemnly affirm under the penalties of perjury that the contents of the foregoing are true and correct to the best of my knowledge, information, and belief.**

**Date: March 30th, 2026**

Digitally signed by Jacob Schaub
DN: cn=Jacob Schaub, o=Transperfect, ou=Transperfect Legal,
email=jschaub@transperfect.com, c=US

**Error!**

# Affidavit Exhibit A

| 2024 & early 2025 Collections | | |
|---|---|---|
| Description | Collection Type | Date of Collection |
| davidchen0@protonmail.com | FEC/Proton Mail | 4/19/2024 |
| Self-Collected Discord | Discord | 4/23/2024 |
| Self-Collected Telegram | Telegram | 5/1/2024 |
| iPhone 11 | iPhone | 6/10/2024 |
| iPhone 14 Pro Max | iPhone | 6/10/2024 |
| smchen90@hotmail.com | FEC | 6/12/2024 |
| lifen1299@yahoo.com | FEC | 6/12/2024 |
| Google Pixel 7 Pro | Android | 6/14/2024 |
| Self-Collected Discord | Discord | 10/17/2024 |
| realawesomenessisreal@gmail.com | FEC | 10/29/2024 |
| dc0910758@gmail.com | FEC | 10/29/2024 |
| minecraft15230987@outlook.com | FEC | 10/29/2024 |
| RealAwesomeness@outlook.com | FEC | 10/29/2024 |
| radiantaeon@proton.me (alias of davidchen0@protonmail.com) | FEC/Proton Mail | 10/29/2024 |
| RealAwesomeness@protonmail.com | FEC/Proton Mail | 10/29/2024 |
| cyberctf.whs@gmail.com (Not Collected) | FEC | 10/29/2024 |
| Self-Collected Discord Takeout | Discord | 10/29/2024 |
| All X messages & posts (no date ranges applied) | X | 10/31/2024 |
| All X messages & posts (no date ranges applied) | X | 10/31/2024 |
| datingapp15@protonmail.com | FEC/Proton Mail | 11/5/2024 |
| test109000@protonmail.com | FEC/Proton Mail | 11/5/2024 |
| Google Takeout (dc0910758@gmail.com) | Email | 11/6/2024 |
| Linux desktop 2tb | Computer | 12/13/2024 |
| Linux Laptop 300GB hard drive ("Old Asus") | Computer | 12/13/2024 |
| 2tb Windows Laptop Alienware | Computer | 12/13/2024 |
| Samsung 980 PRO 1tb liquidator bots server | Computer | 12/13/2024 |
| NVMe Samsung SSD 980 USB Device | External Nvme | 12/13/2024 |

| Old XPS Laptop | Nvme Drive | 12/17/2024 |
| WD MyBook 25ED | External HD | 12/18/2024 |
| Discord Server Collection | Discord | 1/9/2025 |
| Discord Server Collection | Discord | 2/11/2025 |
| RadiantAeon GitHub Account | GitHub | 2/18/2025 |
| Google Pixel 7 Pro (Graphene OS) - Incomplete Logical+ | Android | 3/17/2025 |
| Self-Collected Telegram | Telegram | 3/18/2025 |
| Github Screenshots | Github | 4/4/2025 |
| RadiantAeon GitHub Account | GitHub | 4/8/2025 |

| 2025 Preservation Order & Refresh Collections | | |
|---|---|---|
| Description | Collection Type | Date of Collection |
| Kingston SA40053 (Router Drive) | SSD | 7/24/2025 |
| Lenovo T48 ("Personal Computer") Samsung SSD 990 | NVMe Drive | 7/24/2025 |
| "School Computer" SSD990 Pro | NVMe Drive | 7/25/2025 |
| Alieware P48E Samsung PM9A1 NVMe | NVMe Drive | 7/25/2025 |
| Lenovo T495 Intel SSDPEKKF51 ("Signer") | NVMe Drive | 7/28/2025 |
| Remarkable tablet | Remarkable | 7/28/2025 |
| realawesomenessisreal@gmail.com | Email | 7/31/2025 |
| dc0910758@gmail.com | Email | 7/31/2025 |
| supermicrosub@gmail.com | Email | 7/31/2025 |
| RealAwesomeness@outlook.com | Email | 7/31/2025 |
| RealAwesomeness@protonmail.com | Email | 7/31/2025 |
| davidchen0@protonmail.com - Refresh | Email | 7/31/2025 |
| datingapp15@protonmail.com - Refresh (Full account no date range) | Email | 8/5/2025 |
| LinkedIn | Social Media | 7/24/2025 |

| | | |
|---|---|---|
| Instagram | Social Media | 7/24/2025 |
| Facebook | Social Media | 7/24/2025 |
| Twitter/X Raggedsec | Social Media | 7/24/2025 |
| Twitter/X Adjecentfi | Social Media | 7/24/2025 |
| **Reddit RealAwesomeness** | **Social Media** | **8/5/2025** |
| Reddit Relative_Strike_8071 | Social Media | 8/5/2025 |
| test109000@protonmail.com | Email | 8/7/2025 |
| testnet-validators.ragged.me (nvme1n1) | Server | 8/6/2025 |
| **testnet-validators.ragged.me (nvme0n1)** | **Server - Preserved Only** | **8/6/2025** |
| bots.ragged.me (nvme1n1) | Server | 8/7/2025 |
| **bots.ragged.me (nvme0n1)** | **Server - Preserved Only** | **8/7/2025** |
| mainnet-validator.ragged.me (nvme2n1) | Server - Preserved Only | 8/11/2025 |
| **mainnet-validator.ragged.me (nvme3n1)** | **Server** | **8/11/2025** |
| mainnet-validator.ragged.me (nvme0n1) | Server - Preserved Only | 8/11/2025 |
| **mainnet-validator.ragged.me (nvme1n1)** | **Server - Preserved Only** | **8/12/2025** |
| Dell Poweredge R710 Drive 2 | Server - Preserved Only | 8/12/2025 |
| **"Assets" Digital Ocean Server root@165.227.178.62 (vda)** | **Digital Ocean Server** | **8/12/2025** |
| "Assets" Digital Ocean Server root@165.227.178.62 (vdb) | Digital Ocean Server - Preserved Only | 8/12/2025 |
| **"Validator Monitor" Digital Ocean Server root@24.199.87.21 (vda)** | **Digital Ocean Server - Preserved Only** | **8/12/2025** |
| "Validator Monitor" Digital Ocean Server root@24.199.87.21 (vdb) | Digital Ocean Server - Preserved Only | 8/12/2025 |
| **Dell Poweredge R710 Drive 3** | **Server - Preserved Only** | **8/12/2025** |
| Dell Poweredge R710 Drive 4 | Server - Preserved Only | 8/12/2025 |
| **Ashburn Server NVMe Drive** | **Server - Preserved Only** | **8/13/2025** |
| Ashburn Server Bottom Intel Optane SSD 4008000x series | Server | 8/13/2025 |
| **Ashburn Server Top Intel Optane SSD 4008000x series** | **Server - Preserved Only** | **8/18/2025** |
| mainnet-validator2.ragged.me(nvme1n1) | Server - Preserved Only | 8/13/2025 |
| **mainnet-validator2.ragged.me(nvme2n1)** | **Server - Preserved Only** | **8/18/2025** |

| | | |
|---|---|---|
| mainnet-validator2.ragged.me(nvme0n1) | Server - Preserved Only | 8/18/2025 |
| mainnet-validator2.ragged.me(nvme3n1) | Server - Preserved Only | 8/18/2025 |
| Stack Exchange | Stack Exchange | 8/8/2025 |
| "Misc Drive" Seagate 2 TB HD | Hard Drive | 8/22/2025 |
| RadiantAeon GitHub Account | GitHub | 7/31/2025 |
| Telegram Export | Telegram | 8/22/2025 |
| Samsung 980 Pro w/o Heatsink | Nvme Drive | 8/25/2025 |
| Samsung 980 Pro w/ Heatsink (Targeted old-ubuntu-lv) | Nvme Drive | 8/27/2025 |
| SanDisk 3.2Gen1 USB | USB | 8/28/2025 |
| Phillips USB | USB | 8/29/2025 |
| Microcenter USB w/o Cap | USB | 9/3/2025 |
| Microcenter USB 1 w/ Cap (Previously supplied Discord Takeout) | USB | 9/3/2025 |
| Microcenter USB 2 w/ Cap | USB | 9/4/2025 |
| Samsung 990 | Nvme Drive | 9/15/2025 |
| David Chen Discord Recollection (2/1/21-4/17/25) | Social Media | 8/27/2025 |
| David Chen Discord Recollection (2/1/21-4/17/25) | Social Media | 8/22/2025 |
| David Chen Discord Recollection (2/1/21-4/17/25) | Social Media | 9/4/2025 |
| d.chen0 Instagram Collection | Social Media | 7/30/2025 |
| adjacentfi X Collection | Social Media | 9/4/2025 |
| raggedsec X Collection | Social Media | 9/8/2025 |
| david.chen.766735 Facebook Collection | Social Media | 8/11/2025 |
| Reddit RealAwesomeness Collection | Social Media | 8/21/2025 |
| Reddit Relative_Strike_8071 Collection | Social Media | 8/21/2025 |
| Backblaze - desktop-singapore | Computer Backup - Preserved Only | 10/2/2025 |
| Backblaze - phone-backup3274 | Computer Backup - Preserved Only | 10/2/2025 |
| Backblaze - web-host-backup | Computer Backup - Preserved Only | 10/2/2025 |
| Backblaze - validator-info | Computer Backup - Preserved Only | 10/2/2025 |
| Backblaze - no-validators-lm-finance-backup | Computer Backup - Preserved Only | 10/2/2025 |
| Backblaze - pc152-backup | Computer Backup - Preserved Only | 10/2/2025 |

| | | |
|---|---|---|
| Backblaze - servers-backup-ra | Computer Backup - Preserved Only | 10/2/2025 |
| Seagate 2TB HDD | Hard Drive - Preserved Only | 10/14/2025 |
| Samsung SSD 860 | SSD - Preserved Only | 10/14/2025 |

# Affidavit Exhibit B

| 141-0010 Servers |
| --- |
| Blockchain @ Maryland |
| Calc 3 (MATH241) |
| CMSC 250 Study Group |
| DEF CON Rhythm Gamers |
| Jito Community |
| Math240 Study Group |
| Suilend |
| The Vault |
| Validator |
| AltTank Hideout |
| Bot Test |
| CSEC@UMD |
| freshmein |
| Gnosis |
| hi pixel |
| its pronounced gheeeedra |
| Sculptures for Smiles |
| Solana Tech |
| Swing Dance at UMD |
| Tech Support |
| Wootton Hacks |
| Eclipse |
| Mango Markets |
| Marinade |
| UMD Chess Club |
| ap score dev |
| todo |
| the go club at UMD |
| lifinity protocol |
| jupiter space catdets |
| jpool |
| Bswap32 |
| Drift Protocol |
| Save (formerly Solend) |
| Save Team |
| Wormhole |
| UMCP TASA |

| 185-0007 Servers |
| --- |
| Jito developers |
| edgevana |
| walrus |
| helius |
| solblaze |
| seattle?? |
| kamino finance |
| BridgeUMD |
| startup shell |

| 142-0002 Direct Messages |
| --- |
| Alt Tank |
| Ape Distribution |
| dead meme |

# Affidavit Exhibit C

Telegram_ThreadNames
ETHSecurity Community
Telegram
Jito Network Official Announcements
Nanchang Baobao House
iden3
Blockchain At Maryland
EvanDK <> Suilend
Justin
drew
tjasd
Alina
Manny | Buttonwood
Fully
Zach
indigo
Joanna Wang
cam | Suilend
Stephen
SOLSecurity Community
Alundra
Ian
Jeff
loomSOL
Callum | Plexus
Sol Degens
Jared
Daryl | OtterSec
usmannk
Datapunk
T O B Y
indigo / ra
Daniel
Soju | Blackwing
DB News
Guilherme
Ricardo
Carmen
Nom
GMA | Flux3 | Sawtoofz
Ems (slow replies)
Alex | Marinade
Vaibhav
Robert
Safeguard
Katherine

Solend <> Aldrin
Terra (RIP) Degens
Wen Xu
Validator
Hanko
Solana Youngbloods
Firefly
sCUM gang
Kanav
Shashank
BTC-SOLANA Miami - ARCHIVED
Acam
Eli
Validator Help
Ivan
Oriol
Wainuo
Sammy
MEV SOL chads
Richard
Phil
Rosh
David
Azi | https://url.us.m.mimecastprotect.com/s/Z56kC9rp9JIm6gAKUofRSq8901?domain=zo.me
Jiefu
Osec x Daryl
Barrett
Luna | Zellic
Tim Won
Arya &&
(https://url.us.m.mimecastprotect.com/s/f2OyC0R28wI29DQWsDhDS93DmV?domain=projecte
luune.com)
Kento
Angela
John
Andrew
Kevin
Karthik | GameShift
C
TJ
Isaiah
Os
elton
Z
Hareesh
Justin (will never dm)

Sam
Simon
Ra / Switchboard
Accelerate 2025
Blackwing: Alpha Pilot
Otter Sec <> Sanctum
OtterSec x Daryl
us NYC Solana HH [Chat]

# Affidavit Exhibit D

**First Set - 2024**
(10 or ten) w/2 (% or percent)
Account!
Acqui!
Administrat!
"Articles of Organization"
Asset!
Assign!
Auction!
Audit!
"Auditor Position"
Claudius
Dissol!
Employ!
Estate
Equity
FTX
Henrick
Hofstadt
Invest!
Jump
Kariya
Kanav
Liquid!
Member
Mercury
NDA
Non-Disclosure
Nondisclosure
Notdeghost
Offer!
"Operating Agreement"
Osec
Otter!
Race
RC
"Referral Agreement"
Remake
Rob
Robert
"Services Agreement"
"Service Contract"
Shareholder
Sino

"Statement of Work"
Transfer!
Valu!
VC!
Verabit
Wallet
"West Realm"
Wind-up
"wind up"
wind-down
"wind down"
winding
"Work Order"
Zellic

## Second set – 2025:

| Name |
| --- |
| Solend* w/5 liq* |
| Solend* w/5 code |
| Solend* w/5 bot |
| MEV w/5 code |
| MEV w/5 bot |
| MEV w/5 liq* |
| Liq* w/5 code |
| Market w/5 maker |
| rust* w/5 bot |
| Larix |
| Apricot |
| Bot w/5 cluster |
| Serum w/5 bot |
| Arb* w/5 bot |
| Jup* w/5 bot |
| Lido w/5 arb |
| Mango w/5 liq* |
| Drift w/5 liq* |
| MSOL |