**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**
(SOUTHERN DIVISION)

|  |  |
|---|---|
| LI FEN YAO, as Administrator of the Estate of Sam Mingsan Chen, <br><br> Plaintiff, <br><br>    v. <br><br> ROBERT CHEN, OTTER AUDITS LLC, and RC SECURITY LLC, <br><br> Defendants. | **Case No. 8:23-cv-00889-TDC** |
| ROBERT CHEN and OTTERSEC LLC, <br><br> Plaintiffs, <br><br>    v. <br><br> DAVID CHEN, <br><br> Defendant | **Case No. 8:24-cv-03628-TDC** |

## <u>ORDER</u>

Upon consideration of the parties' "Consent Motion to Extend Time to File Opposition to, and Reply in Support of, Robert Chen's Motion for Spoliation Sanctions," (the "Consent Motion"), (ECF No. 198), it is hereby this <u>31st</u> day of March, 2026, **ORDERED** that the Consent Motion is **GRANTED**; and it is further

**ORDERED** that the briefing schedule for the Motion for Spoliation Sanctions is modified as follows:

1) David Chen's Opposition shall be due on or before <u>April 16, 2026</u>; and

2) Robert Chen's Reply shall be due on or before <u>April 30, 2026</u>.

_____/s/_____
The Honorable Gina L. Simms
United States Magistrate Judge
