**Appendix A**

**Full Annotated Timeline of Deletions**

| | |
|---|---|
| **April 27, 2022** | David quits OtterSec and undertakes a series of destructive actions to harm the company and to frustrate Robert: He steals the OtterSec codes described in the *Chen v. Chen* Complaint, *see* Complaint, *Yao v. Chen*, ¶ 70; He deletes channels relating to the code from the OtterSec Discord server, Ex. 36, RFA Resps. (Jan. 15, 2026), J.R. 1530–31; He wipes an OtterSec computer server and virtual machines. Ex. 13, J.R.1145, *Yao* Aug. 29 ROG Resps. at 25. |
| **Late April to early May 2022** | David says he attempted to install a new operating system on his phone around this time. Ex. 4, J.R.0158, D. Chen July Tr. at 100. |
| **May 8, 2022** | David claims to have destroyed records of edits he had made to the Solend Liquidator Code since taking it from OtterSec. Ex.14, J.R.1159, *Chen* Aug. 29 Resps. at 8; *see also* Ex. 4, J.R.0165, D. Chen July Tr. at 125–28. |
| **May 31, 2022** | David and Sam Chen retain counsel. Ex. 13, J.R.1125, *Yao* Aug. 29 ROG Resps. at 5. |
| **June 23, 2022** | OtterSec's lawyer informs Sam and David's counsel that David destroyed evidence relevant to their ongoing dispute. Ex. 35, J.R.1518–27, YAO00000226. |
| **November 2, 2022, to March 28, 2023** | David deletes 37 Discord messages, including over a dozen from the AltTank server, 3 from a channel related to the Solana ecosystem ("sol-ecosystem-chat") and at least 8 that he says related to "liquidation parameter changes on Solend." Ex. 9, J.R.0256, Discord Deletions Spreadsheet at 1. |
| **March 31, 2023** | Li Fen Yao files *Yao v. Chen.* ECF 1, Compl. |
| **April 2, 2023** | David claims the phone that he used in 2022 "ceased working" and "bricked" on or around this date. Ex. 69, J.R.2025, Decl. of D. Chen ¶¶ 3, 5 (June 13, 2025); Ex. 4, J.R.0158, D. Chen July Tr. at 100. |
| **April 3, 2023, to April 9, 2024** | David deletes another 71 Discord messages, including 12 more from the AltTank server and 19 related to Solend (later rebranded as "Save"), a lending protocol built on the Solana blockchain. Ex. 9, J.R.0256–58, Discord Deletions Spreadsheet at 1–3. |
| **April 9, 2024** | Discovery opens in *Yao v. Chen*. |
| **April 10 to June 6, 2024** | David deletes 26 more Discord messages between the start of discovery and June 5, 2024. *Id.* at J.R.0258–59. |

| | |
|---|---|
| **May 6, 2024** | In a meet and confer on this date, counsel for Li Fen and David states that David had "the most" responsive documents, and Li Fen had "basically nothing" in terms of relevant material. Decl. ¶ 6. |
| **May 17, 2024** | Li Fen's counsel states in an email to Robert's counsel that David's phone had "bricked" over a year prior and was not backed up. ECF 121-5 at 2. |
| **May 29, 2024** | David's counsel confirms via email to Robert's counsel that the phone's "text messages were not backed up" and state that their "current plan [wa]s to explore having it repaired." ECF 121-5 at 2. |
| **June 6, 2024** | Robert's counsel serves David with a subpoena requesting, among other topics, communications concerning Jump; OtterSec; Robert; David's revenues or income from the OtterSec Codes and his "use of" of those Codes. ECF 121-6, Ex. 2 to Decl. of J. Levy. *Id.* |
| **June 16, 2024** | David deletes 2 more messages. Ex. 9, J.R.0259, Discord Spreadsheet at 4. |
| **June 25, 2024** | The parties enter mediation. |
| **June 27, 2024** | The parties jointly move to stay discovery for 30 days for mediation discussions. ECF 64, Joint Mot. to Stay Discovery. |
| **July 26, 2024** | The parties request a second 30-day stay of discovery, to August 28, 2024, to continue their settlement discussions. ECF 66. |
| **July 28, 2024** | David downloads and installs a program called "undiscord" which can be used to "[d]elete **_all_** messages in a Discord channel or DM" (emphasis added).[1]<br><br>Beginning on this date and continuing into the next day, David deletes 2,050 messages from a Discord server called "Kusuriya no Hitorigoto." Ex. 13, J.R.1136–37, *Yao* Aug. 29 Resps. at 16–17; Ex. 9, J.R.0259–327, Discord Deletions Spreadsheet at 4–72. |
| **July 29–30, 2024** | David deletes (a) 768 messages from the Jito server; (b) 1,927 messages from the "new clickbait" server, including 156 messages sent in the "rubber-duck-debugger" channel, *see* Decl. ¶ 57; and (c) 1,899 messages from a server called "dead meme." Ex. 13. J.R.1136–37, *Yao* Aug. 29 Resps. at 16–17; Ex. 9, J.R.0327–432, Discord Deletions Spreadsheet at 72–177. |

---

[1] victorpb, Undiscord - Delete all messages in a Discord server / channel or DM (Easy and fast) Bulk Delete, GitHub (visited Aug. 22, 2025), https://github.com/victornpb/undiscord. *See* Ex. 13. J.R.1136–37, *Yao* **Aug. 29 Resps. at 16–17 (ROG #5)** (stating that David installed the "undiscord" script from this URL).

| July 30–31, 2024 | David sends a "personal data request" to Discord and obtains a copy of his messages, which he knew would not include the messages he had just deleted. He would not share the messages received with his lawyers until **October 29, 2024**. Ex. 13, J.R.1132, *Yao* Aug. 29 Resps. at 12 n.6 (ROG #2). |
|---|---|
| **August 5 to September 19, 2024** | David deletes 8 more Discord messages. Ex. 9, J.R.0433, Discord Spreadsheet at 178. |
| **September 30, 2024** | Robert files *Chen v. Chen*, No. 1:24-cv-198 (D. Wyo., Sept. 30, 2024), ECF No. 1. |
| **October 10 to 28, 2024** | David deletes *another 10,430 Discord messages*, all of which he had sent to his friend Ally Guo ("closetduck") prior to 2022. Ex. 13, J.R.1137, *Yao* Aug. 29 Resps. at 17 (ROG #5); Ex. 9, J.R.0433–604, Discord Spreadsheet at 178–349; Ex. 4, J.R.0136, D. Chen July. Tr. at 11:11–16. |
| **October 28, 2024** | Robert's counsel asks Li Fen and David's counsel about David's deletions from the Jito Server. Ex. 5, J.R.199–200, Ltr. from R. Clattenburg (Oct. 28, 2024). <br><br> David deletes 614 Discord messages on this same day. Ex. 9, J.R.0594–604, Discord Spreadsheet at 339–49. |
| **October 29, 2024** | David finally sends the copy of his Discord ESI he obtained **three months prior,** on July 31, 2024, to his and Li Fen's discovery vendor. Ex. 13. J.R.1132, *Yao* Aug. 29 Resps. at 12 (ROG #2). |
| **October 29 to November 15, 2024** | David deletes 14 more Discord messages. Ex. 9, J.R.1096, Discord Spreadsheet at 841. |
| **November 6, 2024** | Four months after saying their "current plan" was to have the phone repaired, and 18 months after it "bricked," David and Li Fen's counsel represent that they had switched to a new vendor and that "the repair process is underway and ongoing." ECF 121-5 at 15. |
| **November 11, 2024** | David's counsel claims again that David's relevant conversations would be on Discord and Telegram, not text messages, and briefly explains the "bricking," saying "it is probable that the phone's memory was unable to handle the multiple re-writes and, as a result, gave out after a period of time." ECF 121-5 at 8. |

| | |
|---|---|
| **November 12, 2024** | During a meet and confer, Li Fen and David's counsel do not provide any explanation about the deletions. They state that they are still trying to "get a handle" on what was deleted. Decl. ¶ 20. |
| **November 18, 2024, to April 8, 2025** | David deletes 43 more Discord messages, including 3 more from the Jito server, 16 more from a "Solana Tech" server, and 22 more messages from the Save Team server. Ex. 9, J.R.1096–1110, Discord Spreadsheet at 841–45. |
| **November 22, 2024** | After a meet and confer on this date and additional correspondence, the parties agree to use a jointly-selected forensic examiner (ultimately deciding on the company TeelTech) to inspect David's phone and try to recover its data. ECF 121-5 at 19–21. |
| **November 27, 2024** | Robert's counsel serves a subpoena on Discord. Decl. ¶ 22 (citing Ex. 7, J.R.0209–15, Subpoena on Discord (Nov. 26, 2024)). |
| **December 5, 2024** | Philip Papurt receives a subpoena. Ex. 67, J.R.2012–18, Subpoena on Philip Papurt (Dec. 5, 2024). Thereafter, David and Philip communicate over Signal and David does not preserve those messages. Ex. 2, J.R.0045–46, D. Chen Feb. Tr. at 160:20–165:2. |
| **January 15, 2025** | Li Fen and David's counsel finally respond to the October 28, 2024, letter from Robert's counsel, 79 days after it was sent. Exhibit 6, J.R.0203–08, Ltr. from A. Malyshev at 4 (Jan. 15, 2025). The response provides no information about the deleted messages in the Jito server. *Id*. |
| **January 29, 2025** | Discord produces a spreadsheet in response to the November 26, 2024, subpoena revealing that, as of the date of the subpoena, David had deleted 17,222 messages – with 17,141 of these messages deleted in 2024. *See* ECF 121-8 at 8–809. |
| **February 14, 2025** | Robert's counsel requests an affidavit from David explaining the circumstances of the alleged "bricking" to provide the TeelTech examiner. David's counsel later refuses to provide an affidavit. ECF 121-5, Ex. 1 to Decl. of J. Levy at 55-56; ECF 122 at 8. |
| **February 27, 2025** | David testified in his February 3, 2026, deposition that his counsel knew, on or before this date, from him, that he had deleted material from channels where he had relevant conversations, as reflected in notes they had made in one sheet of an Excel file that was produced by Li Fen and David in native form, as YAO00095239, and was introduced as Exhibit 5 at David's deposition (*see* Ex. 81, J.R.2279–81). Ex. 2, J.R.0031, D. Chen Feb. Tr. at 101:11–102:5. |

| | |
|---|---|
| **February 28, 2025** | In a filing with the Court opposing Robert's forthcoming Motion for a Preservation Order, Li Fen and David's counsel represents that:<br><br>- "[T]he Discord IDs associated with 1,722 messages that are within the discovery range correspond to servers that are irrelevant." ECF 117. David's counsel later admits (in ECF 157), and David confirms, Ex. 2, J.R.0030, D. Chen Feb. Tr. at 99:7-16, that this is false.<br><br>- There was "no evidence...that any relevant evidence has been deleted or destroyed." ECF 117. David agrees at his deposition that this was false. Ex. 2, J.R.0030, D. Chen Feb. Tr. at 100:11–22.<br><br>- They could "discern nothing about [the messages sent in the Jito server] that is even arguably relevant." ECF 117 at 3. David confirms at his deposition that this statement was untrue. Ex. 2, J.R.0031, D. Chen Feb. Tr. at 102:21-103:7. |
| **March 13, 2025** | In another court filing, David's counsel says that Robert had "presented no facts showing that any [material and relevant] evidence has been deleted or destroyed and David is aware of none." ECF 122 at 3. David agrees at his deposition that this was false. Ex. 2, J.R.0033, D. Chen Feb. Tr. at 110:9-112:2.<br><br>David testifies in a declaration that:<br><br>- He had "made all of [his] documents and communications, including electronically stored documents and communications available for collection to [his] attorneys." ECF 122-6 ¶ 4. David admitted that this sworn statement to the Court was untrue, and he and his counsel have not corrected it. Ex. 2, J.R.0034, D. Chen Feb. Tr. at 114:3–116:9.<br><br>- "To the best of [his] knowledge, all potentially relevant documents and communications that existed at the time of collection have been collected and preserved." ECF 122-6 ¶ 4. David conceded that this was false. Ex. 2, J.R.0034–5, D. Chen Feb. Tr. at 116:16–117:12.<br><br>- He "made changes from a version of the 'Solend Liquidator Code' that existed <u>before</u> the formation of OtterSec and applied my changes only on top of <u>that</u> version" (emphasis in original) and that he "did not delete, alter or destroy records showing the history of changes to the computer code in Github," ECF 122-6 ¶ 10-11. David later testified that he "deleted commits on top of the Code" on GitHub. Ex. 4, J.R.0165, David Chen July Dep. at 126:8-9. His counsel later filed a correction with the Court indicating that these statements were "not correct." ECF 157 at 2. When Robert's counsel asked him about these statements at his deposition, David confirmed they were not |

| | |
|---|---|
| | true. Ex. 2, J.R.0035–36, D. Chen Feb. Tr. at 120:18–121:12, 121:17–122:2. |
| **April 1, 2025** | David's counsel sends a 1.5-page letter to Robert's counsel claiming to have "completed" their "analysis" of David's Discord deletions. They conclude that that they could "discern nothing about" the deleted Jito server messages that Robert had identified that was "even arguably relevant." Ex. 82, J.R.2284, Ltr. from S. Plotnick (Apr.1, 2025). David later confirmed this was not true. *See* Ex. 2, J.R.0037, D. Chen Feb. Tr. at 125:20–126:16 (quoting Ex. 82 at 2), 127:4–129:10.<br><br>David's counsel also states that "it is clear that no relevant Discord messages have been deleted or destroyed." Ex. 82, J.R.2284, Ltr. from S.Plotnick (Apr.1, 2025). David later confirmed this was not true. Ex. 2, J.R.0038, D. Chen Feb. Tr. at 132:4–15 (quoting Ex. 82 at 2).<br><br>David's counsel's claim to have conducted and completed a thorough "analysis" could not have been accurate, as David later testified he had not even looked at the names of the channels on the "new clickbait" server from which he had deleted messages until days before his deposition. Ex. 4, J.R.0145–46, D. Chen July Tr. at 48:18 – 49:11. |
| **April 4, 2025** | Robert's counsel serves a motion to compel, seeking, among other things, an order requiring that David produce the requested affidavit explaining the circumstances of his phone "bricking." Decl. ¶98 |
| **April 29, 2025** | At a hearing, the Court asks David's counsel whether his position was that the deleted messages were not relevant to the litigation, ECF 134, Hearing Tr. at 56:21–24 (Apr. 29, 2025), and David's counsel responds, "[t]hat is correct, your Honor." *Id.* at 56:25. David later confirmed this was not true. Ex. 2, J.R.0039, D. Chen Feb. Tr. at 135:14–17 (quoting ECF 134, Hearing Tr. at 56). |
| **May 12 and 15, 2025** | After meet and confers on these dates, David's counsel agrees to produce the affidavit explaining the circumstances of his phone "bricking." |
| **June 13, 2025** | David's counsel sends Robert's counsel a letter in which they stated that "deleted messages exchanged via direct message with the username 'closetduck' have been preserved." Ex. 61, J.R.1888, Ltr. from S. Plotnick at 3 (June 13, 2025).<br><br>David's counsel also send's David's affidavit explaining the circumstances of his phone "bricking." Ex. 69, J.R.2023, Decl. of D. Chen (June 13, 2025). |

| July 30, 2025 | David testifies in his deposition that: |
|---|---|
| | - "[O]ne of the reasons" why he deleted messages "may have been" that he was "trying to get rid of those messages for purposes of this litigation," meaning that he "intentionally deleted them so that they wouldn't be part of this litigation." Ex. 4, J.R.1038, David July Tr. at 20:2–20:19. |
| | - He had been communicating with Philip Papurt on Signal, who had "reached out to [him] and turned on auto delete after he was subpoenaed," and that David had not turned off the auto-delete function on Signal after Philip turned it on. Ex. 4, J.R.0153, David Chen July Dep. at 78:3–4. David had still not turned off the disappearing messages function, as of the **February 3, 2026**, deposition. |
| | - As of the date of the deposition, his mother had never even asked why he deleted Discord messages. Ex. 4, J.R.0152, D. Chen July Tr. at 76:5–13. |
| **August 29, 2025** | Li Fen serves her Third Amended Responses to the Second Set of ROGs, in which she still claims to be "unaware of any relevant documents that were destroyed, lost or transferred on or after September 20, 2022." Ex. 13, J.R.1147, *Yao* Aug. 29 Resps. at 27 (ROG 17). This statement could not have been true, as David had already told his and his mother's lawyers that relevant ESI had been destroyed. Ex. 2, J.R.0040, David Chen Feb. Dep. at 137:12–20. |
| **September 10, 2025** | After conferring with David's counsel, Robert's counsel provides David's June 13 Declaration and the relevant portions of his testimony about the phone to TeelTech. Ex. 70, J.R.2027. Email from R. Clattenburg (Sept. 10, 2025). |
| **September 17, 2025** | The TeelTech examiner responds to questions posed by counsel, saying, among other things, that "it is highly unlikely that the Motorola failed in the way as previously described by David Chen," "[t]he flashing process as outlined in the attached documents is extremely vague," "[b]ricking a device is usually the result of human error during a flashing event," and "it is implausible to believe that the Motorola device went from a fully operational Android OS device to being stuck in Fastboot with no intervening actions," as well as suggests that a "chip swap" was an option to potentially retrieve data from the phone. Ex. 71, J.R.2054–55, Email from M. Gaffney (Sept. 17, 2025). |

| | |
|---|---|
| **November 4, 2025** | Robert's counsel emails TeelTech, with David's counsel's approval, to ask TeelTech to proceed with a "chip swap." Ex. 71, J.R.2082. Email from R. Clattenburg (Nov. 4, 2025).<br><br>Two and a half hours later, David's counsel emails TeelTech separately—without copying or otherwise informing Robert's counsel—telling them that although David's counsel "did authorize [Robert's counsel] to send the message that she did earlier," TeelTech should not proceed yet, and asks TeelTech to "give us a brief second to discuss amongst ourselves [David's counsel]." Ex. 78, J.R.2244–45, Email from A. Giles (Nov. 4, 2025). |
| **December 10, 2025** | Robert's counsel, who still has no knowledge that David's counsel had asked TeelTech not to proceed with the phone examination and data collection, asks TeelTech to confirm they received Robert's counsel's email from November 4, 2025, authorizing TeelTech to proceed.<br><br>The TeelTech examiner responds to Robert's counsel saying that they needed confirmation directly from David's counsel to proceed, and that they had emailed David's counsel but were awaiting a response. Ex. 73, J.R. 2113, Email from M. Gaffney (Dec. 10, 2025). |
| **December 11, 2025** | Robert's counsel emails David's counsel, asking that they promptly respond to TeelTech to authorize the work. Ex. 74, J.R.2145, Email from R. Clattenburg (Dec. 11, 2025). |
| **December 17, 2025** | During a meet and confer on this date, Robert's counsel again asks David's counsel to respond to TeelTech. David's counsel responds "I will take a look at that, as soon as we get off this call." Ex. 75, J.R.2188, Tr. Meet & Confer at 37 (Dec. 17, 2025). |
| **December 18, 2025** | Robert's counsel again follows up with David's counsel about TeelTech; they do not respond to Robert's counsel. Ex. 76, J.R.2235, Email from R. Clattenburg (Dec. 18, 2025). |
| **January 22, 2026** | In a letter to the Court, David's counsel states, with respect to David's phone: "Following the December 17, 2025 Meet and Confer, counsel did consider the correspondence from Maggie Gaffney as counsel represented that it would do. Undersigned counsel has since responded in writing to Ms. Gaffney to authorize the work requested in opposing counsel's email dated November 4, 2025." ECF 190 at 4, Section (h).<br><br>Robert's counsel later learns that David's counsel did not "respond[ ] in writing to Ms. Gaffney to authorize the work" until January 21, 2026, two and half months after telling Robert's counsel the phone examination and data extraction could go ahead. |

| | |
|---|---|
| **January 23, 2026** | Robert's counsel emails David's counsel reminding them that they had represented that David had "preserved all of his Discord conversations with Ally Guo before deleting them" and asks them to identify where they had produced those messages. Ex. 62, J.R.1893, Email from R. Clattenburg (Jan. 23, 2025). |
| **January 28, 2026** | David's counsel provides their correspondence with TeelTech, revealing that they had separately asked TeelTech on November 4, 2025, for time to "discuss amongst ourselves" before authorizing the work. Ex. 78, J.R. 2245, Email from A. Giles (Nov. 4, 2025). This correspondence also reveals that TeelTech had emailed David's counsel December 4, 2025, to follow up, and had not received a response from David's counsel. *Id*. at J.R.2244, Email from M. Gaffney (Dec. 4, 2025). It was not until January 21, 2026 that David's counsel had finally responded to TeelTech, authorizing the work to proceed. *Id*. at J.R.2243, Email from A. Giles (Jan. 21, 2026). |
| **February 5, 2026** | David's second deposition concerning his spoliation. David confirms that, after having told his lawyers that relevant ESI had been destroyed, he "let them continue to tell the Court . . . that they didn't have any evidence of documents [he] destroyed that were relevant." Ex. 2, J.R.0040, D. Chen Feb. Tr. at 137:21–138:7. He confirms that he, his mother, and his counsel, lied to the Court and to opposing counsel for months about what had been deleted. *See* Decl. ¶¶ 116–27. |
| **February 18, 2026** | As of February 18, 2026, David's counsel is unable to locate David's messages with Ally Guo that David deleted, but claimed he had preserved. Ex. 62, J.R.1891–92, Email from A. Giles (Feb. 18, 2026). In a meet and confer on the same day, David's counsel says they "haven't found" these documents. Ex. 23, J.R.1361, Tr. M&C at 6:5–11(Feb. 18, 2026). |
| **February 20, 2026** | David's counsel sends another email indicating they can still not locate David's messages with Ally Guo that he deleted. Ex. 63, J.R.1897, Email from A. Giles at 1 (Feb. 20, 2026).<br><br>David and Li Fen produce a set of documents that includes 8 documents identified as Discord conversations between David ("radiantaeon") and Ally Guo ("closetduck") from 2021. Each of these documents contains only messages sent by Ally, and not any of the messages David had sent and later deleted, showing that David and Li Fen never located David's deleted messages with Ally Guo that they had claimed David had preserved. Decl. ¶ 148 (citing Ex. 84, J.R. 2291–302).This is the only production of documents from Li Fen or David in February 2026. |
| **March 16, 2026** | David's counsel sends an email to Robert's counsel stating that "the Ally Guo . . . documents" were "produced to [Robert's counsel] in February 2026." Ex. 86, J.R. 2305. That February 2026 production did not include |

| | any of the messages David sent to Ally in 2021 and later deleted. *See* Decl. ¶¶ 149. |